**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**



| | |
|---|---|
| File Number | 266H-DN-3300349 |
| Date | 08/19/2020 |
| Transcribed by | Secretary Teresa Schneider |
| Requesting office | Denver |
| Requesting official | Scott Dahlstrom |

**VERBATIM TRANSCRIPTION**

**Participants**

| | |
|---|---|
| CHS: | CHS |
| HALL: | ZEBBODIOUS HALL |

**Abbreviations**

| | |
|---|---|
| (UI) | Unintelligible |

The recording was reviewed in its entirety by LOCT Holsinger.

**Exhibit 1**

INV_00000127

File #266H-DN-3300349
CD #1D
Consensual Monitoring

CHS:      For it to happen, you know what I mean? So it's like, You know the thing I look at is like, you know, I mean the way I look at is like shit has to happen it has to happen.  You know, it's like you said, you know you know I mean, how extreme do you expect it, would you want it to go?

HALL:     And I, that's why I keep thinking about the anti (UI) thing.  You know, I don't know if I ever told you, the ugly horrible colors.

CHS:      Umhum.

HALL:     But these terrible facts that will relate with him.  But it can't be one thing.   It has to be like every two to four days, get this done this is what happened.  Again terrible things that they know what they're scared of saying anything about.

CHS:      Right.

HALL:     They had four hundred and fifty thousand new patients, people aren't getting hazard pay. They've been told to go back and work to do these things. Tell them like all these different things how it goes back to a simpler system.

CHS:      Right.

HALL:     Piss them off with ahh agitation.

CHS:      I mean, let me ask you a question then, how do you feel like, like you were just saying, burning down buildings you know.  Shoot the rich, whatever whatever, I mean.  If you were to tell that to your people, how would you say, say I was one of your people right, how would you say it?    Cause me I, I'm fundamentalist.

HALL:     Yeah.

CHS:      I, I'm a fundamentalist, believe me I went to the fucking Kurds and killed ISIS, so there's nothing you could tell me that could shock me.

HALL:     Well, I think I'll go about you know so many ways you can phrase it, you know. You could use old proverbs and all that shit, but you actually say it in a way such as you know.   Someone's come in your house and to rape your mother, raping your brother and sister and they're going right back across the street. They're investigating themselves.   How are you going to sit there and tell me you're not gonna want any vengeance?

CHS:      Right.

HALL:     Does that kind of makes sense?

CHS:      No, I understand.

HALL:     You know just give them these little analogies you know that'll relate -

2

**Exhibit 1**

File #266H-DN-3300349
CD #1D
Consensual Monitoring

| | |
|---|---|
| CHS: | But I mean your ultimate goal is obviously like you just said, burn the fucking buildings down. |
| HALL: | Mhm. But I think, you know, everyone's looking at it small, just the police. |
| CHS: | Right. |
| HALL: | But just have, put them as just the (UI).  That's it.  You branch off and tell people what it is, but as a matter of fact you start from the top of the branch or the will of the branch, it goes both ways. |
| CHS: | Right. |
| HALL: | You let them know that these are enforcers, but they're not making the rules, that someone else is doing it, making, you sto, making you stop. |
| CHS: | So that would be that would be making the calls or making the decisions or would it be someone else above you. |
| HALL: | What me personally? |
| CHS: | Yeah. |
| HALL: | I don't want to be a leader |
| CHS: | Huh? |
| HALL: | I don't want to be a leader.  I would rather have committees.  I don't want, I don't believe there should be one main leader. |
| CHS: | Right. |
| HALL: | People should be pissed off enough to wanna lead themselves. |
| CHS: | Right. |
| HALL: | Uhm, and that's why I guess why I'm not in a group. That's why I'm not in a party because if I was one of those I haven't completely [UI] out, you know? |
| CHS: | Right. |
| HALL: |  And my thing is I want unity, but destruction as well. That's why I look at these buildings that we see all the time, there's a protest.  Ohhh these buildings are being torn up, blah blah blah blah blah.  That's proof right there that this building means more than your life, and you let know them these different things.   Why are they on food stamps and still working at WalMart.  Why are people having to work, and have tah, have tah pay.  Why are people getting fines for parking now and jobs aren't fully back or hours aren't fully back.  It's little simple things you tell these people just to agitate them all the time like a snowball.  I don't, you know I think, this is my personal belief, which I could be (UI) very wrong.   I wanna build it up over 8 months.  Let them fester over the |

