UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

SD:        K, this is special agent Scott Dahlstrom with Special agent Bryon Mitchell [Echo of "this is special agent Scott Dahlstrom with Special agent Bryon Mitchell"]. Uh the date is August 21st, 2020 it is approximately 11:46 am for recording with CHS and Bryce Shelby.

           [Long pause in conversation, car window rolls down, wind blows and cars pass by]

CHS:       Got the screen shot on that.

SD:        Yeah we'll ugh [UI]… Good Luck!

CHS:       Yep.

           [Car window rolls up]

CHS:       Ugh, K. [car door closes, banging] Op is the forward camera or back one

BM:        It's on the back camera.

CHS:       Okay great.

           [Car starts, windows roll down, music starts]

CHS:       He's not answering his phone so I'm gonna drive by his house.

           [Car Stops, music shuts off]

CHS:       I'm going to go knock on his door I'll be back.

           [Car Door Closes]

BS:         [UI]

CHS:       All right just wanted to see if you were alive [UI]

BS:        Hey [UI]

CHS:       [UI]

UNCLASSIFIED
1

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings


BS:          [UI]

             [Car door opens, car starts, music starts playing]

CHS:         Ugh… 2063862 temp tag CO…

             [Music continues to play]

CHS:         Come on asshole, fucking sonic Prius…

             [Music continues to play][Music stops]

CHS:         Ooo okay, that's a lot for fuckin 20 minutes

             [Music starts again][Card dings, car turns off, music still playing, car door opens,
             music stops, car door closes, keys clank] [Yelling in the background, car starting
             in the background] [Music starts playing and people start talking

UF:          Hi. How are you doing?

CHS:         How are you doin? Good.

UF:          Good, How many of you guys today?

CHS:         It just gonna be three of us. But I kinda [UI] without loud music.

UF:          [OV] I can turn it down a little bit. [UI]

CHS:         [OV] that's fine [UI] Table, sit at a table, if we got a table would that be okay?

UF:          Yeah I'll put yah in the back.

CHS:         Oh beautiful thank you.

UF:          Yeah fortunately, [UI] it's all in the same [UI]

CHS:         Oh yeah [UI]


UNCLASSIFIED
2


**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

UF:            Oh, I totally understand if you don't that back room [UI]

CHS:           Yeah.

UF:            Sorry Baby.

CHS:           You're good.

UF:            Come on.

               [Music and chitchat in the background]

CHS:           That one's perfect right there.

UF:            This one?

CHS:           Yeah, cool thank you

UF:            [UI] … here you go sweet heart.

CHS:           Cool, thank you.

               [Music and other conversations in the background, long pause]

CHS:           How yah doin?

               [Music and other conversations in the background, long pause]

UM:            Let me drop this sir, I'll be right back with you.

CHS:           Okay cool thank you.

(Waiter)       Sorry about that Sir.

CHS:           No, you're good.

(Waiter)       What can I get you to drink today?

CHS:           So, um I heard of this drink last night on Django Unchained. It was called a

UNCLASSIFIED
3

**Exhibit 2**

INV_00000156

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

|  | Polynesian pearl diver, pearl diver, I want to try that and a coke with very little ice. |
|---|---|
| (Waiter) | A coke with very little ice. |
| CHS: | Yep. |
|  | [Pause- music and chatter in background] |
| (Waiter) | You said water very little ice. |
| CHS: | Coke, very little ice. |
| (Waiter) | All right well there's water. |
|  | [Long pause- music and chatter in background] |
| CHS: | All right well let's see what happens. [Sighs and zips up bag] |
|  | Pause- music and chatter in background] |
| (Waiter) | [UI] and I don't have and there's a float that goes on it and I don't have the ugh |
| CHS: | [OV] I don't need the float just ugh the drink itself so, ah but you don't have all the rums then, ugh let me do a Malibu Pineapple. Can you do that? |
| (Waiter) | Yeah [UI] |
| CHS: | Well that sucks. |
|  | [Pause- music and chatter in background] |
| CHS: | Cool, Thank you |
| (Waiter) | Yeah, no problem |
|  | [Long pause- music and chatter in background] |
| CHS: | mhmhm two, [UI] |

UNCLASSIFIED
4

**Exhibit 2**

INV_00000157

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings


              [Long pause- music and chatter continue in the background]

CHS:         [Phone call] Hey Haley checking to see for a friend of mine if Toby is ready for pick-up? It's for Honor Monaghan… Okay I'll let her know… Thank you appreciate it... Will do, okay thank you, appreciate it, bye-bye, bye. [End of phone call]

              [Long pause- music and chatter in the background]

CHS:         [Phone call] Hey ugh Toby's ready to get picked up… um you have, umm you have to call them and ugh so I've called them right now so you can set up a time to drive down there to pick him up today [UI]... you need, you have the name of the place right?... Cremation Services in Centennial… cool... okay, no problem, all right, thanks, bye. [End of Phone Call].

BS:          [UI]

CHS:         What are you up to?

BS:          Nothing much man. How are you, how are you?

CHS:         I thought, I thought you were like went with your ugh your ugh side piece there for a minute you know [UI] with her.

BS:          I don't know what taaahhh, (singing) Nah she ugh came over, [UI] with ugh homeland or ugh somethin like that, he's flashin on her for whatever reason. He's like "can you come over here for a minute?"

CHS:         Oh yeah, that's not good.

BS:          Yeah, you know Zeb? What he know Zeb? [UI] all right this is gonna be something man.

CHS:         Yeah cause he said, Zeb was like ugh, cause Zeb was talkin about, like, the same shit.

BS:          [OV] Yeah


UNCLASSIFIED
5

**Exhibit 2**

INV_00000158

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:        [OV] and he was like, I was like, "you know what?" cause I didn't wanna like, bring anybody together until, like, I was sure that he was cool…

BS:         [OV] yeah

CHS:        So I asked the way I asked to make sure everybody's like Kosher.

(Waiter)    [OV] Can I get you a drink [UI]?

BS:         Ugh yeah ughhhh, where are my drinks at.

(Waiter)    So I got [UI] Sweet teas, Pepsi products, lemonades…

BS:         I'll take a Sprite.

(Waiter)    Sierra Mist okay.

BS:         Yeah, that's fine.

CHS:        So I ugh, I was like u know what, let me bring everybody together and see if it works out like that. You know what I mean, so, no harm no foul.

BS:         No yeah. Ugh me and Zeb have been talkin for a minute cause he was like, cause he's like ugh bro you gotta tone down your speech. I'm like, No fuck that. [UI]

CHS:        [OV] yeah

BS:         He like you gotta calm down, I'm like, hell no! I know. Like…

CHS:        Well I guess he's trynna keep like everything like under the radar a little bit you know. I guess apparently he…

BS:         [OV] He's gotten death threats.

CHS:        Yeah that's what I heard yea he's said he's got death threats and shit like that. So,

BS:         Man… I wish some people would write some dumb shit like that on my car.

CHS:        Yeah, yeah you get dealt with real quick fast and in a hurry.

UNCLASSIFIED
6

**Exhibit 2**

INV_00000159

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

BS:        Fast, everything I love, they done put that shit on my car bro, I'm going back to those cameras myself.

CHS:       Yeah, exactly. Are you…

BS:        [OV] gonna pull these records up right now and see, let me see who the fuck did this on my car right now.

CHS:       Are you going Saturday night to the DPD Headquarters thing?

BS:        What are we doin?

CHS:       I guess it's apparently its all, all hands on deck thing, is what I'm hearing so.

BS:        Everybody ready to burn that shit down, are we ready?

CHS:       [OV] Apparently.

BS:        [OV] [UI] I might come over with a sign, yay, yeah…

CHS:       [OV] yeah

BS:        Burn it down, nah fuck that.

CHS:       Yeah don't need a sign.

BS:        I need some gasoline.

CHS:       Gasoline [laughing]

BS:        I have a, a thing, thing in my trunk you know what I mean.

CHS:       Yeah.

BS:        [UI]

CHS:       So I have like ugh, what do they call those ugh, when they cook a pig? A Luau, a Luau.

UNCLASSIFIED
7

**Exhibit 2**

INV_00000160

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings


BS:             [Laughing]

CHS:            You're using gas instead of fuckin coals you know.

BS:             I mean, what are we doing now? We pay city council -

CHS:            [OV] yeah

BS:             City coun, you know they vote on Monday.

CHS:            Yeah

BS:             They voted, they pick a vote on annual money for [UI] throw that out the window.

CHS:            Yeah, right.

BS:             So, what else is there?

CHS:            Yeah, well what they calling that, peace force or somethin like that.

BS:             Yeah, yeah. But just the idea they, they didn't even let us vote on that.

CHS:            Yeah.

BS:             Come on what are we, why are we still playing by their rules?

CHS:            Yeah.

BS:             And like I'm saying, make mone, we never grew up, we did, I did a couple [UI] I didn't kill anybody, but the far like, this shit right here that's the shit that [UI] like okay ya'll this shit about to be bad.

CHS:            Yeah.

BS:             [UI] Believe what we wanna believe.

CHS:            Where did that happen at? Where you were shot somebody?


UNCLASSIFIED
8


**Exhibit 2**

INV_00000161

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

BS:     Dude runnin the street like back when I was in Missouri still.

CHS:    Oh Missouri?

BS:     Yeah, you know what I'm sayin, it's only a matter of like, I mean and that was, and that was shady, black on black crime, whatever. But as far as like, actively like, "yeah I wanna go do that" and but then it's like okay you shoot the homies you shoot at my brother, two [UI] things I have one inside me and one inside my brother, that's different you know what I mean…

CHS:    [OV] yeah.

BS:     That retaliation you know on that note like I gotta do what I gotta do

CHS:    [OV] yeah

BS:     This shit right there this is about, [UI] anybody who [UI]

CHS:    Yeah.

BS:     [OV] it's something you use it on me, you gonna all wake up morning and Trump is sitting [UI] kickin everybody dam door in anyway.

CHS:    Yeah exactly.

BS:     I should've listened to the crazy black guy who was sayin get your gun.

CHS:    Yeah

BS:     Now it's too late.

CHS:    I wonder where Zebaddious is at. He's probably still on his way.

BS:     [UI] I'm not just see'n it it's like come on ya'll we gotta, everyone get up, get goin. I know it's a, it's a hard pill to swallow.

CHS:    [OV] Yeah

BS:     [UI] I can text him right now, where the hell you at? We here.

UNCLASSIFIED
9

**Exhibit 2**

INV_00000162

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings


CHS:        Yeah

BS:         [UI] I've never in my, and then here he is the other night, he was like uh, he was like I don't know about ya'll but I'm getting my gun on the way. You know as far a me and shit and I'm just thinking in my head like [UI]

CHS:        [OV] Yeah

BS:         He didn't even know [UI].

