

**U.S. DEPARTMENT OF JUSTICE**

**Matthew T. Kirsch**
*Acting United States Attorney*
*District of Colorado*

---

*Patricia Davies*
*Assistant United States Attorney*

*1801 California Street, Suite 1600*
*Denver, CO  80202*

July 30, 2021

**Stephanie Snyder**                                                    **Attorney for Zebbodios Hall**
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Ph: 303-294-7002
Fax: 303-294-1192
Email: Stephanie_Snyder@fd.org

Re:     Initial Discovery Production
        *United States v. Zebbodios Dejuan Hall,* 21-cr-00227-WJM

Dear Ms. Snyder,

We are providing you with discovery in the above-referenced case, via USAfx.  USAfx is a secure cloud-based file sharing platform that allows authorized users to exchange files online with the U.S. Attorney's Office.

The FPD's discovery coordinator, Jonathan Coen, will receive an e-mail invitation from Amy McDaniel to collaborate in "20210730_Discovery Production_FPD" on Box, which will be the secure online folder containing the records in the attached index (identified by Bates numbers and general description) which are being provided to you, as referenced above. As additional discovery is processed, a copy will be provided to you.

***Production of PII***
Some of these discovery materials may contain personal identifying information of third parties, including dates of birth, Social Security numbers, addresses, telephone numbers, and financial account information.  By accepting this discovery, you agree that neither you, the defendant, nor anyone else working on behalf of the defendant will share or publish any such discovery materials with anyone for any reason other than as necessary in the defense of your client. You also agree that you will provide your client with a copy of some or all of the discovery materials as necessary, but that you will instruct him not to make any additional copies of these materials.  Finally, if you come to believe that such information needs to be disclosed or published in any other context or for any other purpose, you agree to contact me before making such a disclosure so that the government will have an opportunity to seek a protective order as appropriate.  If you have any concerns with these parameters please let me know.

***Viewing Physical Evidence***
Upon request, you may view any evidence which has been seized in this case. Please place your request to view any evidence with Assistant United States Attorney Patricia Davies at (303) 454-0100 or patricia.davies@usdoj.gov. Bear in mind that drug evidence or certain other items of non-drug evidence may have been submitted to a laboratory for further analysis and may not be immediately available for inspection.

**Exhibit 4**

Finally, if you have trouble accessing the discovery, if any portion of the discovery is unreadable, or if you believe something has been improperly redacted which is necessary for your preparation, please inform us as soon as possible.

Respectfully,

*s/Patricia Davies*
Patricia Davies
Assistant United States Attorney

PD/am
ENCL. – Discovery Index

2

**Exhibit 4**

U.S. v. Hall
21-cr-00227-WJM
Discovery Index
Government's Initial Discovery Production, 7/30/21

| BegDoc | EndDoc | File Name | Brief Description |
|---|---|---|---|
| INV_00000001 | INV_00000001 | gun drop off 8-28 video 1.mp4 | USAfx FBI Dahlstrom\gun drop off 8-28 video 1.mp4 |
| INV_00000002 | INV_00000002 | gun drop off 8-28 video 2.mp4 | USAfx FBI Dahlstrom\gun drop off 8-28 video 2.mp4 |
| INV_00000003 | INV_00000003 | Zebb2.mp4 | USAfx FBI Dahlstrom\Zebb2.mp4 |
| INV_00000004 | INV_00000004 | Zebb3.mp4 | USAfx FBI Dahlstrom\Zebb3.mp4 |
| INV_00000005 | INV_00000005 | Zebb4.mp4 | USAfx FBI Dahlstrom\Zebb4.mp4 |
| INV_00000006 | INV_00000006 | Zebb5.mp4 | USAfx FBI Dahlstrom\Zebb5.mp4 |
| INV_00000007 | INV_00000007 | Zebb6.mp4 | USAfx FBI Dahlstrom\Zebb6.mp4 |
| INV_00000008 | INV_00000008 | Zebb7.mp4 | USAfx FBI Dahlstrom\Zebb7.mp4 |
| INV_00000009 | INV_00000009 | Zebbadious1.mp4 | USAfx FBI Dahlstrom\Zebbadious1.mp4 |
| INV_00000010 | INV_00000010 | CHS and Hall 8.19.2020.mp3 | USO2 USAfx FBI Dahlstrom\CHS and Hall 8.19.2020.mp3 |
| INV_00000011 | INV_00000042 | CHS NCIC 6.24.2021.pdf | CHS NCIC 6.24.2021.pdf |
| INV_00000043 | INV_00000046 | Hall NCIC 6.24.2021.pdf | Hall NCIC 6.24.2021.pdf |
| INV_00000047 | INV_00000047 | 082720 Screen Shot 1.JPG | Gun Purchase 8.27.2020\082720 Screen Shot 1.JPG |
| INV_00000048 | INV_00000048 | 082720 Screen Shot 2.JPG | Gun Purchase 8.27.2020\082720 Screen Shot 2.JPG |
| INV_00000049 | INV_00000049 | 082720 Screen Shot 3.JPG | Gun Purchase 8.27.2020\082720 Screen Shot 3.JPG |
| INV_00000050 | INV_00000050 | 082720 Screen Shot 4.JPG | Gun Purchase 8.27.2020\082720 Screen Shot 4.JPG |
| INV_00000051 | INV_00000053 | Bass Pro Surveillance.zip?266H-DN-3310305-FISUR_0000002.pdf | Gun Purchase 8.27.2020\Bass Pro Surveillance.zip |
| INV_00000054 | INV_00000054 | Bass Pro Surveillance.zip?266H-DN-3310305-FISUR_0000002_1A0000002_0000001.jpg | Gun Purchase 8.27.2020\Bass Pro Surveillance.zip |
| INV_00000055 | INV_00000055 | Bass Pro Surveillance.zip?266H-DN-3310305-FISUR_0000002_1A0000003_0000001.jpg | Gun Purchase 8.27.2020\Bass Pro Surveillance.zip |
| INV_00000056 | INV_00000056 | Bass Pro Surveillance.zip?266H-DN-3310305-FISUR_0000002_1A0000004_0000001.jpeg | Gun Purchase 8.27.2020\Bass Pro Surveillance.zip |
| INV_00000057 | INV_00000058 | Serial 18 - Evidence Submission.zip?266H-DN-3310305_0000018.pdf | Gun Purchase 8.27.2020\Serial 18 - Evidence Submission.zip |
| INV_00000059 | INV_00000060 | serial 3 - Evidence Submission.zip?266H-DN-3310305_0000003.pdf | Gun Purchase 8.27.2020\serial 3 - Evidence Submission.zip |
| INV_00000061 | INV_00000086 | Transcript 8.27.2020.pdf | Gun Purchase 8.27.2020\Transcript 8.27.2020.pdf |
| INV_00000087 | INV_00000087 | 266H-DN-3310305_0000005.pdf | Gun Purchase 8.27.2020\CHS Report 8.27\266H-DN-3310305_0000005.pdf |
| INV_00000088 | INV_00000088 | 266H-DN-3310305_0000005.pdf^S-00100545-A-024.pdl | Gun Purchase 8.27.2020\CHS Report 8.27\266H-DN-3310305_0000005.pdf |
| INV_00000089 | INV_00000089 | 266H-DN-3310305_0000005_1A0000003_0000001.pdf | Gun Purchase 8.27.2020\CHS Report 8.27\266H-DN-3310305_0000005_1A0000003_0000001.pdf |
| INV_00000090 | INV_00000091 | 266H-DN-3310305_0000005_1A0000003_0000002.pdf | Gun Purchase 8.27.2020\CHS Report 8.27\266H-DN-3310305_0000005_1A0000003_0000002.pdf |
| INV_00000092 | INV_00000092 | 082820 Screen Shot 1.JPG | Gun Transfer 8.28.2020\082820 Screen Shot 1.JPG |
| INV_00000093 | INV_00000093 | 082820 Screen Shot 2.JPG | Gun Transfer 8.28.2020\082820 Screen Shot 2.JPG |
| INV_00000094 | INV_00000094 | 082820 Screen Shot 3.JPG | Gun Transfer 8.28.2020\082820 Screen Shot 3.JPG |
| INV_00000095 | INV_00000095 | 082820 Screen Shot 4.JPG | Gun Transfer 8.28.2020\082820 Screen Shot 4.JPG |
| INV_00000096 | INV_00000096 | 082820 Screen Shot 5.JPG | Gun Transfer 8.28.2020\082820 Screen Shot 5.JPG |
| INV_00000097 | INV_00000099 | Gun Transfer Surveillance.zip?266H-DN-3310305-FISUR_0000001.pdf | Gun Transfer 8.28.2020\Gun Transfer Surveillance.zip |
| INV_00000100 | INV_00000101 | serial 10 - Evidence Submission.zip?266H-DN-3310305_0000010.pdf | Gun Transfer 8.28.2020\serial 10 - Evidence Submission.zip |
| INV_00000102 | INV_00000103 | Serial 15 - Evidence Submission.zip?266H-DN-3310305_0000015.pdf | Gun Transfer 8.28.2020\Serial 15 - Evidence Submission.zip |
| INV_00000104 | INV_00000104 | Serial 16 - Gun Transfer Report.zip?266H-DN-3310305_0000016.pdf | Gun Transfer 8.28.2020\Serial 16 - Gun Transfer Report.zip |
| INV_00000105 | INV_00000106 | Serial 19 - Evidence Submission.zip?266H-DN-3310305_0000019.pdf | Gun Transfer 8.28.2020\Serial 19 - Evidence Submission.zip |
| INV_00000107 | INV_00000115 | Transcript 8.28.2020.pdf | Gun Transfer 8.28.2020\Transcript 8.28.2020.pdf |
| INV_00000116 | INV_00000116 | 266H-DN-3310305_0000002.pdf | Serial 02\266H-DN-3310305_0000002.pdf |

**Exhibit 4**   1 of 4

U.S. v. Hall
21-cr-00227-WJM
Discovery Index
Government's Initial Discovery Production, 7/30/21