3

**Exhibit 1**

INV_00000129

File #266H-DN-3300349
CD #1D
Consensual Monitoring

|   |   |
|---|---|
|   | winter. It's cold, it's dark, it's clammy.  They'll be hurting, they'll be anger, there will be suicides.   But when the spring comes, they are angry.  It's getting hot people act the fuck up when it's hot.   So the spring comes, then we can have them. |
| CHS: | But that's when you would step in tah make shit pop off then. |
| HALL: | No, it has to start early. |
| CHS: | Ah. |
| HALL: | It's like it has to be over a course of time. |
| CHS: | Right. |
| HALL: | That's why I say, if we start within like next month. Yah it's going to be snowing in October like you said, but it's cold and its dreary, it's less daytime hours.  People are already agitated, they're working, they're depressed.  A lot of them are going to be evicted and over this course of time, we just piss them off more and more and more, and as soon as summer comes, win-ah spring, those first few hot weeks, there's going to be so much fury and anger because look at these distractions are hopefully going to come back on sports and concerts and everything.  They're not looking back for another year and a half. |
| CHS: | Right. |
| HALL: | That's why we have to get them while they're still mentally awake. |
| CHS: | Right. |
| HALL: | We can't ah, I don't think that's possible by October.  I think this propaganda campaign, this, you know me giving these speeches, but we'll actually have other speakers.   But not even just people are good at speaking, someone like you, just tell the truth, you know, what's going on, and over this course of six to eight months, build up this fury and anger and if it happens here in mother fucking Denver, it'll go other places because over that six to eight months, people will be angry and wanna burn shit the fuck down. |
| CHS: | Yeah. |
| HALL: | Alright? |
| CHS: | I, no, no I see your point of view about you know, you know I, I, I understand what you're coming from, you know with, with you know burn fucking buildings down and kill the rich.   I, I understand that. I, I feel your point of view.  I do.  It's just, you know I don't know how you'd about doing that. |

4

**Exhibit 1**

INV_00000130

File #266H-DN-3300349
CD #1D
Consensual Monitoring

HALL:  Well that would be one thing. But I am lost with other, inflation the size of (UI) propaganda, cause you know propaganda has to be one thing, speakers can be another thing. But it has to be terrible events that can relate to people.

CHS:  Right.

HALL:  So any time there is an actual terrible events, which we have them every two to fucking four weeks.

CHS:  Right.

HALL:  Not only nail them that, but we'll talk about the little events on the side.

CHS:  Unhuh.

HALL:  You know, and th, that's a big part, but this is also going on here.

CHS:  Right.

HALL:  You know it's like yeah, I can go out there and talk about black people.   Alright, a lot of people fucking do that, but talk about how that incorporates with the poor white people.

CHS:  Yeah.

HALL:  How it talks about working class for white people.   You cannot go out there and just talk about police killing black and brown people.   You talk about the kid that got killed in Vegas by a cop that had a gun and said "Die motherfucker."

CHS:  Yeah.

HALL:  You have to bring them in. And I sit here and I think if this all has been approached the wrong way.

CHS:  Ummm hmmm.

HALL:  You cannot talk about these past leaders like Malcolm X and Freddy Hampton and not think they were talking about pissing people off together.  That's why he got killed.

CHS:  Ummm hmmm.

HALL:  They were the one they were just talking about black people.  Alright [UI] just let the fuckin niggers do it.

CHS:  Yeah.

HALL:  We'll give them some shit, you know I, I but when they start talking about bringing people together, that's what it takes to piss people off.

CHS:  Ummm hmmm.

5

**Exhibit 1**

INV_00000131

File #266H-DN-3300349
CD #1D
Consensual Monitoring

| | |
|---|---|
| HALL: | And I think that's something fucking when a guy dies, it's propaganda. I think it's something that we can accomplish at this time with what we're dealing with. Because it doesn't matter who's elected, which I hope is Trump myself. |
| CHS: | Unhuh. |
| HALL: | Nothing's gonna get better in the next 10 months. |
| CHS: | Yeah. |
| HALL: | And during that time this homelessness crisis (UI). People can't even afford their health insurance. You know all these fucking things put together.   Show them this information to the people and the thing is if the people destroy it we can jump in. |
| CHS: | Right. |
| HALL: | And yeah, I am a communist. |
| CHS: | Yeah. |
| HALL: | But I think, even though I don't believe I can force that on people [UI], we can walk and chew gum. |
| CHS: | Ummm hmmm. |
| HALL: | We can face it together.   But I do prefer (UI). |
| CHS: | Yeah, yeah, I, I mean I, I see your point of view.   I mean honestly it's like, you know like, people that are rich, they live in nice neighborhoods that are away from all that bullshit, they, they live in a lap of luxury, you know like oh my god, my life is so bad, I gotta get the new I-Phone 12G and it's like, mother fucker I've got a I-Phone 6. |
| HALL: | Yeah. |
| CHS: | I'm still, you know and I'm barely getting through paying my fucking bills.  You know what I mean? |
| HALL: | We're protesting in the wrong places. |
| CHS: | Yeah. |
| HALL: | You don't [UI] in front of the courthouse and capital.   You go to Highlands Ranch. |
| CHS: | Well that shits been destroyed.  I mean let's just be real. It's all fucked up. [UI] People are avoiding it.  Ah Colfax looks like escape of New York City. |
| HALL: | Yeah, yeah, and that's another thing.  These, these small businesses are closing down. But they're still gonna have to pay those loans back. |