CHS:        Yeah.

BS:         It needs to be everybody,  if you're an American Citizen and you don't wanna see what's about to happen next, eeehherrrr. Better, arm yourself.

CHS:        Yeah.

BS:         Ahh nah I wasn't [UI] I knew what time it was.

CHS:        Yeah I just wanted to make sure cause usually, make sure you were good or…

BS:         [OV] Yeah

CHS:        Nothing went side on you or anything like that you know what I mean.

BS:         [OV] they, when they come to that house, they better be ready. I answer my door with a rifle.

CHS:        [OV] [laughing]

BS:         Like two three nights ago, I don't know, it was probably like I don't know, like 7 o'clock in the afernoon you know something like that you know what I mean and my mom got home. And there be some random knock on the door [knocking noise] random, like, just random and I'm like things are getting too weird.

CHS:        Yeah.

BS:         So nobody been knocking on my door. 15 years, 15 years we live there and all of

UNCLASSIFIED
10


**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

|  |  |
|---|---|
|  | a sudden we're getting random, yeah right. |
| CHS: | Yeah, bangin on your door and shit. |
| BS: | Yeah this is somethin that's not like you know this ain't the house for that. |
| CHS: | Yeah. |
| BS: | Is this, this am I at the right, right next to my fuckin door. This 2835? No 2840. [Laughing] |
| CHS: | Yeah, he had the wrong address. |
| BS: | [Laughing] ah no. That's fuck'n, yeah nah I wasn't goin' no where. |
| (Waiter) | How we doin over here guys? |
| CHS: | Good |
| UM: | Gonna need a snack while you're waitin'? Or? |
| BS: | [UI]We just waitin. |
| (Waiter) | No worries. |
| CHS: | Waiting on one more. |
| (Waiter) | All right. |
|  | [Pause- music and chatter in background] |
| BS: | [UI] like 30 seconds ago. Hope it's finished.  Yeah I just wanted to take care of my grandma this morning. Clean up the house and trash. |
| CHS: | [OV] Yeah |
| BS: | Things like that. Mow the back lawn real quick. |
| CHS: | Yeah |

UNCLASSIFIED
11

**Exhibit 2**

INV_00000164

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings


BS:         [UI] Ahh I don't know what [UI] means?

CHS:        Geeze they love to make, they love to make that music loud as fuck.

BS:         [laughing]

CHS:        It's literally like just like let's put a fucking speaker in your ear. Here yah go! I
            got the tinnitus shit goin on; so they're just blast it for yeah.

BS:         Ah, okay okay, okay. Is that from like ugh?

CHS:        [OV] the war.

BS:         Yeah, yeah [UI] the battle.

CHS:        Yeah.

BS:         Yeah.

CHS:        Yeah, it's ugh from all the mortar shells and shit like that.

BS:         How long you over there?

CHS:        [Phone Beep, UI] 6 years.

BS:         What's crazy, is the, the stories I hear from Vets. Like the, they don't get medical
            insurance and stuff like that, like you fought for the fucking country.

CHS:        [OV] Yeah

BS:         Like, he don't get no medical insurance.

CHS:        Nope! Well the way they look at it is like, if you ain't a Kurd, you know the, the
            Kurds they look at it like, well you ain't nothing but a Kurd so fuck you whatever,
            you know what I mean, so it's just like…

BS:         Kurd?


UNCLASSIFIED
12


**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
2 Recordings

CHS:            Kurdish People? You know.

BS:             Oh okay.

CHS:            They like fuck your counch you know. Any Kurd fuck it we don't care.

BS:             What the hell?

CHS:            Yep.

BS:             You need to be damned near dead before I can take care of you.

CHS:            Exactly.

BS:             After you went and fought the fight for us.

CHS:            Exactly

BS:             I don't get America, I don't like, I , I thought I liked this country [laughing] and I'm like, I think I've seen the people that aren't mean…

CHS:            [OV] yeah.

BS:             Affected by it.

CHS:            Yeah.

BS:             You know what I mean, not, not necessarily not flaggin, but people that have doin something that worthy of –

CHS:            Right.

BS:             - of being taken care if. You fought for the country for life served, politically anything like that it's like should treat these people a lot better than what we do.

CHS:            Yeah. Hey, can you go peek and see if he's out front, see if he take a look-see if he [UI]. Call him, call him and see if he's on his way.

BS:             Getting a phone call right now.

UNCLASSIFIED
13

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings


[Utensil clanking, music and chatter in the background.]

CHS:        I was wonderin if you were comin.

ZH:         Yeah, yeah, yeah, it's a [UI] thing, my daughter called.

CHS:        Oh, okay.

ZH:         My phone stopped everything with some calls.

CHS:        How you doin?

ZH:         Doin' good, good, good good. [UI]

BS:         Seein' you brother

ZH:         How you doin' brother, you look educated as fuck. What's wrong with you?

BS:         I look educated?

ZH:         Yeah. [Laughs]

CHS:        Your safe now, you can take your mask off, we are sitting down.

ZH:         All right, ugh shit, Tia called me, Wha daddy I want you to watch, then she's, I
            don't know what the fuck she doin but it was like…

CHS:        [OV] Crazy shit,

ZH:         She's four.

CHS:        Yeah, so you need something to drink.

ZH:         Ah shit, I'm not much of a day drinker…

CHS:        Nah I mean like soda or anything like that.

ZH:         [OV] Yeah, yeah, yeah, yeah.

UNCLASSIFIED
14


**Exhibit 2**

INV_00000167

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings


CHS:         [OV] You don't drink soda, you don't drink water? Nothing during the day?

ZH:          [OV] uhh.

CHS:         You following the cause, salam aleikum shit?

ZH:          Yeah man, yeah, yeah

CHS:         [OV] [Spoken in Arabic] "Alawa-sa hada shalann"

BS:          [Laughing]

ZH:          Yeah you gotta do the super-fast for you know, for 7 days. [UI]

CHS:         [OV] Fuck bro, I was raised, I was raised on Muslims, I'm good on all that bull
             shit.

ZH:          Whatcha got right there?

CHS:         What do you mean?

ZH:          The drink…

CHS:         [OV] Ah that is a Malibu Pineapple.

ZH:          Yeah

CHS:         [OV] You should try one, they're good.

ZH:          [OV] If you're buyin dude.

CHS:         Yeah, psh bro, I'm buyin. Yeah.

ZH:          Appreciate it! Hey yo how ya'll doing today?


CHS:         [OV] Tired.


UNCLASSIFIED
15


**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

BS:             [OV] Good.

CHS:            Long mother fucking day.

ZH:             Yeah I stole some crab legs today -

CHS:            [OV] Huh?

ZH:             I stole some crab legs -

CHS:            [OV] I saw that you took 9 dollars on them rather than $39 dollars, Jesus.

ZH:             [OV] I just took it as how I did with diapers, you know? It's like alright these diapers are bananas, there you go.

CHS:            [OV] Nice. Okay so, nobody can hear us so, here ill talk, okay so I talked to my dude. He's on board. Umm what he is gonna do, he's coming in Tuesday, so we'll have to figure where we'll meet at. Nowhere like this on Tuesday.

ZH:              [OV] Yeah

CHS:            Umm, here walk me through what the game plan is, umm I gonna have to step back for a little bit cause of this fucking situation till this is resolved, cause I am like no good with a fucked up finger. Like literally my shit, let me show you something… this how mad by mother fucking finger is. So as you see there. The bone is completely shattered.

ZH/BS:          Damn.

CHS:            Yeah so, it's completely shattered, so I have and they're gonna have to -

ZH:             Too much jacking off man.

CHS:            Ah, I wish, but, it, it ain't the jacking off, but the, the thing is they said uhm, apparently what they told me was their gonna have to put, cut through my fingertip and put a pin in there. If that does not work…

ZH:             [OV] Straighten it.

UNCLASSIFIED
16

**Exhibit 2**

INV_00000169

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:     Yeah then they're gonna have to cut the tip off, so, so, I'm just like fuck it is what it is. So…

BS:      What did you do?

CHS:     Well when I was at the Sturgis, this fucking dude, like I'm sitting at the intersection. And this fucking guy, I'm sitting at the corner just on my bike. This fucking dude cuts around the corner and just clips me with his handlebars. I went to yank my hand out of the way, and fucking ripped my shit and snapped it. And then he took off. And he hits me with his handle bars into my rib cage and takes off and there was a fucking State Trooper right behind me. So they chase the mother fucker down, I mean I was mad as a mother fucker, I about to go fuck somebody up, so they chase after him and they pull over ¼ mile down. Drinking and driving -

ZH:      [OV] Yeah.

CHS:     So they took his ass to jail, I was, I was mad about to stomp on [UI] motherfucker's ass.

BS:      [OV] heeeeeyyy…

CHS:     [OV] So, Now I'm dealing with this shit. So I am like no good with that situation.

BS:      You gotta get rest.

CHS:     Yeah, yes. I mean I'll still being going to like rallies and shit like that. The protests and all that, but the problem is that like effectiveness for like a month, I can't do shit on this one. So, so I gotta heal on that. Um, so I guess we could talk but if like one of the waiters come up and is just, like, killing the convo.

BS:      [UI]

CHS:     Hell Yeah, order and eat. Um…

ZH:      like, Ignore shit, you know. Like, you know, I got these new [UI] and shit.

CHS:     Did, did, uh, Bryce tell you his idea, what he wants to do?

UNCLASSIFIED
17

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
2 Recordings

ZH:             No.

CHS:            Fill him, fill him in on your shit.

BS:             I get these addresses…

Waiter:         Can I get you a drink [UI]?

ZH:             Uh, can I get uh, one of those Malibu things?

CHS:            Malibu Pineapple…

Waiter:         Sure, absolutely. And I'll get you another Sierra Mist.

BS:             Please. [UI]

BS:             I got the DA [UI] right now. We can scope it out for a little bit of time, I was thinking a week, a week and a half.  Figure out a schedule, when they're home, when they're not home maybe even the neighbors on each side and make it, the houses aren't, can't even be seen, from other houses, like I haven't been there yet cause I know I don't belong in that neighborhood. So like I wanna to there when [UI] ugh figure out what their schedule is, when they're home stuff like that. And Then figure out potentially maybe shuttin off the power to the house.

ZH:             [UI] like poison.

BS:             Poisoning?

ZH:             No, no, no, think about this, think about this. They get their mail.

CHS:            [OV] Right.

SH:             They get their mail. You know.

CHS:            But the thing is, the thing is this, I mean your, your poison, I mean it's cool but you got remember number two, what happens if you poison yourself and shit. But I mean it's on the table.

BS:             If we got to get creative, I mean I'm good with that. I mean if we gotta be creative, yeah but I mean [UI].