| BegDoc | EndDoc | File Name | Brief Description |
|---|---|---|---|
| INV_00000117 | INV_00000117 | 266H-DN-3310305_0000002_1A0000001_0000001.pdf | Serial 02\266H-DN-3310305_0000002_1A0000001_0000001.pdf |
| INV_00000118 | INV_00000119 | 266H-DN-3310305_0000002_1A0000001_0000002.pdf | Serial 02\266H-DN-3310305_0000002_1A0000001_0000002.pdf |
| INV_00000120 | INV_00000120 | 266H-DN-3310305_0000006.pdf | Serial 06 - CHS Contact\266H-DN-3310305_0000006.pdf |
| INV_00000121 | INV_00000121 | 266H-DN-3310305_0000006.pdf^S-00100545-A-025.pdf | Serial 06 - CHS Contact\266H-DN-3310305_0000006.pdf |
| INV_00000122 | INV_00000122 | 266H-DN-3310305_0000007.pdf | Serial 07\266H-DN-3310305_0000007.pdf |
| INV_00000123 | INV_00000123 | 266H-DN-3310305_0000007.pdf^S-00100545-A-026.pdf | Serial 07\266H-DN-3310305_0000007.pdf |
| INV_00000124 | INV_00000124 | 266H-DN-3310305_0000008.pdf | Serial 08 - 8.19.2020 Meet\266H-DN-3310305_0000008.pdf |
| INV_00000125 | INV_00000125 | 266H-DN-3310305_0000008.pdf^S-00100545-A-017.pdf | Serial 08 - 8.19.2020 Meet\266H-DN-3310305_0000008.pdf |
| INV_00000126 | INV_00000126 | CHS and Hall 8.19.2020.mp3 | Serial 08 - 8.19.2020 Meet\CHS and Hall 8.19.2020.mp3 |
| INV_00000127 | INV_00000148 | Transcript 8.19.2020.pdf | Serial 08 - 8.19.2020 Meet\Transcript 8.19.2020.pdf |
| INV_00000149 | INV_00000149 | 302 from Shelby file - CHS meet for lunch.zip?266H-DN-3300349_0000015.pdf | Serial 09 - 8.21.2020 Lunch\302 from Shelby file - CHS meet for lunch.zip |
| INV_00000150 | INV_00000150 | 302 from Shelby file - Lunch Surveillance.zip?266H-DN-3300349_0000014.pdf | Serial 09 - 8.21.2020 Lunch\302 from Shelby file - Lunch Surveillance.zip |
| INV_00000151 | INV_00000152 | Evidence Submission - From Shelby file.zip?266H-DN-3300349_0000017.pdf | Serial 09 - 8.21.2020 Lunch\Evidence Submission - From Shelby file.zip |
| INV_00000153 | INV_00000219 | Transcript 8.21.2020.pdf | Serial 09 - 8.21.2020 Lunch\Transcript 8.21.2020.pdf |
| INV_00000220 | INV_00000220 | 266H-DN-3310305_0000009.pdf | Serial 09 - 8.21.2020 Lunch\Serial 9 - CHS contact for 8.21 lunch\266H-DN-3310305_0000009.pdf |
| INV_00000221 | INV_00000222 | 266H-DN-3310305_0000009.pdf^S-00100545-A-015.pdf | Serial 09 - 8.21.2020 Lunch\Serial 9 - CHS contact for 8.21 lunch\266H-DN-3310305_0000009.pdf |
| INV_00000223 | INV_00000223 | 266H-DN-3310305_0000012.pdf | Serial 12 - CHS contact\266H-DN-3310305_0000012.pdf |
| INV_00000224 | INV_00000224 | 266H-DN-3310305_0000012.pdf^S-00100545-A-029.pdf | Serial 12 - CHS contact\266H-DN-3310305_0000012.pdf |
| INV_00000225 | INV_00000225 | 266H-DN-3310305_0000013.pdf | Serial 13 - CHS Contact\266H-DN-3310305_0000013.pdf |
| INV_00000226 | INV_00000226 | 266H-DN-3310305_0000013.pdf^S-00100545-A-032.pdf | Serial 13 - CHS Contact\266H-DN-3310305_0000013.pdf |
| INV_00000227 | INV_00000228 | 266H-DN-3310305_0000017.pdf | Serial 17 - Receipt of Form 4473\266H-DN-3310305_0000017.pdf |
| INV_00000229 | INV_00000231 | 266H-DN-3310305_0000017_1A0000005_0000001.pdf | Serial 17 - Receipt of Form 4473\266H-DN-3310305_0000017_1A0000005_0000001.pdf |
| INV_00000232 | INV_00000232 | 266H-DN-3310305_0000020.pdf | Serial 20 - Request to remove firearm from Evidence\266H-DN-3310305_0000020.pdf |
| INV_00000233 | INV_00000233 | 266H-DN-3310305_0000020.pdf^REReques.rtf | Serial 20 - Request to remove firearm from Evidence\266H-DN-3310305_0000020.pdf |
| INV_00000234 | INV_00000234 | 266H-DN-3310305_0000021.pdf | Serial 21 - CHS Report with AUSA\266H-DN-3310305_0000021.pdf |
| INV_00000235 | INV_00000236 | 266H-DN-3310305_0000021.pdf^S-00100545-A-052.pdf | Serial 21 - CHS Report with AUSA\266H-DN-3310305_0000021.pdf |
| INV_00000237 | INV_00000237 | 266H-DN-3310305_0000022.pdf | Serial 22 - CHS Report\266H-DN-3310305_0000022.pdf |
| INV_00000238 | INV_00000239 | 266H-DN-3310305_0000022.pdf^S-00100545-A-055.pdf | Serial 22 - CHS Report\266H-DN-3310305_0000022.pdf |
| INV_00000240 | INV_00000240 | 266H-DN-3310305_0000024.pdf | Serial 24 - CHS Report\266H-DN-3310305_0000024.pdf |
| INV_00000241 | INV_00000241 | 266H-DN-3310305_0000024.pdf^S-00100545-A-057.pdf | Serial 24 - CHS Report\266H-DN-3310305_0000024.pdf |
| INV_00000242 | INV_00000246 | 266H-DN-3310305_0000030.pdf | Serial 30 - CHS Interview with AUSA\266H-DN-3310305_0000030.pdf |
| INV_00000247 | INV_00000247 | Serial 32 - Zeb Hall ATF Trace.pdf | Serial 32_33_34 - ATF\Serial 32 - Zeb Hall ATF Trace.pdf |
| INV_00000248 | INV_00000248 | 266H-DN-3310305_0000033.pdf | Serial 32_33_34 - ATF\Serial 33 - ATF Function Test\266H-DN-3310305_0000033.pdf |
| INV_00000249 | INV_00000249 | 266H-DN-3310305_0000033.pdf^788015-21-0005 #2 Function Test of a Firearm S&W SW1911.pdf | Serial 32_33_34 - ATF\Serial 33 - ATF Function Test\266H-DN-3310305_0000033.pdf |

**Exhibit 4**   2 of 4

U.S. v. Hall
21-cr-00227-WJM
Discovery Index
Government's Initial Discovery Production, 7/30/21

| BegDoc | EndDoc | File Name | Brief Description |
|---|---|---|---|
| INV_00000250 | INV_00000250 | 266H-DN-3310305_0000033_1A0000009_0000001.jpg | Serial 32_33_34 - ATF\Serial 33 - ATF Function Test\266H-DN-3310305_0000033_1A0000009_0000001.jpg |
| INV_00000251 | INV_00000251 | 266H-DN-3310305_0000033_1A0000009_0000002.jpg | Serial 32_33_34 - ATF\Serial 33 - ATF Function Test\266H-DN-3310305_0000033_1A0000009_0000002.jpg |
| INV_00000252 | INV_00000252 | 266H-DN-3310305_0000033_1A0000009_0000003.jpg | Serial 32_33_34 - ATF\Serial 33 - ATF Function Test\266H-DN-3310305_0000033_1A0000009_0000003.jpg |
| INV_00000253 | INV_00000253 | 266H-DN-3310305_0000033_1A0000009_0000004.jpg | Serial 32_33_34 - ATF\Serial 33 - ATF Function Test\266H-DN-3310305_0000033_1A0000009_0000004.jpg |
| INV_00000254 | INV_00000254 | 266H-DN-3310305_0000033_1A0000009_0000005.jpg | Serial 32_33_34 - ATF\Serial 33 - ATF Function Test\266H-DN-3310305_0000033_1A0000009_0000005.jpg |
| INV_00000255 | INV_00000255 | 266H-DN-3310305_0000034.pdf | Serial 32_33_34 - ATF\Serial 34 - Interstate Nexus\266H-DN-3310305_0000034.pdf |
| INV_00000256 | INV_00000259 | 266H-DN-3310305_0000034.pdf^788015-21-0005 #1 Interstate Nexus of S&W SW1911.pdf | Serial 32_33_34 - ATF\Serial 34 - Interstate Nexus\266H-DN-3310305_0000034.pdf |
| INV_00000260 | INV_00000260 | _85576600c3f0b9366e22ebb6b8ee2e2712236cfd1_2020_08_21T11_46_32_ls682.mp4 | _85576600c3f0b9366e22ebb6b8ee2e2712236cfd1_2020_08_21T11_46_32_ls682.mp4 |
| INV_00000261 | INV_00000261 | _85576600c3f0b9366e22ebb6b8ee2e2712236cfd1_2020_08_21T11_46_32_ls747.mp4 | _85576600c3f0b9366e22ebb6b8ee2e2712236cfd1_2020_08_21T11_46_32_ls747.mp4 |
| INV_00000262 | INV_00000262 | CCR_0001.wav | CCR_0001.wav |
| INV_00000263 | INV_00000263 | DN_NS1_NS1-BR_2020_08_28T16_03_22.mp4 | DN_NS1_NS1-BR_2020_08_28T16_03_22\DN_NS1_NS1-BR_2020_08_28T16_03_22.mp4 |
| INV_00000264 | INV_00000264 | DN_NS1_NS1-BR_2020_08_28T16_12_58.mp4 | DN_NS1_NS1-BR_2020_08_28T16_12_58\DN_NS1_NS1-BR_2020_08_28T16_12_58.mp4 |
| INV_00000265 | INV_00000265 | DN_NS1_NS1-BR_2020_08_28T16_32_58.mp4 | DN_NS1_NS1-BR_2020_08_28T16_32_58\DN_NS1_NS1-BR_2020_08_28T16_32_58.mp4 |
| INV_00000266 | INV_00000266 | _85576600c3f0b9366e22ebb6b8ee2e2712236cfd1_2020_08_28T16_12_58_ls282.mp4 | _85576600c3f0b9366e22ebb6b8ee2e2712236cfd1_2020_08_28T16_12_58_ls282.mp4 |
| INV_00000267 | INV_00000267 | CCR_0001.wav | CCR_0001.wav |
| INV_00000268 | INV_00000268 | CCR_0002.wav | CCR_0002.wav |
| INV_00000269 | INV_00000269 | DN_NS1_NS1-BR_2020_08_27T14_48_00.mp4 | DN_NS1_NS1-BR_2020_08_27T14_48_00\DN_NS1_NS1-BR_2020_08_27T14_48_00.mp4 |
| INV_00000270 | INV_00000270 | DN_NS1_NS1-BR_2020_08_27T15_08_00.mp4 | DN_NS1_NS1-BR_2020_08_27T15_08_00\DN_NS1_NS1-BR_2020_08_27T15_08_00.mp4 |
| INV_00000271 | INV_00000271 | DN_NS1_NS1-BR_2020_08_27T15_28_00.mp4 | DN_NS1_NS1-BR_2020_08_27T15_28_00\DN_NS1_NS1-BR_2020_08_27T15_28_00.mp4 |
| INV_00000272 | INV_00000272 | DN_NS1_NS1-BR_2020_08_27T15_48_00.mp4 | DN_NS1_NS1-BR_2020_08_27T15_48_00\DN_NS1_NS1-BR_2020_08_27T15_48_00.mp4 |
| INV_00000273 | INV_00000273 | DN_NS1_NS1-BR_2020_08_27T16_08_00.mp4 | DN_NS1_NS1-BR_2020_08_27T16_08_00\DN_NS1_NS1-BR_2020_08_27T16_08_00.mp4 |
| INV_00000274 | INV_00000278 | FBI Report 08.26.2020.pdf | FBI Report 08.26.2020.pdf |
| INV_00000279 | INV_00000279 | 10.16.2020 5k.pdf | 10.16.2020 5k.pdf |
| INV_00000280 | INV_00000282 | 11.24.20 7k.pdf | 11.24.20 7k.pdf |
| INV_00000283 | INV_00000283 | 7.21.20 $500.pdf | 7.21.20 $500.pdf |
| INV_00000284 | INV_00000284 | 8.2.20 21.90.pdf | 8.2.20 21.90.pdf |

**Exhibit 4**   3 of 4

U.S. v. Hall
21-cr-00227-WJM
Discovery Index
Government's Initial Discovery Production, 7/30/21

| BegDoc | EndDoc | File Name | Brief Description |
|---|---|---|---|
| INV_00000285 | INV_00000285 | 8.21.20 $100.pdf | 8.21.20 $100.pdf |
| INV_00000286 | INV_00000286 | 8.28.20 2k.pdf | 8.28.20 2k.pdf |
| INV_00000287 | INV_00000287 | 8.4.20 4k.pdf | 8.4.20 4k.pdf |
| INV_00000288 | INV_00000288 | 9.11.20 3k.pdf | 9.11.20 3k.pdf |
| INV_00000289 | INV_00000289 | 266H-DN-3310305-ELA_0000001.pdf | 266H-DN-3310305-ELA_0000001.pdf |
| INV_00000290 | INV_00000292 | 266H-DN-3310305-ELA_0000001_1A0000001_0000001.pdf | 266H-DN-3310305-ELA_0000001_1A0000001_0000001.pdf |
| INV_00000293 | INV_00000293 | 266H-DN-3310305-ELA_0000002.pdf | 266H-DN-3310305-ELA_0000002.pdf |
| INV_00000294 | INV_00000295 | 266H-DN-3310305-ELA_0000002_1A0000002_0000001.pdf | 266H-DN-3310305-ELA_0000002_1A0000002_0000001.pdf |
| INV_00000296 | INV_00000297 | 266H-DN-3310305-FISUR_0000004.pdf | 266H-DN-3310305-FISUR_0000004.pdf |
| INV_00000298 | INV_00000299 | 266H-DN-3310305-FISUR_0000005.pdf | 266H-DN-3310305-FISUR_0000005.pdf |
| INV_00000300 | INV_00000300 | 266H-DN-3310305_0000035.pdf | 266H-DN-3310305_0000035.pdf |
| INV_00000301 | INV_00000301 | S-00100545-A-059.pdf | US15->266H-DN-3310305_0000035.pdf->S-00100545-A-059.pdf |
| INV_00000302 | INV_00000302 | 266H-DN-3310305_0000036.pdf | 266H-DN-3310305_0000036.pdf |
| INV_00000303 | INV_00000303 | 266H-DN-3310305_0000036_1A0000010_0000001.pdf | 266H-DN-3310305_0000036_1A0000010_0000001.pdf |
| INV_00000304 | INV_00000304 | 266H-DN-3310305_0000036_1A0000010_0000002.pdf | 266H-DN-3310305_0000036_1A0000010_0000002.pdf |
| INV_00000305 | INV_00000306 | 266H-DN-3310305_0000036_1A0000010_0000003.pdf | 266H-DN-3310305_0000036_1A0000010_0000003.pdf |
| INV_00000307 | INV_00000307 | 266H-DN-3310305_0000037.pdf | 266H-DN-3310305_0000037.pdf |
| INV_00000308 | INV_00000309 | 266H-DN-3310305_0000038.pdf | 266H-DN-3310305_0000038.pdf |
| INV_00000310 | INV_00000310 | 266H-DN-3310305_0000038_1A0000011_0000001.pdf | 266H-DN-3310305_0000038_1A0000011_0000001.pdf |

**Exhibit 4**    4 of 4

Jun 24, 2021 12:27:18 PM                        Printed By: 82375 from: FBI

Received Time:          12:26:43 06-24-21      Source ORI:        CONCIC000
Summary:                QW: CAR=NS16 NAM=W▮▮▮▮▮, MICHAEL DOB=1974▮
View Message Details