6

**Exhibit 1**

File #266H-DN-3300349
CD #1D
Consensual Monitoring

| | |
|---|---|
| CHS: | Unhuh. |
| HALL: | That's an [UI] |
| CHS: | Yeah. |
| HALL: | And I'll tell you this,  I don't like the fact that I gotta pay a land, pay a landlord but I look at a private landlord who is bound by corporate entity.   Because if he doesn't pay his mortgage or she doesn't pay her mortgage, not only is the landlord gonna lose their shit, but the tenants are getting kicked out. |
| CHS: | Yeah. |
| HALL: | So the (UI) will link that together. |
| CHS: | Yeah. |
| HALL: | But it would still be more anti-corporate. |
| CHS: | Right. |
| HALL: | Um, I need your help doing this stuff, I also need to learn how to fight. |
| CHS: | Well, here's the thing.  You have, and that's what I'm coming around to, is you have to decide where and what you're gonna to do.  You know I can't sit here and tell you, oh yeah you should totally like blow up rich neighborhoods and shoot the white people in their neighborhood.  You know ahh and errr burn the federal courthouse down and shit like that.   That's something I can't tell you to do. |
| HALL: | Yeah. |
| CHS: | That's your decision what you do. You have to tell me what your objectives, where you want to go.  Because see as I'm trying to explain this diplomatically. |
| HALL: | Yeah. |
| CHS: | I have to be careful what I say, just like an attorney. |
| HALL: | Yeah. |
| CHS: | I have to be careful what I can and what I cannot say.  What I can and cannot do. |
| HALL: | Unhuh. |
| CHS: | So I can't sit here and tell you, oh yeah, you should totally just go and burn a fucking house down ....... |
| HALL: | You have to protect yourself. |
| CHS: | Exactly. |

7

**Exhibit 1**

INV_00000133

File #266H-DN-3300349
CD #1D
Consensual Monitoring

HALL:               You ...........

CHS:                Well, I have to protect my government too, because I don't want to cause an international fucking war because let's say so now you're like fuck it and you go down and shoot the governor in the fucking head, and then find out, well we had a conversation with this Kurdish guy.   I gotta be careful not to put myself in that ball park.   So, the thing I'm saying to you is, that you have to figure out where you're going.  I mean like I explained to you before and your home girl. Who was that chick anyways?

HALL:               Sarah.

CHS:                Sarah.

HALL:               Yeah.

CHS:                Are you dating now?

HALL:               I think we like each other (UI).

CHS:                Oh okay. Yeah, you kinda tell there was some...I can read body language being a Kurd.

HALL:               We like each other.

CHS:                Okay.

HALL:               What...yeah, I'll get back with that later.

CHS:                Yeah, that's a later, date time. But ah, the thing is this, my type of training that I do is anything from like I teach how to shoot a gun tah you know, um you know.

HALL:               With [UI] hands to hand combat.

CHS:                Yeah hand to hand combat all the way to like blowing up fucking buildings.

HALL:               Hmmmm.

CHS:                And gorilla warfare tactics and sabotage.   The thing you have to understand is that it depends on what avenue you want to go what route you want to go.  Do you want to learn how to just, you know shoot a gun, cool, throw somebody around ok cool or do you want to go ....

HALL:               That way.

CHS:                All the way ahh up, all the way up town.

HALL:               Yeah.

CHS:                So, I have to understand which way do you want to go?

**Exhibit 1**

INV_00000134

File #266H-DN-3300349
CD #1D
Consensual Monitoring

| | |
|---|---|
| HALL: | Um, not only do I want to take my own self-defense but I want people to be military trained.  You know, armed resistance. |
| CHS: | Right. |
| HALL: | Um, you know, but on a massive scale like the [UI] and things that happened yesterday. Um, I don't want them to go out right and kill these people because I know they're going to try to kill them. |
| CHS: | Well. |
| HALL: | And that will solve that itself, so. |
| CHS: | Right. |
| HALL: | Um, because you know the country's scared, well not the country, the government and the rich people are terrified.  That's why they're doing what they're doing.  So you can get these people mentally militant you know the physical militancy will come [UI]. |
| CHS: | Right. |
| HALL: | We get people that are going to train them how to use guns, and you know make explosives and everything. We have to be able to defend ourselves. |
| CHS: | Right. |
| HALL: | If the police have one of those wave things, well we'll need to learn how to make grenades. |
| CHS: | Yeah. |
| HALL: | But we need to know every bit of defense possible.   We need to know everything because by next summer we should be well worth [UI]. |
| CHS: | So here's the question then so, when I was in Syria.  Let me explain that's why I did it, was when I was in Syria and Iraq, we had a lot of Antifa guys that came over there and I was one of the instructors of Red Star Brigade. We're the ones that taught them the guerilla warfare tactics.  We taught them IEDs.  All this crazy shit.   I have no problem with getting you that type of training, but I have to make sure that's what you want to do.  That you want to learn the crème de la crème. |
| HALL: | Yeah, special …….. |
| CHS: | So I mean, you know, it, let me put it this way, for me personally I don't want to waste my time because I got to teach you how to burn ants. |
| HALL: | Yeah. |