UNCLASSIFIED
18

**Exhibit 2**

INV_00000171

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

ZH:          Yeah, yeah, but I think a plan thing would be a lot better -

CHS:          [OV] Here, here's the thing I'm kinda feelin, and ugh I'll be real with you cause you know I don't bull shit. I know y'all are concerned about getting caught. Whatever your plan is make sure that it's a solid plan and you don't get caught, you know what I mean, so just if yeh, look like they said in the movie life, don't be scared.

ZH:          Yeah, I want people to do it for me.

CHS:          Yeah.

ZH:          That's why I've thought about this long-term plan of attack.

CHS:          Yeah you gotta understand my bros not gonna stay here for nine months to a year.

ZH:          Yeah.

CHS:          He's, he's here to help y'all with what you need and then evaporate, you know what I mean?

ZH:          [OV] And disappear.

CHS:          And disappear. He's not going to be hanging around at your house -

ZH:          [OV] Yeah -

CHS:          Havin s'mores and shit.

ZH:          I want him to teach me ahh, you know we're [UI] we're gonna take it two different ways.

CHS:          Right.

ZH:          But we can still get it done. Over the course of a few months I [UI] militarize people.

CHS:          Yeah, but, let me, let me tell yah somthin, I gonna be real with you a second okay. Imma, imma gonna to put it as an outlaw biker point of view, when you bring too many fucking people in? Somebody's gonna talk.

ZH:          [OV] Yeah.

UNCLASSIFIED
19

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:        Mother fucker gets pulled over in a DUI, they gonna talk. Mother fucker gets on a
            dope charge, they gonna talk. Mother fucker goes to fuckin massage parlor and
            he's getting massaged up, and then he gets mother fuckin arrested, mother fuckers
            a snitch.

ZH:         [OV] Unhuh. But if, I'm thinkin like more of like mafia style [UI].

CHS:        Yeah.

ZH:         How many people.

CHS:        [OV] Yeah.

ZH:         How many people.

CHS:        Less numbers is better numbers.

BS:         Yeah Imma, I agree with you man. Like that's what I'm sayin like, I'll go today
            God damn it.

ZH:         [OV] I think the difference is with me, I want a mass thing plan [UI] if I can get it
            set up I can piss people off by this like [UI] food and shit.

CHS:        Yeah, yeah.

(Waiter)    Ready to get some food goin guys?

CHS:        [OV] Yeah.

BS:         Yeah, yeah, yeah, yeah.

CHS:        Umm, I wanna, I wanna do ribs -

(Waiter)    Okay how, do you want the 4 bone, 6 bone, 9 bone, or 12 bone…

CHS:        I'll do the six bones -

(Waiter)    You get two sides.

CHS:        Ugh so give me the ugh -

(Waiter)    Look it over -

UNCLASSIFIED
20

**Exhibit 2**

INV_00000173

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:            Yeah -

(Waiter)        [OV] no worries

CHS:            [OV] I gotta get my glasses on, I'm almost 50 years old. So I gotta kinda of read
                this shit.

BS:             [Laughing]

ZH:             You're like 25.

CHS:            Shit, I wish… garlic bread skin mashed potatoes and ugh, country beans sounds
                good.

(Waiter)        Yeah absolutely, how about you guys?

ZH:             I'll take the six ribs.

(Waiter)        K, umm

ZH:             Mashed potatoes and ugh green beans.

(Waiter)        I don't have green beans unfortunately, I got baked beans -

ZH:             Yeah baked beans are good.

(Waiter)        Alright, and for you man?

BS:             I'll do the hickory chicken sandwich

(Waiter)        And which side would you like with that?

BS:             Ugh baked beans.

(Waiter)        Got it, all right anything else guys?

CHS:            And garlic toast for me.

(Waiter)        Okay, instead of the muffins?

CHS:            No, I don't like muffins, I hate muffins.

UNCLASSIFIED
21

**Exhibit 2**

INV_00000174

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

BS:          [OV] What!

CHS:         I do not; man, I eat that shit in the south so much. It's like eating fish in the ocean
             I'm fucking tired of that shit.

ZH:          [OV] Ahhh -

CHS:         This ain't Wilbur and I ain't no fucking, I ain't no soccer ball.

ZH:          [OV] Ehhh thank you man.

(Waiter)     Holler if you need anything.

ZH:          Cool cool. My thing is we could have a short insticises [PH] in time, y'all [UI] but
             let me learn what I need to learn and I'll build it up and make something right out
             of it.

CHS:         Right

ZH:          I wanna burn the whole fuckin city down. I like to have deaths.

CHS:         [OV] Right.

ZH:          Cause I know I can [UI]

BS:          Yeah three months.

ZH:          No, no, no, no, no, no, no. We don't have three months with what I'm talking
             about. I can piss off people enough during the winter, but when spring around
             they'll act up, trust me. The thing is if PSL can easily grow some fucking event.

CHS:         [OV] Right.

ZH:          Why can't I build up over time and anger and resentment and then just throw
             some fucking event. And we go to a rich neighborhood and I can not control what
             the people do -

CHS:         What, which rich, rich neighborhood you thinkin of?

ZH:          Think of it over time, you got 6 months left.

CHS:         Yeah but you gotta remember my guy doesn't have six months.

UNCLASSIFIED

22

**Exhibit 2**

INV_00000175

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

ZH:          I want him to teach me -

CHS:          I, I don't know man, I, you'll have to talk to him?

ZH:          [OV] Yeah

CHS:          [OV] But, the thing I'm telling you is this guy is no bullshit type of cat you know what I mean. He not gonna like sit around and fucking make hamburgers and shit like that -

ZH:          [OV] Yeah

CHS:          [OV] If y'all trynna do shit he's gonna help you with it. But you gotta understand this guy is a no-fuck-around type of dude.

ZH:          [OV] Yeah

CHS:          [OV] You know what I mean? And it's like you know, I mean you look at Bryce's point, Bryce is talkin about immediate action, you know news flash shit. You know. I mean, what you think Bryce?

BS:          I hear what Zeb's sayin, cause he was sayin this for the past month, but we, we're runnin outta time. They, the city council thing is enough...

ZH:          [OV] No, no,  not yet, no it's not. [UI]

BS:          [OV] [UI]

ZH:          [OV] Just think people are gonna be depressed. It's gonna be cold for an entire winter, it's gonna be cloudy, mentally fuck them up over time. Just like the Soviets did in the past. The socialist did, they pissed them off during the winter but during the [UI] they pissed them off -

CHS:          [OV] Ok, so here's, here's the thing for yah, let's just, let me show you people are sheep, okay. Joe Biden gets elected president of the United States.

ZH:          [OV] We can go back to sleep.

CHS:          [OV] Everything's cool.

BS:          [UI]

UNCLASSIFIED
23

**Exhibit 2**

INV_00000176

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:         [OV] Oh no, I already know Joe Biden's gonna win. I'll bet yah my, I'll betcha
             my fuck'n, look, I'll bet you my, I'll bet you my hearse, my money, whatever, I'll
             betcha. Joe Biden is gonna win. It's guaranteed.

ZH:          And the thing is still, still, there's enough resentment amongst enough people
[UI].

BS:          [OV] I'd rather Trump wins so we can go. That's my thing, I'd rather [UI] [OV]
             and I don't want everybody "Ahh it's okay we're good" Everybody's voting for a
             cop. You vote for Joe Biden your voted for a Cop.

ZH:          [OV]   I think at this point, these two him and Harris are more disliked than
             Clinton [UI].

CHS:         [OV] No it's not. Cause, Jo, Joe Biden's got, he's got, he's got fuckin ugh
             Obama's supporters.

ZH:          [OV] Yeah…

CHS:         [OV] He's got everybody, bro he gonna win.

ZH:          [OV] Yeah, you see that DNC though...

CHS:         [OV] Doesn't matter, he gonna win. He could walk up there, an, and I mean look
             at Trump, Trumps talking about how you can shoot somebody in the middle of
             Pennsylvania, and he'll still be President, he became President.

BS:          [Laughing] That was the beginning right there.

ZH:          You know what I'm sayin.

CHS:         I'll tell yah right now, I'm voting for Biden.

ZH:          I want [UI] -

CHS:         It's whatever you wanna do man, I mean I'm not, I'm just -

ZH:          [OV] Yeah, Yeah.

CHS:          [OV] here, I'm just here to explain to my guy what your game plan cause let me
             tell yah somethin, I need to be able to tell him when I call him tonight and be like

UNCLASSIFIED
24

**Exhibit 2**

INV_00000177

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

this is what wanna do then, cause let me tell yah something right now, I call and say well they're gonna wait 8, 9 months, 10 months, bro he's gonna be like well I ain't got time for that shit.

ZH:        [OV] my [UI] but these little things happen over time.

CHS:       Right.

ZH:        [OV] [UI] cover that way.

CHS:       [OV] Your talking about fermenting alcohol.

ZH:        What?

CHS:       Your talkin about fermenting alcohol.

ZH:        [OV] While, while he's already ready.

CHS:       Right…

BS:        Hmmmmm.

ZH:        [OV] Yeah he's already right.

BS:        [OV] Hmm hmm.

ZH:        [OV] You see what I'm sayin, we hit up these little attacks over time.

CHS:       Right

ZH:        [OV] And then when the people in the spring comes back, depression is still there when all these people have been evicted and still can't do the concerts and anything, football games, and the basketball games, the resentment's is already here. It's just gonna still be there.

CHS:       [OV] Yeah.

ZH:        [UI] And you can tell them everything, that's what I said, if he can teach me what I need to know while he's here then I can get the Eastern European stuff.

CHS:       You know, I, I, I'll put it to you like this, let me be real with you for a second. At the end of the day it's cool whatever your game plan is, I mean I'm not goin to sit

UNCLASSIFIED

**Exhibit 2**

INV_00000178

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

there and tell you, you should do this and you should do that, I'm not gonna say that okay? But you need to have an objective of what you're gonna do, I mean, you know be like, if Bryce is planning on like okay. I wanna blow up a mother fuckin court house, I need to know what the game plan are, I'm gonna shoot up a mother fucking Attorney General so I can tell my dude this is what's up. Because if I tell my dude like yeah I need yah to come out and hang out for 9 months and they wanna do some training and -

BS:         [OV] I don't think we got that much time.

CHS:        [OV] and ugh, huh?

BS:         I don't think we got that much time.

CHS:        [OV] No.

ZH:         I think it can happen the other way. [OV] Let's make it happen.

CHS:        [OV] Yeah its whatever you wanna do I mean it's your, it's your ball park, even if you, but I just, I just need specifics so I can tell my dude what the game plan is.

ZH:          [OV] Okay. With me I wanna go for the winter, as soon as the snow hits, right before the snow hits. No matter whose elected, there stills gonna be tragedies that [UI] out and after that election.