06/24/2021 12:26 Message received from NCIC

*** ATTN: GAMACHE ADAM

1L010BZU,MRI6945946
C0FBIDN00
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/PROTECTION ORDER
ORI/C0003015J NAM/SANDOVAL,RICARDO HERNANDEZ SEX/M RAC/W
DOB/1964▮▮▮ HGT/504 WGT/160 EYE/BRO HAI/BLK
BRD/N ISD/20060508 EXP/20251227
PPN/W▮▮▮▮ERIC PSX/M PPR/U PPB/▮
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
OCA/D0032006CR001386-003
VLD/20210225
MIS/SHALL NOT POSSESS OR CONSUME ALCOHOLIC BEVERAGES OR CONTROLLED SUBSTANCES IT
MIS/ IS FURTHER ORDERED NO NEW OFFENSES CONDITIONS OF THIS ORDER ARE CONDITION S
MIS/ OFBOND NO CONTACT WITH CHILDREN UNDER 18 YEARS OF AGE
DNA/N
ORI IS 18TH DISTRICT COURT LITTLETON 303 649-6355
PPN/W▮▮▮▮BUFFI PSX/F PPR/U PPB/1978▮
PPN/W▮▮▮▮,MICHAEL PSX/M PPR/U PPB/1974▮
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
AKA/SANDOVAL,RICARDO
NIC/H▮▮▮▮▮DTE/20201130 1049 EST DLU/20210225 0006 EST

MRI 6945950 IN: NCIC 42428 AT 12:26 24JUN21
OUT: FBI 52 AT 12:26 24JUN21

Exhibit 4

INV_00000011

Jun 24, 2021 12:29:52 PM                          Printed By: 82375 from: FBI

Received Time:          12:26:44 06-24-21        Source ORI:            COISS0000
Summary:                QW: CAR=NS16 NAM=W█████████, MICHAEL DOB=1974██
View Message Details

*** ATTN: GAMACHE ADAM

Your query: QW NAM/W█████████,MICHAEL.DOB/1974██

QPOP CIC/109269040.     W████████, MICHAEL              1974██
    U M                 RTY/MPO ORI/C0003015J SID/                 100
    SOC/                OLN/
QPOP CIC/109269059.     W████████, MICHAEL ADAM         1974██
    U M                 RTY/MPO ORI/C0003015J SID/                 100
    SOC/                OLN/
QPOP CIC/120443144.     W████████,MICHAEL ADAM          1974██
    U M                 RTY/NCO ORI/C00030300 SID/                 100
    SOC/                OLN/
QPOP CIC/122143010.     W████████, MICHAEL              1974██
    W M                 RTY/MPO ORI/C0016025J SID/3410813          100
    SOC/                OLN/
QPOP CIC/135522846.     W████████, MICHAEL              1974██
    U M                 RTY/    ORI/       SID/                    100
    SOC/                OLN/

MRI 6945958 IN: ISS 13598 AT 12:26 24JUN21
OUT: FBI 54 AT 12:26 24JUN21

**Exhibit 4**

INV_00000012

Jun 24, 2021 12:29:54 PM                          Printed By: 82375 from: FBI

**Received Time:**          12:29:21 06-24-21      **Source ORI:**        COHFS0000
**Summary:**                FREE: QPOP CIC/109269040.
 **View Message Details**
**\*\*\* ATTN:** GAMACHE ADAM


**CCIC REPLY**
**COFBIDN00**
**\*\*\* CCIC PERSON UNDER PROTECTION ORDER \*\*\***
**MKE/**CLEARED / EXPIRED PROTECTION ORDER
**RTY/**XPR **NAM/**CLARK,LOGAN
**SEX/**M **RAC/**W **DOB/**1999▮
**HGT/**600 **WGT/**157 **EYE/**GRN **HAI/**BLN
**SOC/**▮
**DOB/**1999▮
**PPN/**W▮▮▮▮, MICHAEL **PSX/**M **PPR/**U **PPB/**1974▮
**BRD/**U
**PCO/**01-THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
     HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON
**PCO/**08-SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
     CONDITIONS OF THE ORDER

**MIS/**REMARKS
**ISD/**20160222 **EXP/**20160707 **ADR/**▮▮▮▮▮▮
**CIS/**LITTLETON,CO
**DTS/**20160222
**CIC/**109269040 **OCA/**D0032015JD000857-006 **DKT/**D0032015JD000857 **PNO/**006 **NIC/**H446762779
**DTE/**20160222 **TME/**1426 **TID/**JBTC **TOI/**50000
**DLU/**20160707 **TLU/**0930
DISTRICT COURT 18TH JUDICIAL DISTRICT CENTENNIAL
**MRI 6947475 IN:** HFS1 17019 AT 12:29 24JUN21
**OUT:** FBI 56 AT 12:29 24JUN21

**Exhibit 4**

INV_00000013

Jun 24, 2021 12:30:01 PM                    Printed By: 82375 from: FBI

**Received Time:**          12:29:58 06-24-21      **Source ORI:**        COHFS0000
Summary:                    FREE: QPOP CIC/109269059.
View Message Details
*** **ATTN:** GAMACHE ADAM


CCIC REPLY
COFBIDN00
*** CCIC PERSON UNDER PROTECTION ORDER ***
MKE/CLEARED / EXPIRED PROTECTION ORDER
RTY/XPR NAM/ROWE,AUSTIN RAY
SEX/M RAC/W DOB/1997█
HGT/504 WGT/117 EYE/BLU HAI/BRO
SOC/█
PPN/W█████, MICHAEL █████PSX/M PPR/U PPB/1974█
BRD/U
PCO/01-THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
     HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON
PCO/08-SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
     CONDITIONS OF THE ORDER

MIS/REMARKS
ISD/20160222 EXP/20160721 ADR/11544 WEST BERRY PL
CIS/LITTLETON,CO
PDR/3679 KNOX CT
PCS/ENGLEWOOD , CO
DTS/20160222
CIC/109269059 OCA/D0032015JD000856-005 DKT/D0032015JD000856 PNO/005 NIC/H576762708
DTE/20160222 TME/1427 TID/JBTC TOI/50000
DLU/20160721 TLU/1054
DISTRICT COURT 18TH JUDICIAL DISTRICT CENTENNIAL
MRI 6947878 IN: HFS1 17036 AT 12:29 24JUN21
OUT: FBI 57 AT 12:29 24JUN21

**Exhibit 4**

INV_00000014

Jun 24, 2021 12:30:09 PM                          Printed By: 82375 from: FBI

**Received Time:**          12:30:07 06-24-21        **Source ORI:**        COHFS0000
**Summary:**                FREE: QPOP CIC/120443144.
 View Message Details
*** **ATTN:** GAMACHE ADAM


CCIC REPLY
COFBIDN00
*** **CCIC PERSON UNDER PROTECTION ORDER** ***
**MKE**/CLEARED / EXPIRED PROTECTION ORDER
**RTY**/XNC **NAM**/LOPEZ,LEONARDO
**SEX**/M **RAC**/W **DOB**/1995█
**HGT**/603 **WGT**/254 **EYE**/BRO **HAI**/BLK
**PPN**/W█████████,MICHAEL█████ **PSX**/M **PPR**/U **PPB**/1974█████
**BRD**/Y
**PCO**/01-THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
     HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON
**MIS**/DEF IS PROHIBITED FROM CONTACTING THREATENING MOLESTING OR INJURING
     THE VICTIM WHEREVER SHE/HE MAY BE FOUND INCLUDING BUT NOT LIMITED TO
     HOME WORK OR SCHOOL/THIS PROHIBITION INCLUDES CONTACT BY
     PHONE/MAIL/COMPUTER AND ELECTRONIC MEANS OR THROUGH ANY THIRD
     PARTY/DEF MUST VACATE SHARED RESIDENCE AND NOT RETURN THERE/SHALL BE
     PERMITTED TO RETURN TO SHARED RESIDENCE ONE TIME TO OBTAIN
     UNDISPUTED PERSONAL EFFECTS NECESSARY TO MAINTAIN NORMAL STANDARD OF
     LIVING IF ACCOMPANIED BY LAW ENFORCEMENT

**ISD**/20180308 **EXP**/20190308
**CIC**/120443144 **OCA**/2018399
**DTE**/20180308 **TME**/2016 **TID**/ARU **TOI**/58358
**DLU**/20190308 **TLU**/2201
SHERIDAN POLICE DEPARTMENT
**MRI 6947999 IN:** HFS1 17046 AT 12:30 24JUN21
**OUT:** FBI 58 AT 12:30 24JUN21

**Exhibit 4**

INV_00000015

Jun 24, 2021 12:30:19 PM                          Printed By: 82375 from: FBI

**Received Time:**          12:30:17 06-24-21      **Source ORI:**          COHFS0000
**Summary:**                FREE: QPOP CIC/122143010.
 **View Message Details**
*** **ATTN:** GAMACHE ADAM


**CCIC REPLY**
**COFBIDN00**
*** **CCIC PERSON UNDER PROTECTION ORDER** ***
**MKE**/CLEARED / EXPIRED PROTECTION ORDER
**RTY**/XPR **NAM**/CALDWELL,JAMES
**SEX**/M **RAC**/B **DOB**/1980█
**HGT**/505 **WGT**/145 **EYE**/BRO **HAI**/BLK
**SOC**/          **SID**/3410813
**PPN**/W██████, MICHAEL **PSX**/M **PPR**/W **PPB**/1974█
**PPN**/ABRAMS-OTT, WYATT WADE **PSX**/M **PPR**/W **PPB**/19960518
**PPN**/MARTINEZ, ANGELO **PSX**/M **PPR**/W **PPB**/19960508
**PPN**/ABRAMS-OTT, WYATT WADE **PSX**/M **PPR**/W
**PPN**/MARTINEZ, ANGELO **PSX**/M **PPR**/W
**BRD**/N
**PCO**/01-THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
     HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON
**PCO**/04-THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
     SCHOOL OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON
**PCO**/05-THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
     PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
     TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS,
     OR OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE
     ANNOYANCE OR ALARM THE VICTIM
**PCO**/07-THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A
     FIREARM OR OTHER WEAPON
**PCO**/08-SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
     CONDITIONS OF THE ORDER

**MIS**/SHALL NOT POSSESS OR CONSUME ALCOHOLIC BEVERAGES OR CONTROLLED
     SUBSTANCES IT IS FURTHER ORDERED YOU MUST STAY AT LEAST 100 YARDS
     AWAY FROM THE VICTIM AT ALL TIMES
**ISD**/20170726 **EXP**/20180924 **ADR**/█████████
**CIS**/DENVER,CO
**DTS**/20170726
**CIC**/122143010 **OCA**/D0162017CR005205-014 **DKT**/D0162017CR005205 **PNO**/014 **NIC**/H903618563
**DTE**/20180626 **TME**/1127 **TID**/JBTC **TOI**/50000
**DLU**/20180924 **TLU**/0603
DISTRICT COURT 2ND JUDICIAL DISTRICT DENVER
**MRI 6948150 IN:** HFS1 17053 AT 12:30 24JUN21
**OUT:** FBI 59 AT 12:30 24JUN21

**Exhibit 4**

INV_00000016

Jun 24, 2021 12:30:34 PM     Printed By: 82375 from: FBI

**Received Time:**  12:30:32 06-24-21  **Source ORI:**  COHFS0000
**Summary:**   FREE: QPOP CIC/135522846.
 **View Message Details**
\*\*\* **ATTN:** GAMACHE ADAM


**CCIC REPLY**
**COFBIDN00**
\*\*\* **CCIC PERSON UNDER PROTECTION ORDER** \*\*\*
**MKE/**MANDATORY PROTECTION ORDER
**RTY/**MPO **NAM/**SANDOVAL,RICARDO HERNANDEZ
**SEX/**M **RAC/**W **DOB/**1964▮
**HGT/**504 **WGT/**160 **EYE/**BRO **HAI/**BLK
**SID/**1817127
**AKA/**SANDOVAL,RICARDO
**PPN/**W▮▮▮, ERIC **PSX/**M **PPR/**U **PPB/**
**PPN/**W▮▮▮, BUFFI **PSX/**F **PPR/**U **PPB/**1978▮▮
**PPN/**W▮▮▮, MICHAEL **PSX/**M **PPR/**U **PPB/**1974▮▮
**PPN/**W▮▮▮, MICHAEL **PSX/**M **PPR/**U
**PPN/**W▮▮▮, BUFFI **PSX/**F **PPR/**U
**BRD/**N
**PCO/**01-THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
  HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON
**PCO/**04-THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
  SCHOOL OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON
**PCO/**05-THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
  PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
  TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS,
  OR OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE
  ANNOYANCE OR ALARM THE VICTIM
**PCO/**07-THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A
  FIREARM OR OTHER WEAPON
**PCO/**08-SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
  CONDITIONS OF THE ORDER