**Exhibit 1**

INV_00000135

File #266H-DN-3300349
CD #1D
Consensual Monitoring

| | |
|---|---|
| CHS: | But or, or like you know, blow up car if you're, okay cool. You can anybody can do that fuck, anybody can break that.  But the thing is this, if it comes down to where you want to, as you're saying, you want to be trained so that you have like all the top shit so that you can train others so that they can build up and then you can go from there. |
| HALL: | Yeah. |
| CHS: | Now, the thing is this, you have to understand that PKK training or special operations training is very intense. If you want to learn and to develop and build bombs and know how to make zip guns.   You know what a zip gun is right? |
| HALL: | No. |
| CHS: | It's a homemade gun. It's like it's a predecessor of, of a ghost gun. Just flip out the 3-D printer.  You know you go in a hardware store, you buy fucking pipes. You fucking run a nail with a pressure switch with the C02 gas. You learn you know the little chamber and you learn how to actually fire it so (Spppppeeeezzz) so you can shoot somebody.   Um, I can teach, you know I can I can get you the teaching you for that stuff, if that's what you want to do.   So if that's what you want to do, then you know ········ |
| HALL: | That's what I want to do |
| CHS: | Okay, so if that's what you want, I can make it happen.  I just got to, I don't want it to be where I'm pressuring you, like oh yeah, you should totally, you know blow up the fucking governor's house.  It's, it's, it's it's, it's', if it's what you want to do, then you know, I have to make sure that's what you want to do. |
| HALL: | Yes. |
| CHS: | Okay.   Alright um ········ |
| HALL: | And I've gotta deal with work and [UI] shit too. |
| CHS: | Well yeah, of course I mean its not like you're gonna just go out in the field from nine to five and fucking for six months and disappear and come back.  Um, so you want to learn.   You just tell me yeah or neah. You want to learn weapons. |
| HALL: | Uhn hum. |
| CHS: | You want to learn hand to hand combat.   Umm, surveillance obviously. Counter surveillance, Tactics, CQB ······ |
| HALL: | What's CQB? |
| CHS: | Close quarter combat.  That's where you learn to breach a house and or a small confinement and actually take people out.   Um, or secure an objective.  Umm, then obviously explosives.   Umm, do you want to learn IEDs? |

**Exhibit 1**

INV_00000136

File #266H-DN-3300349
CD #1D
Consensual Monitoring

HALL:          Yes, and I also wanted to learn, I guess it will be mental manipulation.

CHS:           Mind manipulation? Mind manipulation is…let me explain it the best way to you.    Explain that, that's something you can't go to school for.  You have to learn it and it's like a Jedi mind skill?

HALL:          Yes.

CHS:           You, you can you can, I guess you can learn it over time.  It's just that you don't walk in and go oh yeah.   See your objective but mind manipulation, and I'll just be quick on this one is.  You have to basically take the subject and make them agree with you.  Just do it in a way that makes them feel comfortable and not … You want it to be a smooth transition.  You don't want to be rough, because if it's rough it breaks down and it fails.  So you just want to butter them into it.  That's that's the thing about mind manipulation.   I was actually really good at it when I was in the Kurdish military.  I didn't do it towards the Kurds.   I did it towards terrorists members.   I was Interrogating and shit like that.  But that, you can be shown how to do.  You just have to, it's something you have to train yourself to do.   You know what I mean?   Um, so obviously you want to learn the IED shit.   Um, the making of explosives.   Ah, now, there's different types, there's like homemade, which are IEDs.  There is you know, which is obviously unless you got an actual company that makes them for you.

HALL:          Drone explosives.

CHS:           You can make drone explosives.  Yeah, you can make drone explosives.  Yeah, ah, I don't know if you've seen the documentary how ISIS was doing that shit towards us.

HALL:          Uhm hum.

CHS:           With drones and explosives.  Yeah, they were doing some really crazy shit.  But drone explosives are hardly, do you have a drone that's the problem.

HALL:          Yeah, that would be an issue, um, but I think you know, we do have people that are technically savvy, and we can make them ourselves.

CHS:           Right.

HALL:          Now just using the cheapest material.

CHS:           Right.

HALL:          I also understand being back down south, you know, there's still heroine deals done by bitches and shit.

CHS:           Yeah.

HALL:          You know and, and fuck and I'll kill the bitches (UI).