CHS:        [OV] Okay.

ZH:          [UI] People are gonna be suffering soon. They put kids back in school. My parents, my parents have my daughter; they refuse to put her in day care.

CHS:        [OV] Hmm right.

ZH:         [OV] Cause kids are starting to get sick.

BS:         [OV] Right.

ZH:         [OV] And where do, where do parents and older people get sick all the time? Their kids because they come from school, parents are gonna starting dying, grandparents are gonna start dying, children are gonna start dying. Everyone's angry about the system -

UNCLASSIFIED
26

**Exhibit 2**

INV_00000179

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:        [OV] Right.

ZH:         [OV] and they understand they are havin to resort this time, we havin to resort
            many times before -

CHS:        [OV] Right.

ZH:         [OV] but right now their economic and that situation in a fucking pandemic
            believe it or not -

CHS:        [OV] Right.

ZH:         [OV] There's some serious shit going on, the distractions are not coming back
            anytime soon. Baseball's falling apart. College football's fuckin done, college
            basketball gonna be done, all these distractions gonna be done and people just
            have time to fester like they did this entire time.

BS:         [OV] I hear  what you're sayin, I hear what you're sayin.

ZH:         [OV] I want them to burn the fucking city down. In every major city in Colorado -

CHS:        [OV] Right.

ZH:         [OV] But if we do it here, the center of this fucking country. It will spread. Cause
            when they see, okay, Colorado has failed at these protests, they've been planning
            something this entire time. And when governors start goin down, mayor's start
            going down, and senator's start going down -

BS:         [OV] Hello!

ZH:         [OV] House members -

BS:         [OV] Hello!

ZH:         [OV] Rich people -

CHS:        [OV] Yeah

ZH:         [OV] Let me focus on that during the winter. Y'all do your parts, I just need
            training. I need to find a way to get weapons.

CHS:        The weapons and shit the ugh, I have, I have the money. So if you're willin to do
                             UNCLASSIFIED
                                  27

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

|  | the purchases for me, I can get, I you know - |
|---|---|
| ZH: | [OV] 100% [UI] |
| CHS: | [OV] Okay |
| BS: | [OV] [UI] |
| CHS: | Okay. |
| BS: | If you gonna do it, do that. I can make them like [UI]. |
| CHS: | [OV] Okay, well did you talk to your boy. |
| BS: | I did talk to him he, he hasn't gotten nothing that they've made it yet. |
| CHS: | [OV] Okay, okay. |
| BS: | [OV] Everything's stock right now. |
| CHS: | So what I was thinkin of like do a switcheroo on them. Instead of just having one person like buy all my shit for me. Like if I switch up like you get me one, you get one. In separate entities, you know what I mean? And then that way it's not coming from one massive hub you know what I mean? |
| ZH: | Yeah |
| CHS: | I mean if your, if your down for that. |
| ZH: | All right, I am but I gotta know the legal repercussions so I can attorney ahead of time. |
| CHS: | Do what now? |
| ZH: | [OV] I need to know the legal repercussions so I can get an attorney ahead of time. |
| BS: | But why, but why? |
| CHS: | It, it's illegal regardless. |
| ZH: | What's that? |

UNCLASSIFIED
28

**Exhibit 2**

INV_00000181

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:        It's illegal regardless I'm a convicted felon.

ZH:         Yeah.

CHS:        So if your given me a weapon and say I go into a situation, it it's regardless, it's illegal you know what I mean? So, I mean if you don't feel comfortable doin it then don't do it. You know.

ZH:         How about cause I'm think how it's gonna benefit us both if we both get these right.

CHS:        Yeah like, I mean, look I have the money. If it's buyin you a weapon and buyin me a weapon and shit like that, that's fine I don't care. I'm not gonna say nothin, I get caught up, whatever, it is what it is. I'll let, I'll let my people deal with it you know what I mean?

ZH:         [UI]Then I'll do it, I'll [UI]

CHS:        I'm not, I'm not worried about, look I've been to prison, you know that. I'm not worried about legal ramifications. I let my attorneys do the talking and I shut the fuck up. I let my people overseas do a deal with the bullshit. I just have a large glass of shut the fuck up and let my people handle it.

ZH:         [OV] And if all else fails I just say yeah, I didn't know he was a felon.

CHS:        [OV] Yeah, yeah exactly just say I didn't know he was a fuckin felon. You're good.

BS:         [OV] [UI] You say you want the people to do it, but people the people are idiots though.

ZH:         [OV] that's the thing...

BS:         [OV] they just gonna burn a McDonalds and that's it –

ZH:         [OV] That's the thing they are, they will just follow any fucking thing anyone tells them. They, PSL had these motherfuckers goin to one place and [UI]. Their stupid and that's the thing they take, I hate to say it but we take advantage of our stupidity.

CHS:        Yeah.

UNCLASSIFIED
29

**Exhibit 2**

INV_00000182

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

BS:        No but they're not gonna go burn down the they're not gonna go burn down the mayor.

CHS:       Bro they were scared of being attacked the Aurora, ahh Aurora Police department, they stood there like sheep.

ZH:        Yeah that's what I'm sayin, people are afraid, we need people who are actually goin do it -

CHS:       [OV] You ain't gonna get thousands and thousands of people.

ZH:         [OV] Yeah.

CHS:       [OV] Bro I'm bein real with yah.

ZH:        I'd like to get an army, a legit army.

CHS:       [OV] And you ain't go the billions for that.

ZH:        [OV] Stupid use, a stupid, what I'm thinkin a stupid useful idiot army. [UI] That's the thing everyone hates these people. So much -

BS:        [OV] The don't hate them that bad.

ZH:         [OV] if we go into a fucking rich neighborhood just lead that march. There are gonna be people act the fuck up.

CHS:       Uhhm.

ZH:        There gonna be more people act the fuck up.

BS:        Yeah, but rich people-

ZH:        That's why some of them are going to be able to have guns because they are going to fuck shit up. Once people start actin up -

BS:        [OV] Yeah but the rich people have guns.

ZH:        Okay but they don't have about a thousand people in their neighborhood do they?

BS:        No, but -

UNCLASSIFIED
30

**Exhibit 2**

INV_00000183

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:          They got the police.

ZH:           [OV] Yeah. Okay.

BS:           Think about Missouri think about the couple in Missouri,  the guy that was
              standing on their front lawn with an AR with his wife…

ZH:           [OV] that's it, that's it.

BS:           That's it. [UI]

ZH:           [OV] They don't wanna fuck up the homes but when they fuck up property it
              defeats the whole thing. And it's like its people in their 20's that you can't
              control, you've got useful idiots.

CHS:          I mean, how, however you wanna do it is, is your call, I mean I'm not gonna sit
              here and tell you what to or what not to do.

ZH:           Yeah.

CHS:          But the thing is at the end of the day, I gotta tell my dude a game plan. I can't tell
              him like well they plan on like eight or nine months. He'll tell me okay cool
              whatever, I'll talk to you later. Click.

ZH:           Well plan on his then I'll work on mine -

CHS:          Okay

ZH:           Then I'll work on mine I'll work [OV]

CHS:          [OV] Okay, so let him work with my dude then, and you do your thing.

ZH:           [OV] but if we have any [UI] I'll still need help.

CHS:          K.

ZH:           My thing is and I totally understand and I feel that shit. I feel it, but if that
              happens -

CHS:          [OV] So the question is are you cool, are you cool with Bryce doing what he
              needs to do?

UNCLASSIFIED
31

**Exhibit 2**

INV_00000184

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

| | |
|---|---|
| ZH: | [OV] [UI] I don't give a fuck, if he gonna do it? Do it motherfucker, shit. |
| CHS: | K. |
| ZH: | Do it. |
| BS: | I got the DA address. |
| ZH: | Yeah. I just want UI] |
| CHS: | Well, you mean the Attorney general, not the DA. |
| ZH: | That's even better. That's even better. |
| CHS: | Yeah. |
| ZH: | My thing is, is if we have these little pops over time. Its gonna fester, cause people are see, okay - |
| CHS: | [OV] Yeah. |
| ZH: | [OV] This is why this happened. |
| CHS: | Yeah |
| ZH: | [UI] these people with that dirty propaganda that I was talkin about – |
| CHS: | Yeah, yeah. |
| ZH: | You piss these people off and you get it all, propaganda's a fuckin amazing tool. |
| CHS: | Yeah. |
| ZH: | When you have, it's like, remember I was tellin you about ugly [UI]. |
| BS: | Yeah. |
| ZH: | [OV] Have you looked at them? |
| BS: | No. |
| ZH: | These are terrible fucking mind blowing fucking [UI] it grosses people out. You |

UNCLASSIFIED
32

**Exhibit 2**

INV_00000185

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
2 Recordings

|  |  |
|---|---|
|  | put this terrible knowledge on there, then a few days later you boost them up - |
| CHS: | [OV] Right, right |
| ZH: | [OV] You go hey you can do this, this is what your about your fighting you can do blah, blah, blah, blah. |
| CHS: | [OV] Yeah. |
| ZH: | Piss em off, hype them up. |
| CHS: | Right, but here's the thing, so then this is what I'm gonna do then, I'm just gonna let my boy know that, ugh, eh, I'm just gonna talk to him and sayin look homeboy has a plan of how he wants to go about it. Do you wanna kinda approach it on a different level and that way, and I think a good idea to is just to cover our asses. Have, we'll have, Zebbadious get my weapons. Get my toys for me. |
| ZH: | Uuhhu. |
| CHS: | Have him get my toys for me, and then you focus on your game plan. And I'll have boy focus on helping you do what you need to do. |
| BS: | Okay. |
| CHS: | I mean - |
| BS: | I mean the thing about like white [UI] white, [UI] |
| CHS: | [OV] Yeah, yeah - |
| BS: | [OV] Okay [UI]. |
| CHS: | [OV] [UI] He'll, he'll take a look at that shit for yah – |
| BS: | [OV] Okay |
| CHS: | [OV] Yeah I talk to him about it, he's like yeah, he'll just show you how to walk [OV] |
| BS: | [OV] Cause that's a, from my point? That's my friend Mark. |
| CHS: | Right. |

UNCLASSIFIED
33

**Exhibit 2**

INV_00000186

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

BS:	[OV] Friend. Mark, so I don't wanna [OV] We, we, we got the words that it was a 223 ballistic, I don't own a 223 or a fi.

CHS:	[OV] Yeah.

BS:	[OV] or [UI] you know what I mean?

CHS:	[OV] Yeah.

BS:	[OV] I own a 7.62.

CHS:	[OV] Yeah, yeah.

BS:	[Laughing]

CHS:	I mean it's, it's the way I look at it is I don't know shit I'm just playin like I don't know shit.