**MIS/**SHALL NOT POSSESS OR CONSUME ALCOHOLIC BEVERAGES OR CONTROLLED
  SUBSTANCES IT IS FURTHER ORDERED NO NEW OFFENSES CONDITIONS OF THIS
  ORDER ARE CONDITION S OFBOND NO CONTACT WITH CHILDREN UNDER 18 YEARS
  OF AGE
**ISD/**20060508 **EXP/**20251227 **ADR/**AT LARGE
**CIS/**AURORA,CO
**DTS/**20060508
**CIC/**135522844 **OCA/**D0032006CR001386-003 **DKT/**D0032006CR001386
**PNO/**003 **NIC/**H▮▮▮
**DTE/**20201130 **TME/**0849 **TID/**JBTC **TOI/**50000
**DLU/**20210224 **TLU/**2206 **UTO/**50000
**VLN/**50000 **VLD/**20210224 **VLT/**2206
**ORI/**CO003015J DISTRICT COURT 18TH JUDICIAL DISTRICT CENTENNIAL
**MRI 6948249 IN: HFS1** 17057 AT 12:30 24JUN21
**OUT:** FBI 60 AT 12:30 24JUN21

**Exhibit 4**

INV_00000017

Jun 24, 2021 12:36:59 PM                          Printed By: 82375 from: FBI

Received Time:          12:36:54 06-24-21        Source ORI:        COIII0000
Summary:                FREE: QH CIC/7577643.CAR/NS16.
View Message Details
*** ATTN: GAMACHE ADAM


THIS RESPONSE IS BASED ON YOUR INQUIRY OF
   QH.COFBIDN00.CO.*MRI6952134.82375.FBI.CIC/7577643

************************** IDENTIFICATION **************************
STATE ID#: 702740   FBI#: 150416WA8
** MULTI-STATE OFFENDER **
DNA PROFILE IN CODIS(N)

NAME(S) USED:
                          W████████, MICHAEL ███
             06/11/1996 W████, MICKEY ███████
             04/02/1997 W███, MICHAEL ██████
             10/24/1997 W███, MICHAEL ██████
             04/13/2000 MUHAMMAD, MICHAEL
             02/14/2002 W██████, MICHAEL
             10/03/2003 MOHAMMAND, W████████
             10/03/2003 MUHAMMAD, W███
             10/03/2003 ██████████, MICHAEL █
             12/24/2003 W█████, MIKE
             05/08/1995 W█████, MICHAEL ██████

NICKNAME(S):
                          MOHAMMAD
             04/13/2000 MUHAMMAD

PHYSICAL:
             SEX: M   RACE: W   HGT: 505   WGT: 137
             EYE: HAZ   HAIR: RED   SKN: FAR

DATE(S) OF BIRTH:
             ████/1974
             ████/1975

PLACE(S) OF BIRTH:
             CO

SCARS/MARKS:
             TAT R SHLD
             TAT L SHLD
             TAT CHEST
             TAT BACK
             TAT R ARM
             TAT ABDOM
             TAT L ARM
             TAT UR ARM
             TAT UL ARM
             SC L LEG
             PRCD LLIP

SOCIAL SECURITY NUMBER(S):
             ████████

COMMENTS: AFIS  LIVESCAN
RAP/Y
FIF/D
                  ---------------------------
                          Page 1 of 3

**Exhibit 4**

INV_00000018

Jun 24, 2021 12:36:59 PM                                    Printed By: 82375 from: FBI

ADDITIONAL

ADDRESSES:



| Date | Location |
|------|----------|
| 10/02/1994 | THORNTON   CO |
| 05/08/1995 | THORTON   CO |
| 07/21/1995 | THORTON   CO |
| 08/16/1995 | THORNTON   CO |
| 09/14/1995 | UNK   CO |
| 11/17/1995 | UNK   CO |
| 07/02/1996 | THORNTON   CO |
| 10/19/1996 | AURORA   CO 80010 |
| 04/02/1997 | THORNTON   CO |
| 10/24/1997 | THORNTON   CO |
| 11/14/1997 | THORNTON   CO |
| 04/13/2000 | THORNTON   CO |
| 11/13/2000 | DENVER   CO |
| 02/14/2001 | DENVER   CO |
| 03/18/2001 | THORNTON   CO |
| 09/24/2003 | AURORA   CO |
| 12/26/2003 | DENVER   CO |
| 10/02/2005 | AURORA   CO |
| 05/19/2006 | AURORA   CO |
| 05/19/2007 | AURORA   CO |
| 12/05/2007 | AURORA   CO |
| 10/24/2008 | WESTMINSTER   CO |
| 08/14/2009 | DENVER   CO |
| 11/09/2009 | AURORA   CO |
| 05/03/2010 | AURORA   CO 80012 |
| 07/26/2010 | AURORA   CO 80012 |
| 05/19/2011 | AURORA   CO 80013 |

OCCUPATIONS:

| Date | Occupation |
|------|-----------|
| 10/02/1994 | FOREIGN MILITARY |
| 05/08/1995 | LABORER |
| 09/14/1995 | COOK |
| 07/02/1996 | SECURITY GUARD |
| 03/13/1997 | DISK JOCKEY |
| 09/25/1997 | TRUCK DRIVER |
| 10/19/1998 | DISC JOCKEY |
| 04/13/2000 | SECURITY |

Exhibit 4

Jun 24, 2021 12:36:59 PM                          Printed By: 82375 from: FBI

```
                        02/14/2001   UNEMPLOYED
                        03/18/2001   BAIL ENFORCEMENT
                        12/24/2003   MILITARY
                        10/02/2005   STUDENT
                        05/19/2007   PROPERTY MANAGER
                        12/05/2007   TATOO ARTIST
                        10/24/2008   TATOO ARTIST/DJ
                        11/09/2009   TATTOO ARTIST
                        07/26/2010   COSMETOLOGY (HAIR,NAILS)


                 ------- 06/24/2021 12:36MT -------

END OF RECORD
MRI 6952137 IN: CCHX 15532 AT 12:36 24JUN21
OUT: FBI 70 AT 12:36 24JUN21
```

**Exhibit 4**

INV_00000020

Jun 24, 2021 12:32:55 PM                    Printed By: 82375 from: FBI

```
Received Time:        12:32:12 06-24-21      Source ORI:      CONCIC000
Summary:              QH: CAR=NS16 NAM=W█████, MICHAEL SEX=M
View Message Details
```

06/24/2021 12:32 Message received from NCIC


*** ATTN: NS16 - DAHLSTROM

```
7L010BZU,MRI6949190
COFBIDN00
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/W█████,MICHAEL DOB/1974███  SEX/M RAC/U PUR/C ATN/DAHLSTROM
NAME                          FBI NO.        INQUIRY DATE
W█████,MICHAEL █████                         2021/06/24
```

```
SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
M   W    1974/█████   505    137    HAZ  RED  Y
```

```
BIRTH PLACE
COLORADO
```

```
FINGERPRINT CLASS      PATTERN CLASS
CO 62 12 CO 08
19 65 14 24 08
```

```
ALIAS NAMES
MICKEY,NM                  MOHAMMAND,W█
MUHAMMAD,MICHAEL           MUHAMMAD,MICHAEL
```

```
MUHAMMAD,W█               W█████,MICHAEL █ █
W█████,MICHAEL █████       W█████ █,MICHAEL
W█████,MICHAEL            W█████,MICHAEL █
W█████,MICHAEL █ █         W█████,MICHAEL
W█████,MICHAEL █████       W█████,MICHAEL █████
W█████,MICKEY             W█████ █,MOHAMMAND
W█████ █,MUHAMMAD
```

```
OTHER          SCARS-MARKS-
BIRTH DATES    TATTOOS        SOCIAL SECURITY
1975/█████     SC L LEG
               TAT ABDOM
               TAT L ARM
               TAT R ARM
               TAT UL ARM
               TAT BACK
               TAT L SHLD
               TAT R SHLD
               PRCD LLIP
```

IDENTIFICATION DATA UPDATED 2011/12/06

```
THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
NEVADA        - STATE ID/NV01466003
COLORADO      - STATE ID/CO702740
CALIFORNIA    - STATE ID/CA12482396
FLORIDA       - STATE ID/FL05194455
```

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

**Exhibit 4**

INV_00000021

Jun 24, 2021 12:32:55 PM                    Printed By: 82375 from: FBI
 END
 MRI 6949200 IN: NCIC 42901 AT 12:32 24JUN21
 OUT: FBI 63 AT 12:32 24JUN21

**Exhibit 4**

INV_00000022

Jun 24, 2021 12:34:19 PM                        Printed By: 82375 from: FBI

Received Time:          12:34:00 06-24-21        Source ORI:          COIII0000
Summary:                QR: FBI=▆▆▆▆▆  PUR=C
 View Message Details
*** ATTN: NS16 - DAHLSTROM


          COLORADO BUREAU OF INVESTIGATION - IDENTIFICATION UNIT
   690 KIPLING STREET, SUITE #3000, DENVER, COLORADO 80215 (303) 239-4208

THIS IDENTIFICATION RECORD IS FOR LAWFUL USE ONLY AND SUMMARIZES
INFORMATION SENT TO THE COLORADO BUREAU OF INVESTIGATION FROM FINGERPRINT
CONTRIBUTORS IN THE STATE OF COLORADO.

UNLESS FINGERPRINTS ACCOMPANIED YOUR INQUIRY, THE COLORADO BUREAU OF
INVESTIGATION CAN NOT GUARANTEE THIS RECORD RELATES TO THE PERSON IN WHOM YOU
HAVE AN INTEREST.

IF THE DISPOSITION IS NOT SHOWN OR FURTHER EXPLANATION OF AN ARREST
CHARGE OR DISPOSITION IS DESIRED, THAT INFORMATION MAY BE OBTAINED FROM THE
AGENCY WHO FURNISHED THE ARREST INFORMATION.

ONLY THE COURT OF JURISDICTION OR THE RESPECTIVE DISTRICT ATTORNEY'S OFFICE
WHEREIN THE FINAL DISPOSITION OCCURRED CAN PROVIDE AN OFFICIAL COPY TO
ANY SPECIFIC DISPOSITION.

STATE LAW GOVERNS ACCESS TO SEALED RECORDS.

BECAUSE ADDITIONS AND DELETIONS TO A CRIMINAL HISTORY RECORD MAY BE MADE
AT ANY GIVEN TIME, A NEW INQUIRY SHOULD BE REQUESTED WHEN NEEDED FOR
SUBSEQUENT USE.

*************************  IDENTIFICATION  *************************
STATE ID#: 702740    FBI#:  ▆▆▆▆▆▆
** MULTI-STATE OFFENDER **
DNA PROFILE IN CODIS(N)

NAME(S) USED:



                            W▆▆▆    , MICHAEL ▆▆
              06/11/1996 W▆▆▆    , MICKEY
              04/02/1997 W▆▆▆    , MICHAEL ▆▆▆  ▆
              10/24/1997 W▆▆▆    , MICHAEL ▆▆
              04/13/2000 MUHAMMAD, MICHAEL
              02/14/2002 W▆▆▆    , MICHAEL
              10/03/2003 MOHAMMAND, W▆
              10/03/2003 MUHAMMAD, W▆
              10/03/2003 ▆▆▆▆▆        MICHAEL ▆
              12/24/2003 W▆     , MIKE
              05/08/1995 W▆     , MICHAEL ▆▆▆ ▆


NICKNAME(S):

                        MOHAMMAD
              04/13/2000 MUHAMMAD


PHYSICAL:

              SEX: M   RACE: W   HGT: 505   WGT: 137
              EYE: HAZ   HAIR: RED   SKN: FAR


DATE(S) OF BIRTH:
              ▆▆▆/1974
              ▆▆▆/1975


PLACE(S) OF BIRTH:
                              Page 1 of 12


**Exhibit 4**

Jun 24, 2021 12:34:19 PM                                    Printed By: 82375 from: FBI
                              CO

SCARS/MARKS:

                         TAT R SHLD
                         TAT L SHLD
                         TAT CHEST
                         TAT BACK
                         TAT R ARM
                         TAT ABDOM
                         TAT L ARM
                         TAT UR ARM
                         TAT UL ARM
                         SC L LEG
                         PRCD LLIP