11

Exhibit 1

INV_00000137

File #266H-DN-3300349
CD #1D
Consensual Monitoring

| | |
|---|---|
| CHS: | Right. |
| HALL: | I want to do as much low tech as possible so.  Because I understand that . |
| CHS: | I'm gonna close this .. |
| HALL: | Yeah yeah everything is electronic. |
| CHS: | Right. |
| HALL: | And you cannot be high tech. High tech if they are far more high tech community. |
| CHS: | Right. |
| HALL: | You gotta beat 'em with stupid shit. |
| CHS: | So let me ask you a question then.   Would you be, let me put it to you like this, would you be objective to, I guess the best way to explain is, okay, my guy, that I worked with in ah, the Middle East, uhm he's really good but he's over in the Middle East right now.  He's doing his shit.  Ah, he's actually contracting.  He's making, he's making good fucking money, but I get paid by the Kurdish government so I'm not worried about it.   Ah, but would you be objective or offish of meeting let say like my guy who is a former outlaw biker.  Cause my dude, let me tell you something, my guy? He don't talk very much.  He does not like the U. S. Government.  He loves America, but he hates the fucking government.   He's a former outlaw biker.   But the thing is, he used to be Special Forces.  I checked on that shit.   Its legit ..... |
| HALL: | Yeah. |
| CHS: | He's I think he was ah, either a Green Beret or Delta.   He was some shit like that.   I do know that he knows his shit.  He knows how to do the IEDs, the weapons tactics, CQB, he knows how to do all that shit.  But he's a no fuck around type of guy, and he does carry a gun.  Just so you know that he keeps his shit like hidden. Like he does carry a gun. |
| HALL: | I feel safe around that (OV) |
| CHS: | Yeah, yeah he's, he's no fucking joke, but I would have to talk to him and see if he's cool with it.  He's not a racist.  I'll tell you right now.  He is not a racist.  He rode with an outlaw club that does not like racism.   He wasn't he wasn't not like Hell's Angels or some shit like that.  I can't I can't remember if he was a Mongrel or a Bandito.  I think he was,  I'll have to ask him again because I, I ah, I've known him for a long time, but the thing is that ... let me explain you something, he's a no fuck around type of guy.  He does not play fucking games, but if you're wanting to learn how to blow shit up, drop people and build the fucking numbers and do all that shit that you want to do, he's the guy that you |

**Exhibit 1**

File #266H-DN-3300349
CD #1D
Consensual Monitoring

|         |                                                                                                                                                                                                                                                                                   |
|---------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         | want to go to.   I mean I can teach you all that shit.  Absolutely, I got no problem teaching it too.                                                                                                                                                                              |
| HALL:   | Hmmm.                                                                                                                                                                                                                                                                              |
| CHS:    | But that would be, he would be your guy.                                                                                                                                                                                                                                          |
| HALL:   | Right.                                                                                                                                                                                                                                                                             |
| CHS:    | If you want to talk to him.  That's I can't sit there and tell you yay or nay.                                                                                                                                                                                                     |
| HALL:   | Yeah I do, but in the meantime if you could help.                                                                                                                                                                                                                                 |
| CHS:    | Yeah, I can help you with it.  Absolutely.  I mean I have no problem helping you with it.  Um, but the thing is, there's certain things I don't have that I need.  Okay?  The thing you gotta understand is that it's like, okay let me say this, officially as a Kurdish delegate. I have weapons but those weapons I can't use because it traces back to the Kurdish government. |
| HALL:   | Yeah.                                                                                                                                                                                                                                                                              |
| CHS:    | Ballistic shit.   So I can't use that shit.  I need to be able to get some weapons that are not mine.   You know what I mean?                                                                                                                                                      |
| HALL:   | Yeah.                                                                                                                                                                                                                                                                              |
| CHS:    | I can't buy them because I'm a convicted felon.  Cause I, I went to prison...                                                                                                                                                                                                      |
| HALL:   | Yeah.                                                                                                                                                                                                                                                                              |
| CHS:    | (OV)   Um, teaching how to do the explosives and shit like that.   That's the type of shit where I can't been seen getting? Because the problem is I'm on, look I'm on Domestic Terrorism Advisory list. My picture's on, as soon as I came home everyone knew who the fuck I was. |
| HALL:   | Yeah.                                                                                                                                                                                                                                                                              |
| CHS:    | Because I mean I'm in the fucking news and shit like that.  I can teach how to do that, but I can't get the shit.                                                                                                                                                                  |
| HALL:   | Umm hmmm.                                                                                                                                                                                                                                                                          |
| CHS:    | If you're getting the shit and you get somebody else who gets the shit or somebody else gets the shit, that's whatever no problem, if that's what you want to do.                                                                                                                   |
| HALL:   | Yeah.                                                                                                                                                                                                                                                                              |
| CHS:    | There's a right way and a wrong way to do shit.   I mean you see how Timothy McVeigh got caught, you see how fucking uhmm...                                                                                                                                                       |
| HALL:   | Una-bomber and shit.                                                                                                                                                                                                                                                               |