ZH:	[OV] Right, Right. I didn't know that Famous Dave's you know had some [UI] back in the past.

CHS:	Unhuh, yeah.

ZH:	You know I just know this dude's laying low [UI]

CHS:	Well all of this is being paid for by cash. I owe, I pay by cash, I don't do, I don't do anything fuckin [UI]

BS:	[OV] [UI] Never here, we didn't exist.

CHS:	Exactly.

ZH:	[OV] [UI]

 CHS:	[OV] Exactly. So my question to you is, how do you wanna approach, cause to me it sounds like you want the AG.

BS:	Hmmmmm, whatever I can get to right now.

CHS:	Okay.

BS:	 [Whispering] I need IEDs.

UNCLASSIFIED
34

**Exhibit 2**

INV_00000187

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:          You need what?

BS:           IEDs.

CHS:          IEDs? Oh improvised exploding devices? Oh those ain't, those ain't shit but the
              problem is my guy's gotta teach that shit too.

ZH:           He'll teach you and you'll teach me cause my thing is, when this shit happens.
              Just think about it, people are running from the cops.

CHS:          Right.

ZH:           Get caught, alright Boom!

CHS:          Right.

ZH:            You take 'em out, you take them out.

CHS:          So you're trynna do what they call mutual causalities.

ZH:           Yes.

CHS:          Okay, because the thing I look at too is I've gotta do my OPSEC shit. My
              Operation security shit I gotta be careful in how, I get it, cause, think for a second,
              US government comes to me I'm like, I don't know shit.

BS:           I don't know nothing about nothing.

CHS:          And the thing is I let my consulate, my embassy deal with it. because you gotta
              remember two things: I can't fuck up my, my citizenship status, plus my
              diplomatic service cause you know all that shit will be jeopardized. And I'll tell
              you something right now, going to an Iraqi Prison, oh no, no, no, no that shit, that
              shit ain't, that shits for the bears.

BS:           [OV] Exactly what you did though.

CHS:          [OV] Exactly.

BS:           [ Laughing]

ZH:            [OV] [UI] I, I had a buddy that worked at Kosar [PH] [UI] somethin'

UNCLASSIFIED
35

**Exhibit 2**

INV_00000188

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:            [OV] Yeah, yeah

ZH:             Yeah he was ahh, he was with the military.

CHS:            So the thing I say this, if, if your trynna do, if your trynna do explosives. And your trynna blow some, blow, if your trynna blow something up, then the problem is I mean you can wait till he's done but -

ZH:             [OV] But it can a never be done.

CHS:            Exactly.

ZH:              [OV] [UI]

CHS:            But the thing I'm telling you is this, when it comes to blowing somebody up, let me tell you something I've done IEDs and I've done all that shit. You have too look at it like, is this something your committed to?

ZH:             Yeah. Imagine police getting killed around Christmas.

CHS:            Christmas time?

ZH:             Imagine that.

CHS:            Yeah.

ZH:             Imagine them getting killed around New Years. Fuckin Valentine's Day.

CHS:            Yeah, Valentine's Day Massacre.

BS:             Yeah [Laughs] I get this but, I get what you're saying I get why you sayin that but like, I'm sit, here's what I'm thinkin, here's what I got [UI] let the people get into more power than what they already have the [UI] now they know [UI] –

CHS:            Hmmm

BS:             [OV] Now they're gonna, okay we're gonna hype up Security. We have three levels, now we have five. We have five levels now we got seven.

ZH:             That's, that's the cool thing about this [UI], check out about this. We agree on things but we totally disagree on things. We can make a fucking beef between us.

UNCLASSIFIED
36

**Exhibit 2**

INV_00000189

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

BS:             I feel like, like, oh I get what you're say'n.

ZH:             Yeah.

BS:             Fuck that nigga he wanna do it this way.

ZH:             [OV] Yeah. Yeah. It's like these little fuckin things that you can think of [UI]

BS:             [OV] Well they said that about me and Fraya [PH] already, they're like oh well
                they have two different plans and you know with all this shit already. They said
                that about me and Fry… but I'm sayin, I'm sayin we are given them more time to
                beef up their security you know what I'm sayin nigga. Like okay, let's just say
                they're at a level three now. We know people are pissed off but they are like
                ehhhh fuck 'em they all went back, we got the NBA goin and everything like that.
                You let this shit happen in November and it don't happen the way we want to
                happen, quote on quote, as far as like ugh as far as Biden getting in the way, I
                don't want Biden, I'll take Trump, to be real, I'll take Trump. Biden [OV]

(Waiter)        [OV] Alright, hickory chicken sandwich?

BS:             That's me.

UM:             Here's with the Toast.

CHS:            Thank you.

ZH:              Appreciate it, man.

(Waiter)        [UI] Any more drinks while I'm right here?

ZH:             Ugh I'm just take a Sprite.

UM:             Sierra Mist okay?

ZH:             Yes, yeah that's cool.

(Waiter)        [UI]

BS:             Thank you. I in no way actually endorse Trump, like in any way shape or form
                but, but the idea that these people wanna take away guns? Biden is anti-guns,
                Harris is anti-guns, hell no, I don't want that as my President.

UNCLASSIFIED

Exhibit 2

INV_00000190

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

ZH:          [OV] [UI]

BS:          [OV] No, no. and you were hot. Kamala Harris she was hot. [UI].

ZH:           [UI] Here's the thing, think about the chaos if it happens.

BS:          The democrats attacking democratic states. These conservatives respond all the time, look up, look at this place look how they're messing up, blah, blah, blah, blah. Look how bad they're doing.

ZH:          [OV] Piss everybody off

CHS:         Yeah.

BS:          [OV] But I'm just say'n that it's going to heighten security. [UI] If security's a level three right now, a lot can happen if it don't go the way we want to happen, it'd be a five.

ZH:          Go like this…

BS:          We go from three to five and now we gotta deal with [UI] right now walk up on these mother fucker's house right now.

ZH:          Saying like this we piss these conservers off. Piss 'em off, Piss 'em off, they'll act up in Colorado. We goin, we gonna start with fuckin chaotic scene then.

BS:          [OV] In what way? How you piss 'em off?

ZH:          Simple as this, what does Trump say when somthin bad shit happens in a Democratic state in our country? He talks about it. What's in [UI]? They're doing this, they're doing that. You better get on, you'd better get on. Necessary chaos.

CHS:         Right.

ZH:          Hey, that chaos is just going to beef up their security. It's calm right now. They will never see it coming. Right now. I could leave here right now and [UI] up.

BS:          [UI]

ZH:          [OV] Everybody thinks it going to be calm and stuff when Biden gets in, but you're gonna have -

UNCLASSIFIED
38

**Exhibit 2**

INV_00000191

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

ZH:        Yeah, yeah you're right, but we need to start blazing off bombs and shit. So what
           I need is a weak President, that everyone's gonna turn against.

BS:        But he'll have security though, we have no [UI].

ZH:        That's all right [UI], keep the pressure. We need to get [UI] Trump next. why
           cause if we get everybody else, you don't think they [UI]?

BS:        We can get, well we can't get it right now, we can get him now easier than we
           could Trump, clearly. If [UI] gets into it? Cause if we get, you know I mean once
           he signs some [UI] he gots Security like a mother fucker. You could admit and
           I'm [UI] not specifically him.

CHS:       [OV] Right, right.

BS:        But keep that, in that same thought process, we can get 'em now before they [UI]
           that, that will stop this. It won't stop it but it will halt it. Then you got this idiot
           we had to deal with for four years, we know he's not going to do anything, we
           know this. You know something that are going in? They can, you got an ex-cop
           and a  mother fucker who trynna build and incarcerate people like you and me.
           Think about it. The 94 crime bills. What up? Think about it. My daa, my
           biological dad is a prisoner. Think about it. Everyone's going to be asleep. Right?
           Cause of [UI] right? How hard for the [UI] to fall asleep. They won't sleep. Oh
           that's the thing, you got Obama's home boy in office.

ZH:        Do we really, do we really think Trump is just gonna stay out, staying away? You
           think his people's gonna stay away? Just give [UI] talkin.

           [OV] [Sighs]

BS:        Trump is [UI] conservative?

ZH:        Yeah but they're [UI] the problem though.

ZH:        [OV] hmmmmm -

BS:        Trump is just a fuckin [UI].

ZH:        [OV] that's the thing, so he'll bring up more ugh distrust among [UI]. Bringing up
           that anger among his base [UI].

UNCLASSIFIED
39

**Exhibit 2**

INV_00000192

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:        So now you wanna get Biden?

BS:         No, no. [OV]

ZH:         We'll get 'em all.

BS:         I mean I'm not saying [UI] Biden, I'm sayin, I'm sayin on the calm down side.

CHS:        Yeah.

BS:          It's calm right now. [OV] [UI] we hate Democrats, Republicans, whatever, everything's calm, chillin everybody's got sports on TV, everybody's [UI]

ZH:         [UI] that, this is the war [UI]

BS:         [OV] I know I'm just sayin, I'm sayin for right now, as of today, sports is on TV. The Rapids are playing right now, playoff's etc, etc. Nobody's, [UI] they're not thinking about nobody right now. You get into a situation where shit happens politically that people didn't like and all the security's back on. How it was when George Floyd happened.  You know you got Trump hiding in bunkers and shit like that. If, if  you [UI] then they're going to be looking for some shit like that verses  right now in a situation where nothing's happening. Not lookin for that. You know what I mean, [UI] can [UI] right now.

ZH:         We burn for the rights that day.

BS:         Huh?

ZH:         We burn for the rights that day. How many risks? How [UI]?

BS:         Don't let the calm [UI] I wanted this to not be a [UI]

ZH:         The wrong thing's not [UI] for me.

BS:         If [UI] put in their [UI] it will though. If there, if there's unrest across the country and that's when they're hit.

ZH:         Yeah.

BS:         [OV] No unrest at all, just some random vigilantly batman mother fucker just straight up [UI].

UNCLASSIFIED
40

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

ZH:         That's [UI] but the truth of it is, while you're doing that it'd be the long term [UI]
            Believe me I can piss 'em off.

BS:         What, who does everybody love in these protests, anybody? Just sayin celebrities?

ZH:         [OV] Talking these protest here in Denver. Where they mostly always get who
            they trust the most? To be honest. Who do you everyone trust these group
            meetings and everything. What about.

BS:         [UI] Mundo

ZH:         [UI] The groups like last night, every single group here, they trust me.

BS:         Oh yea, yea, yea, yea, yea, yea, yea, yea, yea, yea, yea, yea, yeah.

ZH:         [OV] Why people [UI] anyone else. They like a [UI] They would do what I tell
            them to do if I word it the right way.

BS:         I get what you're sayin.

ZH:         You know what I'm sayin'

BS:         Mhm.