SOCIAL SECURITY NUMBER(S):
                         ████

COMMENTS: AFIS  LIVESCAN
************************** CRIMINAL HISTORY **************************
============================= Cycle 1 of 36 =============================
------ ARREST ------
DATE ARRESTED            10/02/1994
AGENCY                   CO0010000 ADAMS COUNTY SHERIFF'S OFFICE
ARREST NUMBER            9409544
NAME USED                W██████, MICHAEL ████
CHARGE                   01
  CHARGE LITERAL         FAIL TO APPEAR  3RD DEG SEX ASSAULT
  OFFENSE DATE           08/05/1994
  DOCKET                 C0011994F 001294
CHARGE                   02
  CHARGE LITERAL         FAIL TO APPEAR  SEX ASSAULT ON A CHILD
  TYPE/LEVEL             FELONY
  OFFENSE DATE           08/05/1994
  DOCKET                 C0011994F 001294
------ COURT ------
CHARGE                   01
  CHARGE LITERAL         FAIL TO APPEAR  3RD DEG SEX ASSAULT
  OFFENSE DATE           08/05/1994
  DOCKET                 C0011994F 001294
  COURT DISPOSITION      GUILTY
  DISPOSITION DATE       07/05/1995
  SENTENCE               730 DAYS JAIL, 1 YR PROBATION
CHARGE                   02
  CHARGE LITERAL         FAIL TO APPEAR  SEX ASSAULT ON A CHILD
  TYPE/LEVEL             FELONY
  OFFENSE DATE           08/05/1994
  DOCKET                 C0011994F 001294
  COURT DISPOSITION      DISMISSED BY DA
  DISPOSITION DATE       07/05/1995
============================= Cycle 2 of 36 =============================
------ ARREST ------
DATE ARRESTED            05/08/1995
AGENCY                   CO0210000 EL PASO COUNTY SHERIFF OFFICE
ARREST NUMBER            9506437
MNU#                     OA-587014
NAME USED                W██████, MICHAEL ████
CHARGE                   01
  CHARGE LITERAL         TRESPASSING  2ND DEG
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           05/08/1995
============================= Cycle 3 of 36 =============================
------ ARREST ------

Exhibit 4

```
Jun 24, 2021 12:34:19 PM                      Printed By: 82375 from: FBI
 DATE ARRESTED              07/21/1995
 AGENCY                     CO0010000 ADAMS COUNTY SHERIFF'S OFFICE
 ARREST NUMBER              9507516
 NAME USED                  W█████, MICHAEL █████
 CHARGE                     01
   CHARGE LITERAL           PROBATION VIOLATION
   OFFENSE DATE             08/05/1994
   DOCKET                   C0011994F 001294
 ------ COURT ------
 CHARGE                     01
   CHARGE LITERAL           PROBATION VIOLATION
   OFFENSE DATE             08/05/1994
   DOCKET                   C0011994F 001294
   COURT DISPOSITION        GUILTY
   DISPOSITION DATE         07/21/1995
   SENTENCE                 30 DAYS JAIL
========================== Cycle 4 of 36 ==========================
------ ARREST ------
 DATE ARRESTED              08/16/1995
 AGENCY                     CO0030100 ENGLEWOOD POLICE
 ARREST NUMBER              95-45388
 MNU#                       OA-9518826
 NAME USED                  W█████, MICHAEL █████
 CHARGE                     01
   CHARGE LITERAL           SEX ASSAULT  2ND DEG
   TYPE/LEVEL               FELONY
   OFFENSE DATE             08/16/1995
   DOCKET                   D0031996CR002539
 ------ COURT ------
 CHARGE                     01
   CHARGE LITERAL           SEX ASSAULT  2ND DEG SEX AS'LT: PENETRATION
   TYPE/LEVEL               FELONY
   OFFENSE DATE             08/16/1995
   DOCKET                   D0031996CR002539
   JUDICIAL CHARGE COUNT    1
   COURT DISPOSITION        NOT GUILTY
 CHARGE                     02
   CHARGE LITERAL           SEX ASSAULT  2ND DEG SEX AS'LT: PENETRATION
   TYPE/LEVEL               FELONY
   OFFENSE DATE             08/16/1995
   DOCKET                   D0031996CR002539
   JUDICIAL CHARGE COUNT    2
   COURT DISPOSITION        NOT GUILTY
========================== Cycle 5 of 36 ==========================
------ ARREST ------
 DATE ARRESTED              09/14/1995
 AGENCY                     CODPD0000 DENVER POLICE DEPARTMENT - IDENTIFICATION
 SECTION
 ARREST NUMBER              918981
 MNU#                       OA-497419
 NAME USED                  W█████, MICHAEL █████
 CHARGE                     01
   CHARGE LITERAL           DANGEROUS DRUGS  POSS
========================== Cycle 6 of 36 ==========================
------ ARREST ------
 DATE ARRESTED              11/17/1995
 AGENCY                     CODPD0000 DENVER POLICE DEPARTMENT - IDENTIFICATION
 SECTION
 ARREST NUMBER              929024
 MNU#                       OA-497419
 NAME USED                  W█████, MICHAEL █████
 CHARGE                     01
   CHARGE LITERAL           WEAPON OFFENSE  FLOURISHING
```

Page 3 of 12

Exhibit 4

```
Jun 24, 2021 12:34:19 PM                        Printed By: 82375 from: FBI
================================= Cycle 7 of 36 =================================
------ ARREST ------
DATE ARRESTED             07/02/1996
AGENCY                    CO0030000 ARAPAHOE COUNTY SHERIFF'S OFFICE
ARREST NUMBER             9607626
NAME USED                 W███████, MICHAEL █████
CHARGE                    01
  CHARGE LITERAL          SEX ASSAULT  2ND DEG
  TYPE/LEVEL              FELONY
  OFFENSE DATE            07/02/1996
  DOCKET                  D0031996CR002539
================================= Cycle 8 of 36 =================================
------ ARREST ------
DATE ARRESTED             09/30/1996
AGENCY                    CO0210000 EL PASO COUNTY SHERIFF OFFICE
ARREST NUMBER             9614351
MNU#                      OA-587014
NAME USED                 W███████, MICHAEL █████
CHARGE                    01
  CHARGE LITERAL          TRESPASSING  2ND DEG
CHARGE                    02
  CHARGE LITERAL          FAIL TO APPEAR
================================= Cycle 9 of 36 =================================
------ ARREST ------
PCN                       014C0000786680
DATE ARRESTED             10/19/1996
AGENCY                    CO0010100 AURORA POLICE DEPARTMENT
ARREST NUMBER             96-9859
AGENCY CASE NUMBER        96-52403
MNU#                      CD#72705
NAME USED                 W███████,MICHAEL █████
CHARGE                    01
  CHARGE LITERAL          ARRESTED FOR OTHER JURISDICTION  FOJ SO ADAMS-3RD
                          DEGREE SEX ASSAULT
================================= Cycle 10 of 36 =================================
------ ARREST ------
DATE ARRESTED             03/13/1997
AGENCY                    CODPD0000 DENVER POLICE DEPARTMENT - IDENTIFICATION
SECTION
ARREST NUMBER             1009349
MNU#                      OA-497419
NAME USED                 W███████, MICHAEL █████
CHARGE                    01
  CHARGE LITERAL          OBSTRUCT POLICE  INTERFERENCE/DOM VIOL
CHARGE                    02
  CHARGE LITERAL          RESISTING ARREST  DOM VIOL
  TYPE/LEVEL              MISDEMEANOR
================================= Cycle 11 of 36 =================================
------ ARREST ------
DATE ARRESTED             04/02/1997
AGENCY                    CO0380100 STERLING POLICE DEPARTMENT
ARREST NUMBER             7129
MNU#                      OA-10396
NAME USED                 W███████, MICHAEL █████
CHARGE                    01
  CHARGE LITERAL          THEFT
  OFFENSE DATE            02/14/1997
CHARGE                    02
  CHARGE LITERAL          DAMAGE PROPERTY
  OFFENSE DATE            02/14/1997
================================= Cycle 12 of 36 =================================
------ ARREST ------
DATE ARRESTED             09/25/1997
```

**Exhibit 4**

INV_00000026

```
Jun 24, 2021 12:34:19 PM                    Printed By: 82375 from: FBI
 AGENCY                       CO0010000 ADAMS COUNTY SHERIFF'S OFFICE
 ARREST NUMBER                9710035
 MNU#                         OA-143141
 NAME USED                    W███████, MICHAEL ██████
 CHARGE                       01
   CHARGE LITERAL             THEFT  RENTAL PROPERTY
============================ Cycle 13 of 36 ============================
------ ARREST ------
 DATE ARRESTED                10/24/1997
 AGENCY                       CO0380100 STERLING POLICE DEPARTMENT
 ARREST NUMBER                97M93
 MNU#                         OA-10396
 NAME USED                    W███████, MICHAEL █
 CHARGE                       01
   CHARGE LITERAL             THEFT
============================ Cycle 14 of 36 ============================
------ ARREST ------
 DATE ARRESTED                11/14/1997
 AGENCY                       CO0010000 ADAMS COUNTY SHERIFF'S OFFICE
 ARREST NUMBER                9711934
 MNU#                         OA-143141
 NAME USED                    W███████, MICHAEL ██████
 CHARGE                       01
   CHARGE LITERAL             PROBATION VIOLATION  REVOCATION
============================ Cycle 15 of 36 ============================
------ ARREST ------
 DATE ARRESTED                10/19/1998
 AGENCY                       CO0380000 LOGAN COU███ ███RIFF'S OFFICE
 ARREST NUMBER                97M93
 NAME USED                    W███████, MICHAEL ███████
 CHARGE                       01
   CHARGE LITERAL             DAMAGE PROPERTY  MISCHIEF
   OFFENSE DATE               10/19/1998
 CHARGE                       02
   CHARGE LITERAL             THEFT  LESS THAN $100
   TYPE/LEVEL                 MISDEMEANOR
   OFFENSE DATE               10/19/1998
============================ Cycle 16 of 36 ============================
------ ARREST ------
 DATE ARRESTED                04/13/2000
 AGENCY                       CO0010000 ADAMS COUNTY SHERIFF'S OFFICE
 ARREST NUMBER                20003688
 MNU#                         OA-0143141
 NAME USED                    W███████, MICHAEL ██████
 CHARGE                       01
   CHARGE LITERAL             ASSAULT  3RD DEG  ELDERLY
   TYPE/LEVEL                 FELONY
 CHARGE                       02
   CHARGE LITERAL             CONTEMPT OF COURT  FTPF&C THEFT RENTAL PROP
   TYPE/LEVEL                 MISDEMEANOR
============================ Cycle 17 of 36 ============================
------ ARREST ------
 DATE ARRESTED                11/13/2000
 AGENCY                       CO0010000 ADAMS COUNTY SHERIFF'S OFFICE
 ARREST NUMBER                00-15113
 MNU#                         OA-0143141
 NAME USED                    W███████, MICHAEL ██████
 CHARGE                       01
   CHARGE LITERAL             SEX ASSAULT  FAILURE TO REG ACSO
   TYPE/LEVEL                 MISDEMEANOR
 CHARGE                       02
   CHARGE LITERAL             ASSAULT  MENACING
   FACTUAL BASIS              DOMESTIC VIOLENCE
```

Exhibit 4

INV_00000027

```
    TYPE/LEVEL              FELONY
    OFFENSE DATE            11/13/2000
    DOCKET                  D0012000CR002507
 ------ COURT ------
  CHARGE                    01
    CHARGE LITERAL          ASSAULT  MENACING-REAL/SIMULATED WEAPON
    FACTUAL BASIS           DOMESTIC VIOLENCE
    TYPE/LEVEL              FELONY
    OFFENSE DATE            11/13/2000
    DOCKET                  D0012000CR002507
    JUDICIAL CHARGE COUNT   1
    COURT DISPOSITION       DISMISSED BY DA
    DISPOSITION DATE        02/14/2001
  CHARGE                    02
    CHARGE LITERAL          ASSAULT  MENACING-CONSPIRACY TO COMMIT
    FACTUAL BASIS           DOMESTIC VIOLENCE
    TYPE/LEVEL              FELONY
    OFFENSE DATE            11/13/2000
    DOCKET                  D0012000CR002507
    JUDICIAL CHARGE COUNT   3
    COURT DISPOSITION       DISMISSED BY DA
    DISPOSITION DATE        06/26/2001
============================ Cycle 18 of 36 =============================
 ------ ARREST ------
DATE ARRESTED              02/14/2001
AGENCY                     CO0010000 ADAMS COUNTY SHERIFF'S OFFICE
ARREST NUMBER              01-2005
MNU#                       OA-0143141
NAME USED                  W        , MICHAEL
  CHARGE                   01
    CHARGE LITERAL         CONTEMPT OF COURT  VIOLATION RESTRAINING ORDER
    TYPE/LEVEL             MISDEMEANOR
============================ Cycle 19 of 36 =============================
 ------ ARREST ------
DATE ARRESTED              03/18/2001
AGENCY                     CODPD0000 DENVER POLICE DEPARTMENT - IDENTIFICATION
SECTION
ARREST NUMBER              1247748
NAME USED                  W        , MICHAEL
  CHARGE                   01
    CHARGE LITERAL         ASSAULT  MENACING (DEADLY WEAPON)
    TYPE/LEVEL             FELONY
    OFFENSE DATE           03/18/2001
    DOCKET                 D0162001CR001499
 ------ COURT ------
  CHARGE                   01
    CHARGE LITERAL         ASSAULT  MENACING REAL/SIMULATED WEAPON
    TYPE/LEVEL             FELONY
    OFFENSE DATE           03/18/2001
    DOCKET                 D0162001CR001499
    JUDICIAL CHARGE COUNT  1
    COURT DISPOSITION      GUILTY
    DISPOSITION DATE       12/03/2001
    SENTENCE               2.00 Y DEPARTMENT OF CORRECTIONS 321    .00 D CREDIT
                           FOR TIME SERVED
  CHARGE                   02
    CHARGE LITERAL         WEAPON OFFENSE  POSSESSION BY PREVIOUS OFFENDER
    TYPE/LEVEL             FELONY
    OFFENSE DATE           03/18/2001
    DOCKET                 D0162001CR001499
    JUDICIAL CHARGE COUNT  2
    COURT DISPOSITION      GUILTY
    DISPOSITION DATE       12/03/2001
```