**Exhibit 1**

INV_00000139

File #266H-DN-3300349
CD #1D
Consensual Monitoring

| | |
|---|---|
| CHS: | Yeah they, how they got the fucking caught.  You have to be smarter than that, so it doesn't track it back to you.   So if that's something that you want to do, and you want to go down that route.  I don't mind walking with you. |
| HALL: | Okay. |
| CHS: | But I cannot sit there and say I'm going to train you. |
| HALL: | No I understand. |
| CHS: | Yeah. |
| HALL: | You better watch your ass. |
| CHS: | Exactly, so  but what I'm saying is, point blank I guess the right way to say it is you have to ask me to do that shit, and then I can be like, I can disenvulge (PH) anything. |
| HALL: | Yeah, yeah. |
| CHS: | So. |
| HALL: | Um, how do I, now I need help doing my speeches and militarize people. |
| CHS: | Umm hmm. |
| HALL: | Um, cause I see everything.  You know I can tell it on the stage but I'm have to say it in a better way. |
| CHS: | Ummm hmmmm. |
| HALL: | I don't just want people clapping, I actually want them, actually think about doing this shit. |
| CHS: | Right, right. |
| HALL: | You know I don't want to do this for fucking popularity. |
| CHS: | Right. |
| HALL: | Uhm, I need help doing my speeches. |
| CHS: | Okay, I'm not very good with the speech parts. |
| HALL: | Yeah. |
| CHS: | Pulling triggers and blowing shit up, I'm good. |
| HALL: | Yeah. |
| CHS: | One thing about me is if it comes to like speaking to people. I...I have to feel it to speak it.   If I'm giving a speech or I'm talking to somebody, it's something, let |

14

**Exhibit 1**

File #266H-DN-3300349
CD #1D
Consensual Monitoring

|          |                                                                                                                                                           |
|----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | me just tell yah, that stuff comes from here.   My heart and mind.  It's not something that I can, I can't read a speech on paper.                          |
| HALL:    | Yeah.                                                                                                                                                      |
| CHS:     | I, I couldn't do it if my life fucking depended on it.                                                                                                     |
| HALL:    | It's not reading though...                                                                                                                                 |
| CHS:     | Um hmm hmm.                                                                                                                                                |
| HALL:    | I won't put the whole fucking speech on there, it's just points in which I would talk about.                                                               |
| CHS:     | You know take the ..                                                                                                                                       |
| HALL:    | I always take them off the back of my hip.                                                                                                                 |
| CHS:     | You need to take the shit that pisses the mother fucker's off, and that you're mad about and put it out there on Front street.                             |
| HALL:    | Yeah, that's what I wanna do.                                                                                                                              |
| CHS:     | Let's go do it.                                                                                                                                            |
| HALL:    | That's why I was thinking about anti-marking too.  People aren't going to do anything to the main group. They'll just sit back and take it, take it, take it. |
| CHS:     | Right.                                                                                                                                                     |
| HALL:    | But when you let them know why they're upset?                                                                                                              |
| CHS:     | Yeah.                                                                                                                                                      |
| HALL:    | And why they're going through this stuff?  Just pound it in 'em.                                                                                           |
| CHS:     | Yeah.                                                                                                                                                      |
| HALL:    | That'll make 'em angry.                                                                                                                                    |
| CHS:     | Right.                                                                                                                                                     |
| HALL:    | There'll be an angry people.  You know what I mean?  That's why I don't want Joe Biden to win because people will go back to sleep.                         |
| CHS:     | Yeah hmmm yeah I feel your point on that one.   Ahhhh, so, I guess the best way to say is if you, I gotta say this without saying it, if you want me to help you, you have to let me know and ask me.  I can't sit there and say, oh I'm going to help you. |
| HALL:    | Yeah yeah.  Hmmm hmmm.                                                                                                                                     |
| CHS:     | So basically what I'm saying is, you have ...                                                                                                              |

Exhibit 1

File #266H-DN-3300349
CD #1D
Consensual Monitoring

HALL:              Yeah I, I want you to help me do this thing.

CHS:               Okay, okay.   I can do that, and are you cool with the idea of me bringing my
                   biker buddy.

HALL:              Yeah, (UI).

CHS:               Okay.

HALL:              All that it does is make me feel safe.

CHS:               Okay, yeah I can, I can definitely bring him in.  But so now understand these
                   explosives are not like firecrackers.  They're not just gonna pop, and go ohhh
                   that was cool, exciting you know, fireworks.  This is shit that will destroy, maim,
                   fucking kill people.

HALL:              Yeah.

CHS:               Now, I just want to make sure you're okay with that.

HALL:              I wanna say something, we got 8 billion people are (UI) right?

CHS:               Right.

HALL:              After that I'm just saying the possibility of (UI).

CHS:               Okay, that's, that's all I need to know then so.  Okay, so I have to make a call.

HALL:              Okay.

CHS:               And talk to my dude, and see if he's game.   I gotta find out where he's at.   I
                   think he's still at Sturgis.

HALL:              Yeah.

CHS:               Because everybody's still recov, just cause it ended on Sunday don't mean the
                   party's over up there.   Um, let me make some calls to him.   Weapons wise um
                   ...

HALL:              I need to be trained.

CHS:               Yeah, well, I'll .......

HALL:              Will you help, can you train me.