ZH:         I'm like fuckin damn near Jesus.

BS:         [UI] Because you include them, we're all slaves, they love that.

ZH:         [OV] Umhm.

BS:         [UI] We're all slaves. They, they love hearing, they, they call me [UI]

ZH:         [OV] Yeah [UI] The thing is we are slaves. There's different tiers of us.

BS:         [OV] Yeah, but I'm sayin though.

ZH:          We were slaves.

BS:         [OV] I'm saying the idea that's why they are behind you, if you'd of just said
            [UI] means, they wouldn't feel like that.

ZH:         [OV] Yeah. That's why I can't just talk about black and brown. I mean it was

UNCLASSIFIED
41

**Exhibit 2**

INV_00000194

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
2 Recordings

fucking [UI]. Hell everybody else said he was doing [UI] he can force it, he can make it happen. That's the thing, they love me, everyone loves me. [UI]

BS:      [OV] I love you too.

ZH:      [OV] The thing is, I wanna get shit done. How do, you understand that though.

BS:      I do.

ZH:      [OV] Everyone loves me.

BS:      [OV] I get it, but it's, love no more, things about to get baaaaad for us.

ZH:      That's the thing they love me you know enough to do something. That's the thing I can peace them out the whole time. Yeah I love you this, I love you that and yeah I love 'em, but I don't think it's gonna [UI] alike. They will listen to me. You know how many people have started this talking to me after and after shit? Yeah they were talking to Yasma, because then Jesus is there. They come talk to me. They talk, you know, you know the fuckers love me. Cause yo I got all the passwords.

BS:      I get what you're sayin, you wanna wait, I'm not that important I don't wanna wait. I don't know nothing about what I'm doin but I know I need to do something. [UI]

ZH:      [UI] You [UI] the sewers. We need access to the sewer. Any fucking thing to start a war. This is a war of attrition, that's not enough [UI]. That's [UI]. That's what I said today, [UI] he uses high tech shit [UI] use the low tech and the fact that these people love me so much I could make them do things. It's like one night we were out with our face masks, there was a dude fucking with me, you know cause I tell people put your fucking masks on. I told one of those security guys of four different groups, all about 35-40 people all together, circle this man, told him who I was made him come apologize to me. Made him come apologize to me and shake my hand.

BS:      Alright Jesus.

CHS:     [laughing]

ZH:      No, no I had, I had it planned the entire time.

UNCLASSIFIED
42

**Exhibit 2**

INV_00000195

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

BS:     I get what you're saying, I get what your sayin. But see why you say wait, but at the same time they're not looking for it right now. They are looking for a [UI] pissed off. They really gonna be, everybody's gonna be guarded up. Right now District Attorney's sitting on their porch right now with a glass of lemonade readin the newspaper. Just like this. Let, see how it goes. Let [UI] talkin, let me do that for him.

ZH:     I'm not losing my life [UI]

BS:     Can I get one? Can I get one?

ZH:     One what, one of these ribs?

BS:     [OV] No, one of the people. Just one of these people, can I get one of them?

ZH:     No.

BS:     What the hell.

ZH:     I need my, I need my followers.

BS:     No, no, no I talkin about the people, one [UI]. Can I get one of 'em?

ZH:     What do you mean? If I did you'd [UI]

BS:     [UI] Some dumb shit, I could be taking [UI] somebody? I mean you can't even [UI]

ZH:     Is it viable to do it now? I think you [UI]

CHS:    Well, Zebs tellin you to do it, so do it.

ZH:     Yeah.

BS:     I'm choosy I can't tell yah [UI] [laughing] no, but you know what I'm talking, can like that, I get you sayin you care for the buildup. Everybody's scared, everybody's there for the fun. [UI] I need to stand.

ZH:     Cause if all of those people came to defend me just like that -

BS:     [OV] Right

UNCLASSIFIED
43

**Exhibit 2**

INV_00000196

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

ZH:           They're gonna listen to me.

BS:           Right. I hear what you're saying. You gotta hunt down the people who will
              fucking run mad then they can't blame all of us.

ZH:           [OV] Yeah.

BS:           They have to blame the people. [UI] Been talkin about these people.

ZH:           That's what I'm saying I've got a cousin [UI] because we talk about it every day.
              If you wanna amuse 'em you've got to piss everybody off.

CHS:          [OV] Yeah

ZH:           [OV] If it happens here in Denver, trust me this looks great. Especially when the
              cops start falling [UI] by the dozens in one day. In one day? Beautiful. These
              people listen to me. Like I say, I love 'em, believe me. I love 'em that's why I tell
              them what they need to do. I'll tell you what. That's the difference. I love them. I
              want [UI] and I don't have to lift a finger [UI] but if I have to I will. [UI] lift a
              finger or I can be fucking Castro shoot 'em myself.

BS:           [UI] Castro.

ZH:           That's the thing.

BS:           [OV] [UI] Castro.

ZH:           [OV] If these people love me so much, then how many people came surrounded
              that man that night. Those same people who the police tried to pick me up, I'm
              sure  half of them would of fuckin came.

S:            So basically what I'm thinkin is, you're in dah, the ideology, and he's into the
              actualism.

BS:           Right. I get the point of waitin, I get that, but I at,

ZH:           no you don't wait. Other people like you don't wait. For part of the [UI]. The
              thing is we establish this so-called "Beef" That it seems like we agree on certain
              things.

CHS:          So your basically telling Bryce, to go forth, but your gonna handle the back end.

UNCLASSIFIED
44

**Exhibit 2**

INV_00000197

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

ZH:            Oh yeah, I gonna be on something even bigger, I'm gonna burn, [UI] .

CHS:           [OV] Huh?

ZH:            Let me just throw this up in space.

CHS:           [UI]. I can see it.

ZH:            Because everyone always talks about we gotta fight for love, some people say you gotta fight hate. You gotta be fucking scared of people sometimes.

BS:            Fight fire with fire.

ZH:            Ye, and that's the thing you, you gotta be straight up even sometimes.

BS:            [OV] [Laughing]. [OV]  I fight fire with fire.

ZH:            Like I told you both, I'd gladly sacrifice a billion fucking people so that the other [UI]

CHS:           Yeah

ZH:            Let me, let me deal my [UI], I have a person helping get a speech right now. Trust err. Trust me.

CHS:           So Then what I'll do is, I'll ugh, I'll have my dude meet up with Bryce.

ZH:            Can you teach me what you know?

CHS:           Well I can't teach shit, now.

ZH:            [OV] [UI] Just talking, just talking.

S:             [OV] Yeah, yeah I, we can bullshit,

ZH:            [OV] I need you to help me get back in shape severely, physically something personal. Cause right now I'm pretty fucking big. But I could.

BS:            [OV] I have not worked out and anything everybody's thinks I'm being like this skinny lil fit demon [UI].

ZH:            [UI] I like that, I was looking at yah [UI]

UNCLASSIFIED
45

**Exhibit 2**

INV_00000198

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

| | |
|---|---|
| CHS: | So the questions is then, what is, what is your plan then? What you wanna do then? So I can at least tell dude what's up? |
| BS: | [OV] I need to figure out a set of wheels, obviously not mine. |
| CHS: | Right. |
| BS: | [OV] Being in that neighborhood. |
| ZH: | [OV] Five hundred dollar beater [UI]. |
| BS: | Hmm, a beater? |
| ZH: | Uhm you know a two door, or you could do white fucking ugh, Leroy Mallow. Get a [UI] You know who I'm talking about Leroy Mallow. |
| CHS: | Oh Mallow? Yeah. |
| ZH: | [OV] Yeah. So they talk, here's the thing, and you get [UI]. |
| CHS: | [OV] So you're talkin about like DC sniper shit. |
| ZH: | Yeah. |
| BS: | I'm for all that, mofo we need to go now. |
| ZH: | Do it, get you, rent you a fucking Penske truck, get you a fuckin beater.[UI] motherfucker for you. |
| BS: | [OV] [Laughing] |
| ZH: | [OV] [UI] motherfucker for you, keep it for fucking six hours, drop it off at the fucking place. Then what you do, leave your fuckin car, go get a crutch. [UI] don't get it fucking destroyed. Those are evidence. |
| CHS: | Yeah. |
| ZH: | Cause we have a license plate on there, ah cool, make sure it's cheaper. Make sure [UI] |
| CHS: | Right, Right. |

UNCLASSIFIED

**Exhibit 2**

INV_00000199

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

ZH:           Then that [UI]. Say he we gotta crush this fucking car.

CHS:          Question real quick, you were talkin about somebody else also. Was there
              somebody else you would like to bring in?

BS:           I think that ummm, a dude name Mark, Mark [UI]. He wasn, wasn't the memorial
              thing the other night.

(Waiter)      [OV] Doin okay guys?

CHS:          Yes, thank you.

ZH:           We're good, we're good.

BS:           Tall dude, about [UI] he's got, he's got a couple sticks of dynamite.

CHS:          He's got what?

BS:            A couple sticks of Dynamite.

CHS:          He's got Dynamite?

BS:           [OV] Yeah.

CHS:          [OV] God Damn.

ZH:           Fuck.

BS:           [OV] Fuck.

CHS:          Can you get him in, involved in it?

BS:           I probably can.

CHS:          [OV] Did yah -

BS:           [OV] I wasn't gonna, you know I'm gonna what to know [UI] who he's bringin
              in, before I was like alright. Let me pull this guy in.

CHS:          [OV] Bring him in.

ZH:           [OV] Something, somethin to talk about the other day.

UNCLASSIFIED
47

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:            [OV] Yeah.

ZH:             [OV] A drone bomb.

CHS:            With what?

ZH:             Drone Bomb.

CHS:            The drone bomb?

ZH:             Yeah.

CHS:            Yeah.

ZH:             [UI] you attach a little fuckin bomb to it [UI] you get right, it gonna go right after, whoever it is, you only need one.

CHS:            Right.

ZH:             Boom!

CHS:            So you're talkin about like a Kamikaze drone bomb?

ZH:             Yeah just a little simple thing. You can, you get to, instead of shooting the [UI] you get to see his fucking face splatter all over. Fucking pop it in front of his kids.

BS:             [OV] But the shooting, it's faster. I'm trying to think of [UI]

ZH:             Thing is you want them to suffer. [OV] Good, think about it. Look at Kennedy it took an hour and a half before the, the motherfucker died. Every will go 'OH MY GOD!"

BS:             That's why I wanna do in and out.

ZH:             But if you make them suffer immediately. [UI] You know?

BS:             Well I don't care about the [UI]

ZH:             GONE! Fix the issue now.

CHS:            Bryce just wants 'em dead.

UNCLASSIFIED
48

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

BS:  [Laughing] Fix the issue.

ZH:  [UI] If you [UI] still to do it, hey I ain't gonna tell you no bro.