Exhibit 4

```
Jun 24, 2021 12:34:19 PM                     Printed By: 82375 from: FBI
   SENTENCE              2.00 Y DEPARTMENT OF CORRECTIONS    .00 D CREDIT FOR
                         TIME SERVED
================================= Cycle 20 of 36 ==============================
------ CUSTODY ------
DATE RECEIVED           02/14/2002
AGENCY                  CO016055C DOC - DENVER RECEPTION & DIAGNOSTIC
                        CENTER (DRDC)
ARREST NUMBER           112140
NAME USED               W███████, MICHAEL
CHARGE                  01
   CHARGE LITERAL       ASSAULT  MENACING-
   TYPE/LEVEL           FELONY
   DOCKET               D0162001CR001499
CHARGE                  02
   CHARGE LITERAL       WEAPON OFFENSE  POSSESSION BY PREVIOUS OFFENDER
   TYPE/LEVEL           FELONY
   OFFENSE DATE         03/18/2001
   DOCKET               D0162001CR001499
------ CUSTODY EVENT ------
   DATE                 02/14/2002
   AGENCY                DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
   STATUS               RECEIVED
-----
============================= Cycle 21 of 36 =============================
------ ARREST ------
DATE ARRESTED           09/24/2003
AGENCY                  CO001035G DOC - NORTHEAST PAROLE REGION - WESTMINSTER
ARREST NUMBER           112140
MNU#                    OA-0143141
NAME USED               W███████, MICHAEL ██████
CHARGE                  01
   CHARGE LITERAL       PAROLE VIOLATION
============================= Cycle 22 of 36 =============================
------ CUSTODY ------
DATE RECEIVED           10/03/2003
AGENCY                  CO016055C DOC - DENVER RECEPTION & DIAGNOSTIC
                        CENTER (DRDC)
ARREST NUMBER           112140
NAME USED               W███████, MICHAEL
CHARGE                  01
   CHARGE LITERAL       PAROLE VIOLATION  PAROLE VIOLATOR
   DOCKET               D0162001CR001499
------ CUSTODY EVENT ------
   DATE                 10/03/2003
   AGENCY                DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
   STATUS               RECEIVED
-----
============================= Cycle 23 of 36 =============================
------ ARREST ------
DATE ARRESTED           12/24/2003
AGENCY                  CO0300400 LAKEWOOD POLICE DEPARTMENT
ARREST NUMBER           034134
NAME USED               W███████, MICHAEL ███
CHARGE                  01
   CHARGE LITERAL       PAROLE VIOLATION
============================= Cycle 24 of 36 =============================
------ ARREST ------
DATE ARRESTED           12/26/2003
AGENCY                  CO001035G DOC - NORTHEAST PAROLE REGION - WESTMINSTER
ARREST NUMBER           03-112140
MNU#                    OA-0143141
NAME USED               W███████, MICHAEL ██████
CHARGE                  01
```

Exhibit 4

INV_00000029

```
    CHARGE LITERAL        PAROLE VIOLATION   PAROLE VIO NE PAROLE
  CHARGE                  02
    CHARGE LITERAL        SEX OFFENDER-FAIL TO REGISTER  FAIL TO REGISTER SEX
                          OFF PAROLE
============================== Cycle 25 of 36 ==============================
------ CUSTODY ------
DATE RECEIVED            01/21/2004
AGENCY                   CO016055C DOC - DENVER RECEPTION & DIAGNOSTIC
                         CENTER (DRDC)
ARREST NUMBER            112140
NAME USED               W         , MICHAEL
CHARGE                   01
  CHARGE LITERAL         PAROLE VIOLATION   TECH PAROLE VIOLATION
  DOCKET                 D0162001CR001499
------ CUSTODY EVENT ------
  DATE                   01/21/2004
  AGENCY                  DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
  STATUS                 RECEIVED
-----
============================== Cycle 26 of 36 ==============================
------ ARREST ------
DATE ARRESTED           10/02/2005
AGENCY                  CO0010100 AURORA POLICE DEPARTMENT
ARREST NUMBER           05-10424
MNU#                    OA-CD72705
NAME USED               W         , MICHAEL
CHARGE                  01
  CHARGE LITERAL        SEX OFFENDER REGISTRATION
  DOCKET                C0011994F 001294
============================== Cycle 27 of 36 ==============================
------ ARREST ------
DATE ARRESTED           05/19/2006
AGENCY                  CO0010100 AURORA POLICE DEPARTMENT
ARREST NUMBER           06-5698
MNU#                    OA-CD72705
NAME USED               W         , MICHAEL
CHARGE                  01
  CHARGE LITERAL        SEX OFFENDER REGISTRATION
  DOCKET                C0011994F001294
============================== Cycle 28 of 36 ==============================
------ ARREST ------
DATE ARRESTED           05/19/2007
AGENCY                  CO0010100 AURORA POLICE DEPARTMENT
ARREST NUMBER           07-5936
MNU#                    OA-CD72705
NAME USED               W         , MICHAEL
CHARGE                  01
  CHARGE LITERAL        SEX OFFENDER REGISTRATION
  DOCKET                C0011994F 001294
============================== Cycle 29 of 36 ==============================
------ ARREST ------
PCN                     016910027882
DATE ARRESTED           12/05/2007
AGENCY                  CODPD0000 DENVER POLICE DEPARTMENT - IDENTIFICATION
SECTION
ARREST NUMBER           1568653
NAME USED               W         , MICHAEL
CHARGE                  01
  CHARGE LITERAL        ASSAULT   MENACING W/DEADLY WEAPON
  TYPE/LEVEL            FELONY
  OFFENSE DATE          12/05/2007
------ COURT ------
CHARGE                  01
```

Exhibit 4

Jun 24, 2021 12:34:19 PM     Printed By: 82375 from: FBI

```
    CHARGE LITERAL        ASSAULT  FELONY MENACING-REAL/SIMULATED WE
    TYPE/LEVEL            FELONY
    OFFENSE DATE          11/30/2007
    DOCKET                D0162007CR007089
    JUDICIAL CHARGE COUNT 1
    COURT DISPOSITION     DISMISSED BY DA
    DISPOSITION DATE      04/18/2008
  CHARGE                  02
    CHARGE LITERAL        POSSESSION OF WEAPON  WEAPON-POSSESS PREV OFF-DANG WEAP
    TYPE/LEVEL            FELONY
    OFFENSE DATE          11/30/2007
    DOCKET                D0162007CR007089
    JUDICIAL CHARGE COUNT 2
    COURT DISPOSITION     DISMISSED BY DA
    DISPOSITION DATE      04/18/2008
  CHARGE                  03
    CHARGE LITERAL        ASSAULT  FELONY MENACING-REAL/SIMULATED WE
    TYPE/LEVEL            FELONY
    OFFENSE DATE          11/30/2007
    DOCKET                D0162007CR007089
    JUDICIAL CHARGE COUNT 3
    COURT DISPOSITION     DISMISSED BY DA
    DISPOSITION DATE      04/18/2008
  CHARGE                  04
    CHARGE LITERAL        ASSAULT  ASSAULT 3-KNOW/RECKLESS CAUSE INJ
    TYPE/LEVEL            MISDEMEANOR
    OFFENSE DATE          11/30/2007
    DOCKET                D0162007CR007089
    JUDICIAL CHARGE COUNT 4
    COURT DISPOSITION     GUILTY
    DISPOSITION DATE      04/18/2008
    SENTENCE              12:00 M ELECTRONIC SURVEILLANCE 184:    00 D CREDIT
                          FOR TIME SERVED
================================== Cycle 30 of 36 ==============================
------ ARREST ------
PCN                       030910026495
DATE ARRESTED             10/24/2008
AGENCY                    CO0300400 LAKEWOOD POLICE DEPARTMENT
ARREST NUMBER             0817816
MNU#                      P00140029
NAME USED                 W[    ], MICHAEL [  ]
CHARGE                    01
  CHARGE LITERAL          ARRESTED FOR OTHER JURISDICTION  SO ARAPAHOE/FAIL
                          REGISTER SEX OFF
  TYPE/LEVEL              MISDEMEANOR
  OFFENSE DATE            10/24/2008
  DOCKET                  C0702008M 201471
============================== Cycle 31 of 36 =================================
------ ARREST ------
DATE ARRESTED             08/14/2009
AGENCY                    CO0010000 ADAMS COUNTY SHERIFF'S OFFICE
ARREST NUMBER             143141
NAME USED                 W[    ], MICHAEL [  ]
CHARGE                    01
  CHARGE LITERAL          SEX OFFENDER REGISTRATION
============================== Cycle 32 of 36 =================================
------ ARREST ------
PCN                       010020005361
DATE ARRESTED             11/09/2009
AGENCY                    CO0010100 AURORA POLICE DEPARTMENT
ARREST NUMBER             72705
MNU#                      OA-CD72705
NAME USED                 W[    ], MICHAEL [  ]
```

Exhibit 4

Jun 24, 2021 12:34:19 PM                              Printed By: 82375 from: FBI

```
  CHARGE                    01
    CHARGE LITERAL          SEX OFFENDER REGISTRATION
    DOCKET                  C0011994F 001294
============================= Cycle 33 of 36 =============================
------ ARREST ------
PCN                         016930057160
DATE ARRESTED               01/01/2010
AGENCY                      CODPD0000 DENVER POLICE DEPARTMENT - IDENTIFICATION
SECTION
ARREST NUMBER               10-015488
NAME USED                   W█████████, MICHAEL ████
  CHARGE                    01
    CHARGE LITERAL          OBSTRUCT POLICE  INTERFERENCE
  CHARGE                    02
    CHARGE LITERAL          DISTURBING THE PEACE
  CHARGE                    03
    CHARGE LITERAL          ASSAULT
  CHARGE                    04
    CHARGE LITERAL          HEALTH SAFETY  IRRITANTS
============================= Cycle 34 of 36 =============================
------ ARREST ------
PCN                         010020006763
DATE ARRESTED               05/03/2010
AGENCY                      CO0010100 AURORA POLICE DEPARTMENT
ARREST NUMBER               72705A
MNU#                        OA-CD72705
NAME USED                   W██████,MICHAEL ████
  CHARGE                    01
    CHARGE LITERAL          SEX OFFENDER REGISTRATION
    DOCKET                  C0011994F 001294
============================= Cycle 35 of 36 =============================
------ ARREST ------
PCN                         003920034168
DATE ARRESTED               07/26/2010
AGENCY                      CO0030000 ARAPAHOE COUNTY SHERIFF'S OFFICE
ARREST NUMBER               10010065
NAME USED                   W██████,MICHAEL ████
  CHARGE                    01
    CHARGE LITERAL          SEX OFFENDER-FAIL TO REGISTER
    TYPE/LEVEL              MISDEMEANOR
    OFFENSE DATE            07/26/2010
    DOCKET                  C0702008M 201471
------ COURT ------
  CHARGE                    01
    CHARGE LITERAL          PUBLIC ORDER CRIMES  SEX OFFENDER (MISD)-FAIL TO
REGISTER
    TYPE/LEVEL              MISDEMEANOR
    OFFENSE DATE            05/19/2008
    DOCKET                  C0702008M 201471
    JUDICIAL CHARGE COUNT   1
    COURT DISPOSITION       GUILTY
    DISPOSITION DATE        07/26/2010
    SENTENCE                12 00 M JAIL 1 00 D CRTS
============================= Cycle 36 of 36 =============================
------ ARREST ------
PCN                         010020009792
DATE ARRESTED               05/19/2011
AGENCY                      CO0010100 AURORA POLICE DEPARTMENT
ARREST NUMBER               11-5439
MNU#                        OA-CD72705
NAME USED                   W██████,MICHAEL ████
  CHARGE                    01
    CHARGE LITERAL          SEX OFFENDER REGISTRATION
```

**Exhibit 4**

INV_00000032



```
OFFENSE DATE            10/29/1997
                        --------------------------
                             ADDITIONAL
ADDRESSES:              10/02/1994
                                 THORNTON   CO
                       05/08/1995
                                 THORTON   CO
                       07/21/1995
                                 THORTON   CO
                       08/16/1995
                                 THORNTON   CO
                       09/14/1995
                                 UNK   CO
                       11/17/1995
                                 UNK   CO
                       07/02/1996
                                 THORNTON   CO
                       10/19/1996
                                 AURORA   CO 80010
                       04/02/1997
                                 THORNTON   CO
                       10/24/1997
                                 THORNTON   CO
                       11/14/1997
                                 THORNTON   CO
                       04/13/2000
                                 THORNTON   CO
                       11/13/2000
                                 DENVER   CO
                       02/14/2001
                                 DENVER   CO
                       03/18/2001
                                 THORNTON   CO
                       09/24/2003
                                 AURORA   CO
                       12/26/2003
                                 DENVER   CO
                       10/02/2005
                                 AURORA   CO
                       05/19/2006
                                 AURORA   CO
                       05/19/2007
                                 AURORA   CO
                       12/05/2007
                                 AURORA   CO
                       10/24/2008
                                 WESTMINSTER   CO
                       08/14/2009
                                 DENVER   CO
                       11/09/2009
                                 AURORA   CO
                       05/03/2010
                                 AURORA   CO 80012
                       07/26/2010
                                 AURORA   CO 80012
                       05/19/2011
                                 AURORA   CO 80013
OCCUPATIONS:           10/02/1994   FOREIGN MILITARY
                       05/08/1995   LABORER
                       09/14/1995   COOK
                       07/02/1996   SECURITY GUARD
                       03/13/1997   DISK JOCKEY
                       09/25/1997   TRUCK DRIVER
```