CHS:               Yes, I can.   But all I can say is I need a weapon because I can't sit there and hold
                   your- it's, this is not like ghost where I'm holding your hand so I can make you
                   look beautiful-

HALL:              Yeah.

CHS:               Marble thing.

16

**Exhibit 1**

File #266H-DN-3300349
CD #1D
Consensual Monitoring

| | |
|---|---|
| HALL: | Umhm. |
| CHS: | I, if you do it, I would need a weapon, but I can't do the purchase. |
| HALL: | Okay. |
| CHS: | I have the cash, I can't do the purchase. |
| HALL: | Gotcha. |
| CHS: | And I fuck with Eastern block weapons only. |
| HALL: | Hmm. |
| CHS: | Eastern block weapons can't be traced. |
| HALL: | Can I get them? |
| CHS: | Yes, AK-47s. |
| HALL: | Okay, how do I get it? |
| CHS: | Can you pass a background check? |
| HALL: | Yeah. |
| CHS: | There's your answer. |
| HALL: | Alright then I'll go get. |
| CHS: | Okay, you have the basically everything has to be you, you and you. |
| HALL: | Okay. |
| CHS: | My fee is, I need an AK. |
| HALL: | Gotcha. |
| CHS: | You give me an AK.  I need an AK and I need a side arm.  That's all I fucking need because if you're doing CQB shit you know you use AK it, it's too fucking big.  Firearms are close quarter combat.  So, I can get the money, I can get everything pulled together on that part.  I can make, get my guy involved but I can't do it unless I have the materials and the shit I need. |
| HALL: | I will have to get some guns and materials. |
| CHS: | Yeah, so I can get, and like I said, I can help you get that shit, but I just, now I want you to make sure, you know, I don't want you feel like I'm pressuring you into this.  This is something you clearly want to do and not me. |
| HALL: | Yeah, I asked. |
| CHS: | Okay. |

17

Exhibit 1

INV_00000143

File #266H-DN-3300349
CD #1D
Consensual Monitoring

HALL:              Tell it to you brother.

CHS:               Okay, that's just covers me, so that I don't get you know, so .....

HALL:              Of course.

CHS:               Okay so the thing I need is ah, you need the training, you need get start getting
                   supplies and I can work on the money for the weapons I have money no
                   problem.  Um but I need an AK and I need either a Glock or a 1911.

HALL:              Okay.

CHS:               And then that way and then you'll have to get you what type of weapon you
                   choose.  Honestly AK's are the, you know Samuel L Jackson best said it once, you
                   know AK-47, "The best there is when you absolutely positively need to kill every
                   mother fucker in the room. Accept no substitute."    So to me AK's the way to go

HALL:              How much do they cost?

CHS:               About five six, maybe seven hundred bucks.   But you want to get Russian or
                   Yugoslavian, instead of Chinese, Cuban all that Korean those are fucking
                   garbage.

HALL:              Yeah.

CHS:               A Yugoslavian, Russian, Spetzna (PH) Belavich (PH) are the best one's. The
                   Russian special force one. Those are the crème de la crème so, I can do that, but
                   we have to get together to go like so, we can look and I can say yeah that's what
                   you need to get.

HALL:              Okay.

CHS:               And then, cause I guess, they have a way of doing it to where I can't sit there
                   and tell you, oh yeah, buy that one for me because then they're going that's
                   called a strawberry purchase.

HALL:              Yeah.

CHS:               It's against the law.  But if you're getting it for me, then they don't know.  Then
                   you have a whole different ball park.

HALL:              It's like, I like this one here.

CHS:               Exactly, use the background, pass the background, get a side arm, you got the
                   side arm and then you get another, we got to get you one, you know AK, you go
                   from there, absolutely.   Absol fucking lutely.    I think I think that's your best
                   bet to do so.  But no I, you know and I I see your point of view.  It's like yeah,
                   you can't get an objective done, you know, burning something that's already
                   been burned down.  You know you know, like you were saying, white rich

18

**Exhibit 1**

INV_00000144

File #266H-DN-3300349
CD #1D
Consensual Monitoring

|  |  |
|---|---|
|  | neighborhoods and fucking buildings that have not been touched. Blowing them up, shooting mother fuckers. |
| HALL: | Even black millionaires, billionaires have it made. |
| CHS: | Yeah, they're rich, rich. Rich is rich once you get rich, you won't give a fuck about everybody else because you're in your own elements, you know.  No I totally, I totally agree with you.   So I have no problem helping you with that shit, but there's the right way to do it and the wrong way to do it so, you know, if you're going to do it the right way, then I'll help you with the right way.  But just understand that, this happens - there's no going back.  Just so you know, if you're comfortable with that, I'm kosher with that. |
| HALL: | Yeah. |
| CHS: | You're fine with that, right? |
| HALL: | Or I wouldn't of asked. |
| CHS: | Okay. |
| HALL: | Everyone is doing it wrong. |
| CHS: | Unhuh. |
| HALL: | Even though I don't know all the steps but they're doing it wrong. |
| CHS: | Absolutely. |
| HALL: | Cause uhm, I'll say it, we should be shooting 'em. |
| CHS: | Yeah. |
| HALL: | When we see someone get pulled over we should show 'em the guns. |
| CHS: | Yeah. |
| HALL: | You know, what's going on? |
| CHS: | Yeah. |
| HALL: | Um, maybe, you know they have closed door sessions and shit going on. Alright, what the fuck's going on, we're busting in (UI) |
| CHS: | Yeah. |
| HALL: | Uh If we find out that they fucked us in any way which we know they are. |
| CHS: | Umhum. |
| HALL: | Fuck that. |
| CHS: | Yeah. |