BS:  I'm sayin [UI] alright, I'm thinkin alright [UI] you know, let me going into it like that, and he's got, he's got money behind it.

ZH:  [OV] [ UI] say that was good.

BS:  [OV] [UI]

CHS:  So let me ask you a question then, So I can tell my guy which, who is it that you want then? Attorney General, the Attorney General?

BS:  [OV] [UI] is the address.

CHS:  Okay so He'll be like tier number one basically.

BS:  Yeah I mean, he, as far we know, he knows right now that we can readily get a, get through, [UI] ahh, ahh…[UI] He stays out in like older like that I don't know where -

CHS:  [OV] Yeah I don't know.

BS:  [OV] [UI]

CHS:  [OV] Yeah.

BS:  I have another person who will give me an address. I could probably get those by the end of the day. She knows where the governor and the mayor [UI]. He's talking about stuff with the sewers also.

ZH:  So you need to get someone to get access to the sewers.

CHS:  Yeah.

ZH:  [OV] [UI] He can piss a lot of people, he won't even stop. We just gotta know when the waters going in the sewer so we can [UI] hit it just right.

BS:  [UI]

ZH:  [UI] I thought about that too, I, I got a buddy who's ahh, Philippine, you know

UNCLASSIFIED

49

**Exhibit 2**

INV_00000202

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

|  |  |
|---|---|
|  | he's they're back in like Vietnam and shit. He said this [UI] was so good from the heat in the city, they didn't know it was fuckin' comin. |
| CHS: | So you're thinking for sure then the AG. |
| BS: | Yeah, somebody, somebody that we know. Something that will send a message. |
| CHS: | Right. |
| BS: | [OV] [UI] how the hell did this done? Okay? They know where he lives. I know where [UI] Okay, now we have enough. It's like [UI] these people will be killed by [UI] or beef up security. |
| CHS: | Hey got a question, I'm gonna ask if they can turn the fucking music down, it's just like blaring in my fucking ears. |
| ZH | Think about sewers. Think about all those protestor. |
| CHS: | Yeah but your doin all kind of like strategic tunneling shit and all that craziness, you know? |
| ZH: | [OV] You don't need to do so much of it. I was sitting here thinkin have my friend from the Phillipines said, "Alright you make sure to put [UI] trash, then we'll do it. If you put, cover it up with a white, thin piece of paper, some [UI] - |
| CHS: | [OV] Yeah, can you guys turn music just a little, it's just like so loud in my ears, thank you. |
| UF: | Yeah. |
| ZH: | [OV] [UI] pissed off, you noticed. I [UI] people are thinking about these. [UI] you'll a spec, ahh a specific part of the sewer. You just gotta know when certain things are gonna go down. |
| CHS: | Yeah but where's the sewer at? I mean. |
| ZH: | They're under us. |
| CHS: | Where? |
| ZH: | They're all under us. |

UNCLASSIFIED
50

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

BS:             I get what your sayin bro. How closely [OV]

ZH              Think about it at the events though, at the events where things happen. They're always by the sewers. They're always by the sewers.

CHS:            Yeah

ZH:             you have a [UI] there. There's always a [UI].

CHS:            Whose sewers are you talkin about? The governor, the police chief, the mayor?

ZH:             [UI]

CHS:            The mayor? I don't even know where the fuck he lives.

BS:             [UI] that information [UI]

ZH:             [UI] you get out there, [UI] they sleeps.

CHS:            Hell Hancock?

BS:             Yeah.

CHS:            Okay.

BS:             It's sleep is like, that's why [UI]

CHS:            [OV] so let me ask you a second, who do you wanna go after? So

BS:             [OV] Attorney General.

CHS:            [OV] okay the Attorney General, cause I just wanna be able to tell the guy, cause I don't wanna be tellin him like, this guy, dah, dah, dah. I want, that way he know there's an objective who the fuck he's going after.

BS:              [OV] Yeah

CHS:            [OV] You know what I mean?

BS:             Attorney General.

CHS:            Okay so the Attorney General.

UNCLASSIFIED
51

**Exhibit 2**

INV_00000204

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

BS:             [UI]

CHS:            And you're set in that, that what you wanna go with?

BS:             That's the, that's best address I got.  I got the [UI] critical evidence for that cop
                that killed Elijah [UI] You know what I mean? Like I said, they said that those,
                some of those people, moved, ran away -

CHS:            [OV] Yeah.

BS:             [OV] town, you know your friends. They're not going to go nowhere.

CHS:            Okay.

ZH:             You do smallpox, I'll do a [UI] get a copy.

BS:             Alright.

ZH:             Even if we do we'll meet [UI] now, he'll be back [UI].

CHS:            Yeah.

Waiter:         Just checkin up, [UI] better for us?

CHS:            Yeah that's a lot better thank you.

ZH:             He was not here, [UI] not here, I mean he's close, he'll be back.

CHS:            Yeah.

ZH:             [UI] to be back.

CHS:            My Guy?

ZH:             Yeah.

CHS:            Depends he's, he's a pretty busy dude. I mean he's not like -

ZH:             [OV] Disappear man.

CHS:            [OV] Yeah, he don't stick around and watch a playboy and fuckin' eatin' macaroni
                and cheese. I mean he's out there doin the shit you know.

UNCLASSIFIED
52

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

ZH:         Not say'n he was. Let me [UI] if I can't find out about that [UI] I've got [UI]

CHS:        [OV] Uhmm

ZH:         But I [UI] when I [UI] I'm askin you for [UI]

CHS:        Yeah. Yeah we can sit down and figure that shit out.

ZH:         [UI] guns.

CHS:        The guns?

ZH:         Yeah.

CHS:        Yeah, what about the ugh, you were talking about the, the explosives and shit like
            that.

ZH:         Over time.

CHS:        Okay, okay.

BS:         [UI] know how to actually make his move.

CHS:        Yeah. Hey your dude that's got the…

BS:         Dynamite.

CHS:        Yeah call him up, cause I definitely be interested in, if he's, let me tell you
            somthin, if he's got dynamite like you said?

BS:         Okay, I'll let him know.

CHS:        [OV] Okay

BS:         Have somebody interested in 'em.

CHS:        [OV] Huh?

BS:         [UI…] See, now we're talking.

CHS:        Kay.

UNCLASSIFIED
53

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

BS:           [OV] hello there, I gotta go buy that unit. Like…

ZH:           [OV] Yo we got two weeks, and he's gonna show me how to do it.

BS:           [OV] Dude I need it now.

ZH:           Dude you do your part now, I'm talkin big!

CHS:          Okay.

ZH:           I'm talkin big.

BS:           [OV] Dude we need it now!

ZH:           [OV] I mean, like I said everybody loves me. I could do it.

CHS:          Yep, okay black Jesus.

ZH:           Hey you know, shit you know, thank you, I appreciate it.

CHS:          I do believe he was black, but you know, that's just me.

ZH:           I'm like this, I'ma, I don't believe him, but when I see it in the mirror in the
              mornings, I'm hey..

CHS:          [Laughing]

ZH:           [UI] I don't want, I don't want a few people that go away. I want thousands of
              'em.

CHS:          So you wanna hit mass, mass casualties.

ZH:           Yes. I want, I want utter destruction.

CHS:          Huh?

ZH:           I want utter destruction.

CHS:          [OV] Utter distr, yeah.

ZH:           I want to see this go, I want to see those skyscrapers fall into the ground.

UNCLASSIFIED
54

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:            The Denver skyscrapers?

ZH:             I wanna see this whole fucking city -

CHS:            [OV] Isn't there a Denver World Trade Center down there.

ZH:             Yeah, yeah [UI] I wanna fuck up Union station, I wanna fuckin it all up.

BS:             [OV] Right on Broadway, ugh, right near that ugh bus stop is.

CHS:            Oh yeah, yeah.

BS:             [OV] That's what those are the World Trade Centers.

ZH:             I wanna fuck it all up.

CHS:            Okay. Well that's [OV]

ZH:             [OV] [UI] If, if I can rationalize it enough, which they, you know they fucking listen to me.

BS:             [OV] Yeah I get what you're saying, I know what he sayin based off of the other night.

CHS:            [OV] I feel you black Moses.

ZH:             [OV] Aeee, lead my people to freedom.

CHS:            [OV] Jesus -

ZH:             [UI] and it's like talking. That's not a talker.

BS:             [UI] I'm coming from this as [UI]

(Waiter)        [OV] How you doin guys?

CHS:            Doin good thank you.

ZH:             [OV] [UI] Uhm, I need to make a [UI]

CHS:            Uhm can I get the ugh check too please? Oh ugh…

UNCLASSIFIED
55

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

BS:        [OV] [UI] We can show up on your house, house, or whatever, okay. What did you do to get me comin? One little guy you know what I mean, one [UI] black that was me. So that's [UI] I'm at right now with this. You say gang banging but this is life. Okay people are gonna chaa fucking their way [UI]

ZH:        [OV] I think I have a free list of psychologists.

BS:        [UI]

ZH:        To fuck with their minds!

BS:        [UI] know that?

CHS:       Whose minds?

ZH:        This is psychology.

BS:        Bro you trynna [UI]

ZH:        [OV] I want, you guys don't understand, you don't understand I believe all this insanity.

BS:        I mean [UI] make fucking chaos.

CHS:       Oh I'm sure you just want a state of anarchy, but -

ZH:        No, hutah just like, the thing is I need the people to destroy it and take it.

CHS:       [OV] Yeah.

ZH:        [OV] [UI] Like I scare with that bang shit. Denver [UI] fucking city. Let them fuck this state up. Cause that's the only form of power that we have right now is not a fucking [UI]

BS:        It's a mass civil disobedience.

CHS:       Yeah.

BS:        [UI] cast a vote in a long time though

ZH:        Voting's bullshit. You give them a mass civil disobedience. Every city council [UI] voting. Voting's just out of the picture for me.

UNCLASSIFIED

56

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

BS:             [OV] care about city council? Let them, let the people do it.

ZH:             [UI]

BS:             [OV] Why [UI] why, why, why can't we [UI]

ZH:             [OV] [UI] You can, I'm telling you, you can.

BS:             [OV] Why, why not us. Why, why [UI]

ZH:             [OV] Why can't it, like I said with Charles Manson, he didn't lift a fucking finger.
                He didn't lift a fucking finger.  Everyone did it for him.

CHS:            [OV] Thank you.

(Waiter)        Thank you, alright.

ZH:             [OV] My thing is [UI] really I did, but I don't overdo it and I was right. Like I
                said, it'd be good setting fire to an upside down Ameri [UI].

CHS:            [OV] Upside down Amer[UI] and burn it. Jesus. Yeah,

ZH:             Yeah, see let 'em burn, burn up and burn it again. Let him be torched. I had [UI]
                You know, like I said, you know people [OV]

BS:             People [UI] gonna put a bullet in their head.