Exhibit 4

Jun 24, 2021 12:34:19 PM                    Printed By: 82375 from: FBI
```
                    10/19/1998  DISC JOCKEY
                    04/13/2000  SECURITY
                    02/14/2001  UNEMPLOYED
                    03/18/2001  BAIL ENFORCEMENT
                    12/24/2003  MILITARY
                    10/02/2005  STUDENT
                    05/19/2007  PROPERTY MANAGER
                    12/05/2007  TATOO ARTIST
                    10/24/2008  TATOO ARTIST/DJ
                    11/09/2009  TATTOO ARTIST
                    07/26/2010  COSMETOLOGY (HAIR,NAILS)
```

```
*** THE ABOVE INFORMATION IS PROVIDED STRICTLY FOR AND IS LIMITED    ***
*** TO THE OFFICIAL USE OF CRIMINAL JUSTICE AGENCIES.                ***
*** FALSIFYING OR ALTERING THIS RECORD WITH THE INTENT TO MISREPRESENT THE ***
*** CONTENTS OF THE RECORD IS PROHIBITED BY LAW, AND MAY BE PUNISHABLE AS ***
*** A FELONY WHEN DONE WITH THE INTENT TO INJURE OR DEFRAUD ANY PERSON.   ***

*** THIS RECORD MAY NOT SHOW ALL ARRESTS FOR THIS INDIVIDUAL;       ***
*** HOWEVER, ALL INFORMATION PROVIDED TO THE CBI IS INCLUDED IN THIS RECORD. ***
            ------- 06/24/2021 12:33MT -------

END OF RECORD
MRI 6950383 IN: CCHX 15466 AT 12:33 24JUN21
OUT: FBI 66 AT 12:34 24JUN21
```

**Exhibit 4**

INV_00000034

Jun 24, 2021 12:34:26 PM                          Printed By: 82375 from: FBI

```
Received Time:        12:33:59 06-24-21       Source ORI:        FL0370100
Summary:              QR: FBI=█████████  PUR=C
 View Message Details
```

06/24/2021 12:33 Message received from NLET


```
CR.FL0370100
11:34 06/24/2021 78927
11:34 06/24/2021 35046 COFBIDN00
*MRI6950365
TXT
PUR/C.ATN/DAHLSTROM.SID/FL05194455
HDR/2L010BZU,MRI6950365
ATN/DAHLSTROM
```
********************** CRIMINAL HISTORY RECORD **********************

*************************** Introduction ***************************

This rap sheet was produced in response to the following request:

```
FBI Number            ████████████
State Id Number       FL05194455 (FL)
Purpose Code          C
Attention             DAHLSTROM
```

The information in this rap sheet is subject to the following caveats:

This record contains Florida information only. When explanation of a
charge or disposition is needed, communicate directly with the agency
that contributed the record information.

This record may only be used for the purpose requested as defined by
the Code of Federal Regulations and/or Florida Statute.

This is a multi-source offender record.


*************************** IDENTIFICATION ***************************

Subject Name(s)

W█████████, MICHAEL █.

Subject Description

```
FBI Number            State Id Number
████████████          FL05194455 (FL)
```

Social Security Number
█████████

```
Sex                   Race
Male                  White

Height                Weight               Date of Birth
5'08"                 128                  1974████

Hair Color            Eye Color
Blonde Or Strawberry  Blue
```

**Exhibit 4**

INV_00000035

Jun 24, 2021 12:34:26 PM                          Printed By: 82375 from: FBI

Place of Birth
Colorado
Residence
Residence as of

████████████

FT LAUDERDA, FL  USA

Fingerprint Images

DNA Data
(No DNA Detail Transmitted  )

**************************  CRIMINAL HISTORY  **************************

============================ Cycle 1 ============================
Tracking Number           4602002041
Earliest Event Date       1999-12-20 Incident Date           1999-12-20
------------------------------------------------------------------------
Arrest Date               1999-12-20
Arresting Agency          FL0460100 Crestview Police Department Crestview
Charge                    001
          Charge Literal  Larc
      Charge Description  PETIT FIRST OFFENSE
                Statute  Petit Theft 2nd Degree 1st Offense ( )
      NCIC Offense Code  2399
      NCIC Offense Text  Larc
     State Offense Code  812.014.3a
                Counts  1
              Severity  Misdemeanor 2nd Degree
       Enhancing Factor  Accessory after the fact.
                         Principal in first degree.
Charging Agency           FL0460100 Crestview Police Department Crestview
------------------------------------------------------------------------
Court Disposition         (Cycle 1)
Court Case Number         461999MM003870XXXACX
Final Disposition Date    1999-12-21
Court Agency              FL046073J Okaloosa County Clerk of Court
Charge                    1
Charge Tracking Number    1
          Charge Literal  Shoplifting
      Charge Description  RETAIL THEFT
                Statute  Petit Theft From Merchant 2nd Off ( )
      NCIC Offense Code  2303
      NCIC Offense Text  Shoplifting
     State Offense Code  812.015.2
                Counts  1
              Severity  Misdemeanor 2nd Degree
           Disposition  Adjudication Withheld( 1999-12-21; Same)
       Court Comment  Arrest Charge Status - Charge Resulted From
                         Arrest
------------------------------------------------------------------------
Sentencing                (Cycle 1)
Sentencing Agency
Charge                    0
          Charge Literal  Shoplifting
      Charge Description  RETAIL THEFT
                Statute  Petit Theft From Merchant 2nd Off ( )
      NCIC Offense Code  2303
      NCIC Offense Text  Shoplifting
     State Offense Code  812.015.2
                Counts  1

                              Page 2 of 3

**Exhibit 4**

```
Jun 24, 2021 12:34:26 PM                          Printed By: 82375 from: FBI
                  Severity  Misdemeanor 2nd Degree
               Disposition  ( 1999-12-21; )
  SENTENCE TYPE-N/A - Not Applicable0Y0M0DT0H0M0S to 0Y0M10DT0H0M0S
  Court Cost                0.00
  Fine Amount               125.00
  Sentence                  CONFINEMENT- - 10 days
  Sentence                  CREDITED TIME-1 days
  Sentence                  COURT COST-0.0
  Sentence                  FINE-125.0
  Sentence                  RESTITUTION-0.0
  Sentence                  SENT PROVISIONS-N/A - Not Applicable null
  ************************  INDEX OF AGENCIES  *************************

  Agency                    Crestview Police Department; FL0460100;
  Address                        201 Stillwell Boulevard
                            Crestview, FL 32539
                            County:  46

  ------------------------------------------------------------------------
  Agency                    Okaloosa County Clerk of Court; FL046073J;


       * * * END OF RECORD * * *
  MRI 6950376 IN: NLETS 24538 AT 12:33 24JUN21
  OUT: FBI 65 AT 12:33 24JUN21
```

**Exhibit 4**

INV_00000037

Jun 24, 2021 12:34:33 PM            Printed By: 82375 from: FBI

Received Time:        12:34:01 06-24-21     Source ORI:        NVIII0000
Summary:            QR: FBI=▮▮▮▮▮▮ PUR=C
View Message Details

06/24/2021 12:33 Message received from NLET

CR.NVIII0000
11:34 06/24/2021 12685
11:34 06/24/2021 35047 COFBIDN00
*MRI6950365
TXT
HDR/2L010BZU,MRI6950365
ATN/DAHLSTROM
********************* CRIMINAL HISTORY RECORD *********************

Data As Of           1993-08-30

*************************** Introduction ****************************

This rap sheet was produced in response to the following request:

FBI Number            ▮▮▮▮▮▮
State Id Number       NV01466003 ()
Request Id           SQCH
Purpose Code         C
Attention             DAHLSTROM

The information in this rap sheet is subject to the following caveats:

WHEN AN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE NEVADA CRIMINAL
HISTORY RECORDS REPOSITORY.

IF FINGERPRINTS DID NOT ACCOMPANY THIS INQUIRY, THE NEVADA CRIMINAL
HISTORY RECORDS REPOSITORY IS UNABLE TO GUARANTEE THAT THIS MATERIAL
CONCERNS THE INDIVIDUAL IN WHOM YOU ARE INTERESTED.

IN REGARDS TO THE BELOW NAMED SUBJECT, THIS DOES NOT PRECLUDE THE
POSSIBLE EXISTENCE OF ADDITIONAL MATCHED RECORDS IN LOCAL OR FBI
IDENTIFICATION DIVISION FILES WHICH ARE NOT INDEXED BY THE NEVADA STATE
CRIMINAL HISTORY RECORDS REPOSITORY. THE USE OF THIS INFORMATION IS
REGULATED BY LAW. IT IS PROVIDED FOR OFFICIAL USE AND MAY ONLY BE USED
FOR THE PURPOSE REQUESTED. NEVADA AGENCIES - REFER TO NRS CHAPTER 179A.

*************************** IDENTIFICATION ****************************

Subject Name(s)

W▮▮▮▮▮▮, MICHAEL ▮▮▮▮
W▮▮▮▮▮▮ MICHAEL ▮ (AKA)
W▮▮▮▮ MICHAEL ▮ (AKA)
W▮▮▮▮, MICHAEL ▮ (AKA)

Subject Description

FBI Number           State Id Number
▮▮▮▮▮▮             NV01466003

Social Security Number
▮▮▮▮▮▮

**Exhibit 4**

INV_00000038

Jun 24, 2021 12:34:33 PM                          Printed By: 82375 from: FBI

```
Sex                      Race
Male                     White

Height                   Weight                   Date of Birth
5'08"                    120                      1974-

Hair Color               Eye Color                Fingerprint Pattern
Blonde Or Strawberry     Blue                     CO 62 12 CO 08 19 65 14 24 08

Scars, Marks, and Tattoos
Code                     Description, Comments, and Images
TAT R SHLD                 , DRAGON/DOUBLE TRIANGLE


Place of Birth           Citizenship
XX

Fingerprint Images

Photo Images
(No Photo Image Transmitted  )


*************************  CRIMINAL HISTORY  *************************


============================= Cycle 1 =============================
Tracking Number          06353796
Earliest Event Date      1993-08-20 Incident Date          2018-04-08
-------------------------------------------------------------------
Arrest Date              1993-08-20
Arrest Case Number       AR12186
Arresting Agency         NV0100000 LYON CO SO/COMMUNICATIONS YERINGTON
Charge                   1
   Charge Description    ASSAULT WITH A DEADLY WEAPON
            Statute      NEVADA STATUTE  NRS  200.471 ( )
   NCIC Offense Code     1399
   State Offense Code    00143
         Severity        FELONY
Charging Agency          NV0100000 LYON CO SO/COMMUNICATIONS YERINGTON
============================= Cycle 2 =============================
Tracking Number          17534597
Earliest Event Date      2000-03-28 Incident Date          2018-04-08
-------------------------------------------------------------------
Arrest Date              2000-03-28
Arrest Case Number       01437901
Arresting Agency         NV0020100 LAS VEGAS METROPOLITAN POLICE LAS
                         VEGAS
Charge                   1
   Charge Description    CONVICTED PERSON FAIL TO REGISTER
            Statute      CLARK  COUNTY  12.24.030 ( )
   NCIC Offense Code     7399
   State Offense Code    04005
         Severity        MISDEMEANOR
Charging Agency          NV0020100 LAS VEGAS METROPOLITAN POLICE LAS
                         VEGAS
*************************  INDEX OF AGENCIES  *************************

Agency                   LAS VEGAS METROPOLITAN POLICE; NV0020100;
Address                         400 E STEWART AVE LAS VEGAS NV 89101-0000
                         LAS VEGAS, NV 89101-0000
```

**Exhibit 4**

INV_00000039

Jun 24, 2021 12:34:33 PM                          Printed By: 82375 from: FBI
---------------------------------------------------------------------
Agency                        LYON CO SO/COMMUNICATIONS; NV0100000;
Address                          30 NEVIN WAY YERINGTON NV 89447
                              YERINGTON, NV 89447


        * * * END OF RECORD * * *
MRI 6950391 IN: NLETS 24539 AT 12:33 24JUN21
OUT: FBI 67 AT 12:34 24JUN21

**Exhibit 4**

INV_00000040

Jun 24, 2021 12:34:41 PM                          Printed By: 82375 from: FBI

Received Time:        12:34:02 06-24-21      Source ORI:        CAIII0000
Summary:              QR: FBI=███████ PUR=C
View Message Details