**Exhibit 1**

INV_00000145

File #266H-DN-3300349
CD #1D
Consensual Monitoring

| | |
|---|---|
| HALL: | We cannot, I'm tired of peaceful shit. |
| CHS: | Yeah. |
| HALL: | We've been doing it for five years. |
| CHS: | Yeah. |
| HALL: | It's not going to work. |
| CHS: | No. |
| HALL: | And we, as I said in one speech, reform is just a piece of shit, put a lil sugar on it, move it in a different, make it a cow, or duck whatever it's still a piece of shit. |
| CHS: | Yeah, exactly.  Absolutely, yeah we call it the dog shit theory. |
| HALL: | It doesn't, it doesn't change anything. |
| CHS: | Good kitty, pretty black kitty. |
| HALL: | Also should I get a dog. |
| CHS: | Nah. |
| HALL: | No? |
| CHS: | It's not. I mean unless you wanna spend, unless you wanna spend ten thousand dollars for a professional all kill dog.  You're just wasting your money. |
| HALL: | Okay. |
| CHS: | Because in reality shit hit goes south, the dogs get shot. |
| HALL: | Yeah. |
| CHS: | And then, you know, you're gonna feel bad about that one. |
| HALL: | They can sent them a move and let them know so that (UI) |
| CHS: | Get cameras. |
| HALL: | Yeah. |
| CHS: | I mean, you know, but you're not at that point yet. |
| HALL: | Yeah. |
| CHS: | You're, you're not like where you got the Feds sitting outside in the fucking van watching your shit. |
| HALL: | Yeah. |
| CHS: | It could happen. |

20

**Exhibit 1**

File #266H-DN-3300349
CD #1D
Consensual Monitoring

HALL:              What can I do for work, outside of just doing desktops for (UI) usually like 20-25 an hour.

CHS:               Shit you're making more than I am.

HALL:              But I'll (UI) I'm packing 'em right now, you know.

CHS:                Yeah.

HALL:              Just having (UI).

CHS:               I don't know.  About the work stuff I, I don't really know.   I mean I just I'm getting my money from the Kurdish people and I'm getting the money from the fucking, you know from my unemployment.

HALL:              Yeah.

CHS:               That's all I can do, you know?

HALL:              I guess I'm asking you without drugs how can I make money. In the short term.

CHS:               Like illegal-wise, under the table?   I mean I only know legal shit.

HALL:              Yeah. Under the table.

CHS:               I, under the table? (Speaking to the cat) Yeahhhh, yeahhh, Hi I love black kitties, oh yes, my favorite kitties in the world. Oh yeahhh.   Uhm, well I mean I know of like honestly there's type of jobs of like snatch and grabs.

HALL:              (UI) off the street?

CHS:               Yeah.

HALL:              Ohh I can't do that stuff.

CHS:               That's what I'm saying (OV)

HALL:              (UI)

CHS:               That's what I'm talking about, there's like snatch grabs, kid for hire, shit like that.  But that shit's like, its good money …

HALL:              Yeah I know it is.

CHS:               But if you caught on that, you're fucked.   You know what I mean so …

HALL:              I'll think of something.  Even if I have to do some construction or some shit. Gotta make that pay (UI)

CHS:               Ahhh (petting the cat)

HALL:              Thank you.

**Exhibit 1**

INV_00000147

File #266H-DN-3300349
CD #1D
Consensual Monitoring

| | |
|---|---|
| CHS: | Yeah.  Absolutely.  Yeah I'll sit, I'll sit down and uhh let me make a call to my homeboy and I don't,  I think he's back from Sturgis.   He should be home by now. |
| HALL: | I like the word fighting quickly also.  Because I don't give a shit. |
| CHS: | Yeah. |
| HALL: | Ummm. |
| CHS: | I'll trust you'll get smoked.  You'll, you'll burn weight fast and get healthy and all that shit, but yeah. |
| HALL: | Okay. |
| CHS: | I can make that shit happen. |
| HALL: | Yeah, cause I yeah, I, I need to do (UI) |
| CHS: | Yeah, I can make that shit happen.  Don't even, don't even worry about that shit.  Hey do you have any water by any chance. |
| HALL: | Yeah, yeah, yeah, oh shit ice is (UI) |
| CHS: | (Removes recording device) |

(End of recording)

Exhibit 1