ZH:             No, no you let the enemy suffer.

BS:             Why though?

ZH:             Tehh, it'll liven the place up [UI] [UI] they were done. I know I have [UI] for
                meals, pasta you know what I mean? I didn't want them to stop giving me [UI].

BS:             He goes let me show up [UI] for bed.

ZH:             No, no I don't, I don't wanna go to sleep. I'll sleep out here

BS:             I wanna go to [UI]

ZH:             He had [UI] like that. He tortured them. I'd make 'em suffer. I mean that's the
                thing, everyone that say's hey we're in a typ, no I want them to fuckin suffer for

UNCLASSIFIED
57

**Exhibit 2**

INV_00000210

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

|  | their children to see. I'ma be real, now you said, "I don't think I've got the stomach for this. |
|---|---|
| BS: | I do [UI] have someone to hear you scream and shit, agghh, hell no. Put a bullet in and go to bed, I'm… |
| ZH: | Think about it, think about it, look at all these different fucked up people in the past. [UI] burned the fucking city down and their fucking blood and everything oozed down the fucking street. That's ahh, that's what I'm try'n [OV] |
| BS: | [UI] to be heard. |
| ZH: | Yeah that's an example to make and to the rest of this country. |
| BS: | I don't even have a century no more. |
| ZH: | Yeah, we're the 2021 team. |
| CHS: | Alright, do you wanna get a to go [UI]? I gotta, I gotta get rollin cause I gotta get to this appointment. |
| ZH: | And I hope, I hope you'll don't think I's tryin to waste your time. |
| CHS: | No, no, no,  no, no. |
| ZH: | I see a long term goal [UI] |
| BS: | I don't see why we gotta wait that long to get to the [UI] There doesn't need [UI] We get 'em now they got two body guards, get them, body guard, body guard. Now if they come back around again? Body guard, body guard, body guard, body guard … we gonna have [UI] |
| ZH: | Let me talk to 'em, let me just talk to 'em. |
| BS: | man. |
| ZH: | Just think about it, Fred Hampton almost had that fucking entire city ready to burn shit down. He had the money to do it. Had to make you a Black Panther [UI] |
| CHS: | Yep, you had to go there. |
| ZH: | The right ones though, it's the right ones, ninety of 'em for the right [UI} |

UNCLASSIFIED
58

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:            Do you wanna get ahh [UI]

ZH:             Yeah.

CHS:            Alright.

ZH:             But I still need your help.

CHS:            Yeah, we'll look at it. We'll get it all planned out.

BS:             I need [UI]

ZH:             Oh I got some 'in at home, [UI] got it fucking waiting for us.

BS:             [Laughing]

ZH:             Now I got a question to you.

CHS:            Yes.

ZH:             You know the chick I like, right?

CHS:            Yeah.

ZH:             Now because the [UI]?

CHS:            Unhuh.

ZH:             Was it neutral?

CHS:            No.

ZH:             No?

CHS:            No.

ZH:             Just me, damn. Oh shit.

BS:             Who, which one?

ZH:             This one. [UI] Well chalk that one up for the team.

UNCLASSIFIED

**Exhibit 2**

INV_00000212

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:        So you're gonna go with your plans then? Okay so then I'll have my guy –

BS:         I ain't gonna have your phone for nothin'

CHS:        Okay.

BS:         I didn't wait this long today [Laughing].

CHS:        Alright sounds good. And you're gonna help me with the other idea, right?

BS:         Yes. When you can we're at an impasse, first thing you wanna do is add me. Then in the back of my head, it's like, okay how do you get past an impasse. You have tah find a way out.

CHS:        Yeah.

BS:         [UI]

CHS:        Where is this waiter at? This is like the worst fucking waiter on the planet bro.

ZH:         He's [UI] his

CHS:        Yeah.

ZH:         If sacrifices have to be made, sacrifices have to be made.

CHS:        Yeah.

ZH:         Even good people and bad probably [UI}

CHS:        Yeah.

ZH:         But it has to be done. Cause there are necessary sacrifices.

CHS:        Exactly.

ZH:         It's just another [UI] [Laughter] I wish they were all republican it would make a little more sense. I'd rather get the blues.

CHS:        Yep.

BS:         Well they [UI] they come apart.

UNCLASSIFIED

**Exhibit 2**

INV_00000213

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

ZH:             Hey they ain't [UI] democrat. I know I'm just [OV]

CHS:            Where the fuck is this waiter at? This is like the worst fucking waiter on the
                planet bro.

ZH:             Everybody just get the hell out, dine and dash.

BS:             Yeah. [UI] half of this.

CHS:            Hey can we ahh, this white boy here. Fuck. He's gotta take care of the white
                people first. Ahhh, God. Get your facemask. They don't want cha coughing
                through the store.

BS:             Want to [UI]

CHS:            Exactly.

BS:             We need our, we need our check done.

CHS:            Yeah, I'm taking care of that in a minute. Then if y'all wanna head out I'll take
                care of the ticket here in a minute.

BS:             [UI]

ZH:             Thank you.

CHS:            Here you go.

ZH:             I don't need none.

CHS:            Okay.

ZH:             I got [UI] tomorrow.

CHS:            Alright.

ZH:             You know I think sense our [UI] comment [crackling of Styrofoam container]

CHS:            Huh?

ZH:             Make sense?

UNCLASSIFIED
61

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:        Unhuh, absolutely.

ZH:         Just don't look too hard, I am [UI] All of these [UI] we let the people start it.

BS:         Alright then, they are,  like I said they already think that we're being [UI] [UI] did you read the thing on race?

ZH:          I, I [UI] because I thought I'd personally mention my name cause I don't like fuckin, I don't fucking talk'n to 56 people [UI] He tried to tell the dud you know hey, I don't need your support [UI] kinda sayin some shit like you know I'm just a foot soldier that was [UI].

CHS:        Yeah.

ZH:         That was uncool, yeah and I don't know if we're gonna take that [UI]

CHS:        Yeah, exactly.

ZH:         That was the perfect, that was an attempt on [UI].

CHS:        Yeah, exactly. Alright I'll meet y'all outside. Let me get this ticket take care of and shit. I'll make sure, I'll be out there in a minute.

ZH:         Thank you for being [OV] that was great.

CHS:        Ehhh don't worry about it.

ZH:         I gotcha man.

CHS:        Don't worry about it, don't worry about it bro. I'll take care of the tip and shit I just gotta get this waiter. I'll be out in like five minutes.

ZH:         Alright.

[Background conversations] [Exits the restaurant, walking]

BS:         All your homies,

ZH:         I even wore [UI]

BS:         [Laughing] [UI]

UNCLASSIFIED
62

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

ZH:        The don't give a fuck about us. He doesn't give a fuck about us.

CHS:       So, okay then, I'll let me boy know that you're on for game plan [OV]

ZH:        Yes.

CHS:       For your plan and then ahh I guess we'll get the plan going with the weapons and shit on your stuff so and then you said you still, so, question is so we'll do the weapon shit so let me get my cash together.

ZH:        Unhuh.

CHS:       And then, I have it, I just gotta [Phone message beep] it out so. [UI] shit like that so.

ZH:        Ok.

CHS:       If you're down for that then we'll just play it by ear. So just let me just kinda [OV}

ZH:        Yeah.

CHS:       - get my shit happening, but I'll call my guy tonight and let him know.

BS:        And I'll, I'll get in contact with him and see what else they can get soon, you know what I mean for like makin shit cause they ain't started nothing yet. The next batch of weapons.

ZH:        I'll talk to my drone buddy.

CHS:       Okay.

ZH:        Alright.

CHS:       And then you ahh, ahh talk to your boy the one we're talking about, Matt was it?

BS:        Yeah, Mark, Mark. Dynamite?

CHS:       Yeah Dynamite guy.

ZH:        Yeah my drone buddy's from Iran.

UNCLASSIFIED
63

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

CHS:            Huh?

ZH:             My drone buddy's from Iran.

CHS:            Oh that's even better.

BS:             [Laughing] y'all might know each other.

CHS:            My neck of the woods maybe, yeah. Ahh yeah. Okay so I'll hit you up later on that.

ZH:             Question, do you give a fuck about Von Miller?

CHS:            About what?

ZH:             Von Miller, football player?

CHS:            I don't even fucking like football.

ZH:             There you go, fuck 'em.

BS:             I don't like the Broncos so go ahead.

ZH:             It's just they're rich people, I don't give a fuck about 'em . I don't give a fuck about Michael Jordan.

BS:             [Laughing] You said Von Miller. Fuck 'em.

ZH:             Scottie Pippen, Fucking any of them.

BS:             God, look let's go get the people that are actual politicians first.

ZH:             And that's where we're different I have a stomach to hear people scream.

BS:             Yeah, I don't want to go there.

ZH:             That's what I want.

BS:             I'm like what's, what's the name of [UI] I don't wanna hear a grown man scream.

ZH:             Ahh the city almost, the, this country almost put me in prison for 30 years. Why the fuck would I care about their screams?

UNCLASSIFIED
64

**Exhibit 2**

INV_00000217

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

BS:             Oh God. Yeah.

ZH:             They don't care about my screams.

BS:             I hear that, I hear that. I hear that.

CHS:            So I'm gonna let him know who do you wanna get then?

BS:             Attorney General.

CHS:            Okay, alright I'll make the call.

BS:             Alright.

CHS:            Cool, appreciate yah bro.

ZH:             Already, everone drive safe.

CHS:            You have a way to get back? You good?

BS:             Yeah I'm good.

CHS:            Okay.

ZH:             We gonna smoke a weed.

BS:             Yeah, ma I need to follow your ass, an I can smoke with chu.

ZH:             I'm smoking weed, take a nap and make some ahh [UI] for this chick that don't
                like me so.

CHS:            Exactly. Play, play it slow. You know what I mean?

ZH:             Yeah.

CHS:            Black power.

ZH:             Black power.

BS:             All ready yah.

CHS:            Yah aright. 024 Nancy Adam India. (024-NAI) that's the car Simmon's is in.

UNCLASSIFIED
65

**Exhibit 2**

UNCLASSIFIED

File #266H-DN-3300349
ID Number 4
 2 Recordings

        Alfa Zulu Queen Yankee 26 (AZQY-26) both Colorado. Ahhh what a dumpster fire.

[Starts vehicle, music]

CHS:        Ahhh fuck I forgot my ribs. Oh well. Huh, the green light means go. Ahh fuck. Jesus Christ. Attorney General's your target.

SD:        Kay, time is 1:51 on August 21, 2020, ending of the recordings. Alright.


[End of Recording]

UNCLASSIFIED
66

**Exhibit 2**

INV_00000219