06/24/2021 12:34 Message received from NLET


CR.CAIII0000
11:34 06/24/2021 62856
11:34 06/24/2021 35048 COFBIDN00
*MRI6950365
TXT
HDR/2L010BZU,MRI6950365
ATN/DAHLSTROM
********************* CRIMINAL HISTORY RECORD **********************

*************************** Introduction ****************************

This rap sheet was produced in response to the following request:

State Id Number        12482396 ()
Purpose Code           C
Attention              DAHLSTROM

The information in this rap sheet is subject to the following caveats:

RESTRICTED - DO NOT USE FOR EMPLOYMENT, LICENSING, PLACEMENT OR
CERTIFICATION PURPOSES(CA; 2021-06-24)


*************************** IDENTIFICATION ****************************


Subject Name(s)

W████████, MICHAEL ████


Subject Description

FBI Number            State Id Number
████████              12482396

Social Security Number
████████


Sex                   Race
Male                  White

Height                Weight                Date of Birth
5'07"                 120                   1974-████

Hair Color            Eye Color
Blonde or Strawberry  Blue


Place of Birth                        Ethnicity
UNKNOWN                               White American


*************************** CRIMINAL HISTORY ****************************

Page 1 of 2


**Exhibit 4**

INV_00000041

```
Jun 24, 2021 12:34:41 PM                    Printed By: 82375 from: FBI
========================== Cycle 1 ==============================
Earliest Event Date      1999-02-13
------------------------------------------------------------------------
Arrest Date              1999-02-13
Arrest Case Number       383256    1389850
Arresting Agency         CA0150000 CASOBAKERSFIELD
Arresting Agency         CA0150200 CAPDBAKERSFIELD
Subject's Name           W       ,MICHAEL
Comment(s)               ARREST/DETAINED/CITED
Charge                   1
              Statute    BURGLARY:SECOND DEGREE (460(B) PC )
    State Offense Code    22125
              Severity    Felony
Charge                   2
              Statute    BRANDISHING FIREARM REPLICA (417.4 PC )
    State Offense Code    52240
              Severity    Misdemeanor
------------------------------------------------------------------------
Court Disposition        (Cycle 1)
Court Case Number        569165
Final Disposition Date   1999-02-17
Court Agency             CA015023J CAMCBAKERSFIELD
Subject's Name           W       ,MICHAEL
Charge                   1
              Statute    SEE COMMENT FOR CHARGE ( )
    State Offense Code    66085
              Severity    Misdemeanor
           Disposition   (CONVICTED-PROB/JAIL)
Charge                   2
              Statute    BRANDISHING FIREARM REPLICA (417.4 PC )
    State Offense Code    52240
              Severity    Misdemeanor
           Disposition   (CONVICTED-PROBATION)
    Court Comment  (1999-02-17) CONDITION OF PROB-FIREARM
                                RESTRICTION
    Court Comment  CNT 01 CHRG-460(B) PC
    Court Comment  COURT ACTION
------------------------------------------------------------------------
Sentencing               (Cycle 1)
Sentence                 IMP SEN SS; 036 MONTHS PROBATION; 030 DAYS JAIL
------------------------------------------------------------------------
Sentencing               (Cycle 1)
Sentence                 IMP SEN SS; 036 MONTHS PROBATION

********************  NON CRIMINAL INFORMATION  *********************

*********************  INDEX OF AGENCIES  *************************

Agency                   CASOBAKERSFIELD; CA0150000;
------------------------------------------------------------------------
Agency                   CAPDBAKERSFIELD; CA0150200;
------------------------------------------------------------------------
Agency                   CAMCBAKERSFIELD; CA015023J;
------------------------------------------------------------------------

    * * * END OF RECORD * * *
MRI 6950393 IN: NLETS 24540 AT 12:34 24JUN21
OUT: FBI 68 AT 12:34 24JUN21
```

**Exhibit 4**

INV_00000042

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

| **HEADER** |
|---|

| **Source ID:** | S-00100545 |
|---|---|
| **Date:** | 10/23/2020 |
| **Case Agent Name:** | DAHLSTROM, SCOTT M. |
| **Field Office/Division:** | Denver |
| **Squad:** | NS 1 |

| **SOURCE REPORTING** |
|---|

| **Date of Contact:** | 10/21/2020 |
|---|---|

**List all present including yourself (do not include the CHS):**
Scott Dahlstrom
Byron Mitchell
Patricia Davies

| **Type of Contact:** | In Person |
|---|---|
| **Country:** | UNITED STATES |
| **City:** | Denver |
| **State:** | Colorado |
| **Date of Report:** | 10/23/2020 |

| **Substantive Case File Number** |
|---|
| 266H-DN-3310305 |

**Check here if additional reporting is in Echo**
No

**Source Reporting:**

CHS was willing to testify once Zeb Hall was indicted. CHS has testified before on behalf of prosecution. Once was for a case against Daniel and Manuel Melina around 2001 in Adams County Colorado. CHS was approached in jail about killing someone and reported it to authorities. On another occasion in Coral Springs, Florida, CHS was driving and saw someone exit a pawn shop after what appeared to be a violent confrontation. CHS tackled a person to the ground and held them for police.

CHS told AUSA Davies CHS will always tell the truth. CHS's job was to gather information and bring it to law enforcement. CHS has never lied to handling agents.

CHS stated life was rough back in 2013 or 2014 as CHS was going through a divorce. CHS was also riding with outlaw motorcycle gangs and wanted to change his/her life. CHS was tired of what was going on in CHS's life. CHS saw an opportunity to go overseas to fight ISIS so CHS sold most of his/her possessions and found their way to Iraq. CHS found a sense of purpose and honor there and made an oath to always fight against threats both foreign and domestic. CHS felt he/she received a second chance in life overseas and that getting a second chance in the United States was too difficult as people saw him as someone who couldn't be given that chance.

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

**Exhibit 4**

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
| --- | --- | --- |

CHS was participating in the protests in the Denver area after the death of George Floyd. CHS began noticing people not just protesting but committing damage to property and people were threatening violence. CHS approached Dave Gallegos with Aurora Police Department about reporting on bad actors. CHS began to make friends among the protest regulars because of the CHS's ties to the Peshmerga and YPG overseas. CHS met Hall through the Young Democratic Socialists of America and the protests.

Hall had discussed a relationship with Bryce Shelby with the CHS and how Shelby wanted to plan an attack on the Colorado Attorney General. CHS also talked to Shelby who told CHS of Hall. Due to their mutual connections, CHS set up a lunch to meet with both Hall and Shelby. This lunch was where Shelby discussed ideas to attack the Colorado AG. Hall did not express an interest in helping Shelby but encourage Shelby to do it. Hall did talk to the CHS about getting guns for the CHS. CHS had the understanding that this was to assist CHS with Shelby's plan.

CHS had conversations with Hall that were not recorded.

Shelby and Hall were close but sometimes would split up because of differences.

CHS has not participated in anything illegal other than when instructed by handling Agents. CHS has purchased alcohol for group gatherings where minors may have shown up. CHS never purchased alcohol knowing minors were going to be present and partaking in the alcohol.

CHS's motivation to work with law enforcement was to fight against terrorists as CHS believes the people who participate in violent civil unrest are terrorists. This was the oath the CHS took overseas and the CHS still follows it.

CHS provided their phone to handling agents to take pictures of all communications with Hall. Another document in Halls' case file will be created with all the communications.

**Synopsis:**
CHS meeting with AUSA

| SIGNATURE |
| --- |

| | | |
| --- | --- | --- |
| Submitted By | SMDAHLSTROM (Dahlstrom, Scott) | Fri, 23 Oct 2020 14:12:47 -06:00 |
| First Level Approved By | ECJERGENSON (Jergenson, Eric) | Mon, 26 Oct 2020 17:14:10 -06:00 |

| FD-1023 | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |
| --- | --- | --- |

UNCLASSIFIED

**Exhibit 4**

**UNCLASSIFIED**

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

| HEADER |
|---|

| **Source ID:** | S-00100545 |
|---|---|
| **Date:** | 08/21/2020 |
| **Case Agent Name:** | DAHLSTROM, SCOTT M. |
| **Field Office/Division:** | Denver |
| **Squad:** | NS 1 |

| SOURCE REPORTING |
|---|

**Date of Contact:**   08/21/2020

**List all present including yourself (do not include the CHS):**
Scott Dahlstrom
Byron Mitchell

**Type of Contact:**   In Person

   **Country:**   UNITED STATES

   **City:**   Denver

   **State:**   Colorado

**Date of Report:**   08/21/2020

| Substantive Case File Number |
|---|
| 801I-DN-2752123 |

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
On 08/19/2020, CHS met with Zebbadious Hall at his residence at 1041 Ogden Street, Apartment 400, Denver, CO. Hall invited CHS over the previous day in order to talk. CHS went to this meeting on his own accord and not by direction. CHS also audio recorded the meeting using CHS's own equipment. CHS recorded the meeting for his own protection as CHS did not know what the conversation was going to be about.

During this meeting, Hall expressed his desire to do more than just protest. Hall talked about getting trained for explosives and possibly using drones to deliver them. Hall talked about burning buildings down as well. Hall was not specific in what he wanted to damage.

**Synopsis:**
Contact with Zebbadious Hall

| SIGNATURE |
|---|

| Submitted By | SMDAHLSTROM (Dahlstrom, Scott) | Fri, 21 Aug 2020 16:52:27 -06:00 |
|---|---|---|
| First Level Approved By | ECJERGENSON (Jergenson, Eric) | Mon, 24 Aug 2020 13:03:36 -06:00 |

| FD-1023 | Page 1 of 1 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

**UNCLASSIFIED**

**Exhibit 4**

INV_00000125

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

| **HEADER** |
|---|

| **Source ID:** | S-00100545 |
|---|---|
| **Date:** | 09/01/2020 |
| **Case Agent Name:** | DAHLSTROM, SCOTT M. |
| **Field Office/Division:** | Denver |
| **Squad:** | NS 1 |

| **SOURCE REPORTING** |
|---|

| **Date of Contact:** | 08/28/2020 |
|---|---|

**List all present including yourself (do not include the CHS):**
Scott Dahlstrom

| **Type of Contact:** | Telephonic |
|---|---|

| **Date of Report:** | 09/01/2020 |
|---|---|

| **Substantive Case File Number** |
|---|
| 266H-DN-3310305 |

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
eCHS attended the "Fuck the Fence" rally on the evening of 08/28/2020 located the the District 6 station of Denver PD. Zebbadious Hall was present during the rally. Hall was not participating in trying to tear down the fence as he was just taking pictures and videoing the unrest.

**Synopsis:**
District 6 unrest with Hall

| **SIGNATURE** |
|---|

| Submitted By | **SMDAHLSTROM (Dahlstrom, Scott)** | **Wed, 2 Sep 2020 11:31:22 -06:00** |
|---|---|---|
| First Level Approved By | **ECJERGENSON (Jergenson, Eric)** | **Wed, 2 Sep 2020 17:30:15 -06:00** |

| FD-1023 | Page 1 of 1 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

**Exhibit 4**

INV_00000224

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

| HEADER |
|---|

| **Source ID:** | S-00100545 |
|---|---|
| **Date:** | 09/02/2020 |
| **Case Agent Name:** | DAHLSTROM, SCOTT M. |
| **Field Office/Division:** | Denver |
| **Squad:** | NS 1 |

| SOURCE REPORTING |
|---|

**Date of Contact:**          08/31/2020

**List all present including yourself (do not include the CHS):**
Scott Dahlstrom

**Type of Contact:**          Telephonic

**Date of Report:**          09/02/2020

| **Substantive Case File Number** |
|---|
| 266H-DN-3299289 |

| **Substantive Case File Number** |
|---|
| 266H-DN-3310305 |

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
Once Aiden Beatty and his group found out about Trey Quinn's fire bomb plan, they "freaked out" on Signal. CHS invited the group to eat at Chili's restaurant. Beatty, Honor Monoghan, Mackenzie Hicks, Seon Lee, Zebbadious Hall, and Alex LNU all came to the dinner. CHS told them to stay away from Quinn. The group was worried about killing people and told Hall to stop talking about killing people at their apartment. The group believes that Beatty's apartment has been compromised and that the Feds were watching.


CHS went by the apartment on sunday night and a lot of the apartment was cleaned out. Most of the equipment was gone and Beatty and others said they were storing it somewhere else. The YPG and Communist decorations were gone as well. CHS was told about an article about how the DHS was looking at former PKK fighters and it seemed the group weas worried about CHS's history with PKK. The group was also worried about the incident in Fort Collins and wondered if they would get arrested for it.


**Synopsis:**
Reporting on Beatty group

| SIGNATURE |
|---|

| Submitted By | SMDAHLSTROM (Dahlstrom, Scott) | Wed, 2 Sep 2020 11:29:46 -06:00 |
|---|---|---|
| First Level Approved By | ECJERGENSON (Jergenson, Eric) | Wed, 2 Sep 2020 17:31:12 -06:00 |

| FD-1023 | Page 1 of 1 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

**Exhibit 4**

INV_00000226